## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Visto Corporation's

ANSWER TO RESEARCH IN MOTION LIMITED'S COMPLAINT FOR PATENT INFRINGEMENT; COUNTERCLAIMS AGAINST RESEARCH IN MOTION LIMITED; JURY TRIAL DEMANDED; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT (TWO COPIES)

was served upon all counsel of record via electronic mail and United States First Class Mail on the 9th day of July, 2007.

_____
Barbara M. Weatherly

Robert G. Krupka, P.C.
bkrupka@kirkland.com
Marc H. Cohen
mcohen@kirkland.com
Philip T. Chen
pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500