Robert G. Krupka, P.C. (Bar No. 196625)
E-mail: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168773)
E-mail: mcohen@kirkland.com
Philip T. Chen (Bar No. 211777)
E-mail: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Plaintiff
RESEARCH IN MOTION LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>VISTO CORPORATION,<br><br>    Defendant. | Case No. C-07-3177 (EDL)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| AND RELATED COUNTERCLAIMS | |

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    1. Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic case Filing program (ECF) under General Order 45*);

    2. Discussed the available dispute resolution options provided by the Court and private entities; and

    3. Considered whether this case might benefit from any of the available dispute resolution options.

              1  ADR CERTIFICATION BY PARTIES & COUNSEL
                 Case No. C-07-3177 (EDL)

K&E 12030270.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 23, 2007 | RESEARCH IN MOTION LIMITED |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Brian Rivers |
| 6 | | Brian Rivers<br>Vice President of Licensing |
| 7 | DATED: August 24, 2007 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Marc H. Cohen |
| 11 | | Robert G. Krupka, P.C.<br>Marc H. Cohen<br>Philip T. Chen |
| 12 | | |
| 13 | | Attorneys for Plaintiff<br>RESEARCH IN MOTION LIMITED |