1 | MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
2 | E-mail: rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
3 | E-mail: ehahm@manatt.com
MICHELLE GILLETTE (Bar No. CA 178734)
4 | E-mail: mgillette@manatt.com
1001 Page Mill Road, Building 2
5 | Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
6 | Facsimile: (650) 213-0260

7 | Attorneys for Defendant
VISTO CORPORATION

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT

11 | SAN FRANCISCO DIVISION

12

13 | RESEARCH IN MOTION LIMITED,    Case No.: C-07-3177 (EDL)

14 | Plaintiff,

15 | vs.    ADR CERTIFICATION BY DEFENDANT
VISTO CORPORATION AND COUNSEL
16 | VISTO CORPORATION,

17 | Defendant.

18 | AND RELATED COUNTERCLAIMS.

19

20

21 | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned

22 | certifies that he or she has:

23 | 1.    Read the handbook entitled *"Dispute Resolution Procedures in the Northern*

24 | *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited*

25 | *printed copies are available from the clerk's office for parties in cases not subject to the court's*

26 | *Electronic case Filing program (ECF) under General Order 45)*;

27 | 2.    Discussed the available dispute resolution options provided by the Court and

28 | private entities; and

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

ADR CERTIFICATION BY PARTIES &
COUNSEL
CASE NO.: C-07-3177 (EDL)

1      3.     Considered whether this case might benefit from any of the available dispute

2  resolution options.

3

4  Dated:    August 28, 2007        VISTO CORPORATION

5

6                                      By: _____

                                        Chris DiCarlo

7

8  Dated:    August 28, 2007        MANATT, PHELPS & PHILLIPS, LLP
                                        Robert D. Becker

9                                        Eugene L. Hahm
                                        Michelle Gillette

10

11                               By: _____

12                                      Michelle Gillette
                                      *Attorneys for Defendant*

13                                        VISTO CORPORATION

14

15

16

17

18

19

20

21  90000165.1

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

ADR CERTIFICATION BY PARTIES &
COUNSEL
CASE NO.: C-07-3177 (EDL)