**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                                   415.522.2000

**August 29, 2007**

**CASE NUMBER:  CV 07-03177 EDL**
**CASE TITLE:  RESEARCH MOTION-v-VISTO CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/29/07

                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                    _____Richard W. Wieking_____
                                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                      Entered in Computer 08/29/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA