MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
E-mail : ehahm@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant and Counterclaimant
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>                Plaintiff,<br><br>        vs.<br><br>VISTO CORPORATION,<br><br>                Defendant. | Case No. C-07- 3177 (MMC)<br><br>**[PROPOSED] ORDER RE. VISTO'S MOTION TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS AGAINST RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION**<br><br>**JURY TRIAL DEMANDED** |
| VISTO CORPORATION,<br><br>                Counterclaimant,<br><br>        vs.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION,<br><br>                Counterdefendants. | |

Upon review and consideration of the motion of Defendant and Counterclaimant Visto Corporation for a motion for leave to file its First Amended Answer and Counterclaims (the "Motion") and the supporting First Amended Answer and Counterclaims, Memorandum of

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE VISTO'S MOTION TO
FILE FIRST AMENDED ANSWER AND
COUNTERCLAIMS; CASE NO. C-07-3177

1 Points and Authorities, and such other matters as have been presented, the Court having
2 determined that Visto has timely brought its motion, that Research In Motion Limited and
3 Research In Motion Corporation will not be prejudiced, and in the interest of judicial economy,
4     IT IS HERBY ORDERED that Visto's motion for leave to file the First Amended
5 Answer and Counterclaims is granted and that Exhibit "A" to the motion, Visto's First Amended
6 Answer and Counterclaims, be deemed filed with this Court as of this date.

9 Dated: _____

Honorable Maxine M. Chesney
United States District Court Judge

90000208.1

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

2

[PROPOSED] ORDER RE VISTO'S MOTION TO
FILE FIRST AMENDED ANSWER AND
COUNTERCLAIMS; CASE NO. C-07-3177