1  Robert G. Krupka, P.C. (Bar No. 196625)
   E-mail: bkrupka@kirkland.com
2  Marc H. Cohen (Bar No. 168773)
   E-mail: mcohen@kirkland.com
3  Philip T. Chen (Bar No. 211777)
   E-mail: pchen@kirkland.com
   KIRKLAND & ELLIS LLP
4  777 South Figueroa Street
   Los Angeles, California  90017
5  Telephone:    (213) 680-8400
   Facsimile:    (213) 680-8500

6
   Attorneys for Plaintiff
7  RESEARCH IN MOTION LIMITED

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | RESEARCH IN MOTION LIMITED, | Case No. C-07-3177 (MMC)
13 |     PLAINTIFF,              | **CERTIFICATE OF SERVICE AS TO CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**
14 | V.                          |
15 | VISTO CORPORATION,          |
16 |     DEFENDANT.              |
17 |
18 | AND RELATED COUNTERCLAIMS   |

                                                Certificate of Service
                                                Case No. C-07-3177 (MMC)

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On September 10, 2007, I caused a copy of the following document(s) described as:

**1.  CASE MANAGEMENT CONFERENCE ORDER**

**2.  STANDING ORDER FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

**3.  CERTIFICATE OF SERVICE**

to be served on the interested parties in this action as follows:

**[X]    [VIA U.S. MAIL]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth herein.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

**[X]    [VIA ELECTRONIC MAIL]**  I caused said document[s] to be sent by electronic mail to the email address(es) indicated for the party(ies) listed below:

Robert D. Becker
E-mail:  rbecker@manatt.com
Eugene L. Hahm
E-mail:  ehahm@manatt.com
Shawn G. Hansen
E-mail:  shansen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Michelle Gillette
E-mail:  mgillette@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

**[X]    [FEDERAL]**  I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed September 10, 2007, at Los Angeles, California.

_____/s/_____
Karol Tshabourian