1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT D. BECKER (Bar No. CA 160648)
2  E-mail:  rbecker@manatt.com
   EUGENE L. HAHM (Bar No. CA 167596)
3  E-mail : ehahm@manatt.com
   SHAWN G. HANSEN (Bar No. CA 197033)
4  E-mail:  shansen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA  94304-1006
   Telephone:  (650) 812-1300
6  Facsimile:  (650) 213-0260

7  Attorneys for Defendant and Counterclaimant
   VISTO CORPORATION

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  RESEARCH IN MOTION LIMITED,          Case No. C-07- 3177 (MMC)

14          Plaintiff,                    **[PROPOSED] ORDER RE VISTO'S
                                          FILING OF FIRST AMENDED ANSWER
15      vs.                               AND COUNTERCLAIMS**

16  VISTO CORPORATION,

17          Defendant.

18  VISTO CORPORATION,

19          Counterclaimant,

20      vs.

21  RESEARCH IN MOTION LIMITED, and
22  RESEARCH IN MOTION
    CORPORATION,
23
            Counterdefendants.
24

25          Upon review and consideration of the parties' Stipulation Re Visto's filing of First

26  Amended Answer and Counterclaims,

27          IT IS HERBY ORDERED that the parties' Stipulation Re Visto's Filing of First

28  Amended Answer and Counterclaims is approved.  Exhibit "A" to the Stipulation, Visto's First

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE VISTO'S FILING OF  FIRST
AMENDED ANSWER AND COUNTERCLAIMS
CASE NO. C-07-3177

1    Amended Answer and Counterclaims, is deemed filed as of the date this order is signed.

2         IT IS FURTHER ORDERED THAT Plaintiffs and CounterDefendants RIM Ltd. and

3    RIM Corp. have fifty (50) days from the date this order is signed to respond.

4         IT IS FURTHER ORDERED THAT Visto's Notice of Motion and Motion to File First

5    Amended Answer and Counterclaims Against Research In Motion Limited and Research In

6    Motion Corp. [Docket No. 13] is WITHDRAWN.

7

8

9    Dated: _____

10                                                    Honorable Maxine M. Chesney
                                                     United States District Court Judge
11

12

13

14   90000282.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2                [PROPOSED] ORDER RE VISTO'S FILING OF FIRST
                 AMENDED ANSWER AND COUNTERCLAIMS
                 CASE NO. C-07-3177