MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
E-mail : ehahm@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counterclaimant
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>           Plaintiff,<br><br>     vs.<br><br>VISTO CORPORATION,<br><br>           Defendant.<br>─────────────────────────<br>VISTO CORPORATION,<br><br>           Counterclaimant,<br><br>     vs.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION,<br><br>           Counterdefendants. | Case No. C-07- 3177 (MMC)<br><br>**ORDER GRANTING VISTO LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS** |

    Upon review and consideration of the parties' Stipulation Re Visto's filing of First Amended Answer and Counterclaims,

    IT IS HERBY ORDERED that the parties' Stipulation Re Visto's Filing of First Amended Answer and Counterclaims is approved. Visto shall filed its First Amended Answer

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE VISTO'S FILING OF FIRST
AMENDED ANSWER AND COUNTERCLAIMS
CASE NO. C-07-3177

1  and Counterclaims no later than September 21, 2007.

2  IT IS FURTHER ORDERED THAT Plaintiffs and CounterDefendants RIM Ltd. and
3  RIM Corp. have fifty (50) days from the date this order is signed to respond.

4  IT IS FURTHER ORDERED THAT Visto's Notice of Motion and Motion to File First
5  Amended Answer and Counterclaims Against Research In Motion Limited and Research In
6  Motion Corp. [Docket No. 13] is WITHDRAWN.

9  Dated: September 18, 2007

_____
Honorable Maxine M. Chesney
United States District Court Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

2

[PROPOSED] ORDER RE VISTO'S FILING OF FIRST
AMENDED ANSWER AND COUNTERCLAIMS
CASE NO. C-07-3177