**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: SEP 2 8 2007

**E-Filing**

C-07-3177-MMC

Research in Motion   v   Visto Corporation

Attorneys: Marc Cohen     Eugene Hahm
                          Michelle Gillette

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**     **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

All other dates in accordance with △s proposed order - due by 10/9/07. Court set limit of 8 claim terms - total.

(✓) ORDER TO BE PREPARED BY:   Plntf___  Deft___  Court ✓

(✓) Referred to ~~Magistrate~~ For: Private Mediation by agreement of the parties
   (✓) By Court
(✓) CASE CONTINUED TO 8/1/08 @ 10:30 for Further Status Conference
   Joint statement due 7/25/08.

Discovery Cut-Off ___   Expert Discovery Cut-Off ___

Plntf to Name Experts by ___   Deft to Name Experts by ___

P/T Conference Date 3/17/09 @ 3:00   Trial Date 3/30/09 @ 9:00   Set for 10 days
Type of Trial: (✓) Jury   ( ) Court

Notes:
1/29/08 - Deadline to amend pleadings.
Meet & Confer by 2/9/09. Markman Hearing - 2 hrs per side (no expert testimony - experts may be present).

cc: Chamber file