Robert D. Becker (Bar No. 160648)
E-mail: rbecker@manatt.com
Eugene L. Hahm (Bar No. 167596)
E-mail: ehahm@manatt.com
Shawn G. Hansen (Bar No. 197033)
E-mail: shansen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:     (650) 213-0260

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>VISTO CORPORATION,<br><br>          Defendant. | Case No. C-07-3177 (MMC)<br>**ORDER ADOPTING WITH EXCEPTION<br>CASE MANAGEMENT AND DOCKET<br>CONTROL ORDER** |
| AND RELATED COUNTERCLAIMS | |

   Pursuant to the Case Management Conference held on September 28, 2007, Defendant and Counterclaimant Visto Corporation ("Visto") and Plaintiff and Counterdefendant Research In Motion Limited, Counterdefendant Research In Motion Corporation (collectively referred to as "Plaintiff") hereby submit this Case Management and Docket Control Order.

**<u>ADR</u>**

   The parties are ordered to private mediation.

Case Management and Docket Control Order     1     Case No. C-07-3177 (MMC)

**Claim Construction**

The parties are limited to eight (8) claim terms to be construed at the Claim Construction Hearing. The Claim Construction hearing will be held on Monday, June 16, 2007 at 9:00 a.m. Each party will have two hours to present its proposed construction. No expert testimony will be allowed, but experts may be present to advise.

**Further Status Conference**

A further status conference will be held on August 1, 2008 at 10:30 a.m. The parties shall file an updated joint case management statement by July 25, 2008.

| EVENT | DATE |
|---|---|
| Initial Case Management Conference | September 28, 2007 |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Materials Identified (Patent L.R. 3-1 and 3-2) | October 19, 2007 |
| Disclosure of Preliminary Invalidity Contentions and Materials Identified (Patent L.R. 3-3 and 3-4) | December 11, 2007 |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | December 21, 2007 |
| Exchange of Preliminary Claim Constructions (Patent L.R. 4-2) | January 10, 2008 |
| Last Day to Amend Pleadings | January 29, 2008 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | February 11, 2008 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | March 12, 2008 |
| Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | April 17, 2008 |
| Defendant's Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | May 8, 2008 |
| Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | May 22, 2008 |

| EVENT | DATE |
|---|---|
| Claim Construction Hearing (Patent L.R. 4-6) | June 16, 2008, 9:00 a.m. |
| Claim Construction Ruling (Estimated to allow for subsequent dates to be provided) | July 16, 2008 |
| Final Infringement Contentions (Patent L.R. 3-6(a)) | August 15, 2008 |
| Final Invalidity Contentions (Patent L.R. 3-6(b)) | September 4, 2008 |
| Defendant to Disclose and Produce Patent Opinions (Patent L.R. 3-8) | September 4, 2008 |
| Fact Discovery Cutoff | October 17, 2008 |
| Willfulness Discovery Cutoff | October 17, 2008 |
| Last Day to File Motion to Compel Fact or Willfulness Discovery (Civ. L.R. 26) | October 31, 2008 |
| Initial Expert Reports (based on burden of proof) | October 17, 2008 |
| Rebuttal Expert Reports (based on burden of proof) | November 17, 2008 |
| Expert Discovery Cutoff | December 17, 2008 |
| Last Day to File Motion to Compel Expert Discovery (Civ. L.R. 26) | December 31, 2008 |
| Last Day to Hear Dispositive and *Daubert* Motions | February 25, 2009 |
| Joint Pretrial Order | March 10, 2009 |
| Pretrial Conference | March 17, 2009; 3:00 p.m. |
| TRIAL | March 30, 2009; 9:00 a.m. |

DATED: October 1, 2007                          MANATT, PHELPS & PHILLIPS LLP


By: /s/  Michelle Gillette
Robert D. Becker
Eugene L. Hahm
Michelle Gillette

Attorneys For
VISTO CORPORATION

APPROVED AS TO FORM:

DATED: October 1, 2007                          KIRKLAND & ELLIS LLP


By: /s/  Marc H. Cohen
Robert G. Krupka, P.C.
Marc H. Cohen
Philip T. Chen

Attorneys for
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures*, *Michelle Gillette hereby attests that concurrence in the filing of this document has been obtained.*

90000562.1                                     **ORDER**

    It is so ordered, with the exception that the last day for hearing dispositive and <u>Daubert</u> motions is February 13, 2009.


Dated: October 9, 2007                          _____
                                                Maxine M. Chesney
                                                United States District Judge