MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
E-mail : ehahm@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant
and Counterclaimant
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VISTO CORPORATION,<br><br>　　　　　Defendant.<br><hr>VISTO CORPORATION,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION,<br><br>　　　　　Counterdefendants. | Case No. C-07- 3177 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING COURT DEADLINES UNDER PATENT RULES 4-2, 4-3 AND 4-4** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

Visto Corporation and Research In Motion Limited and Research In Motion Corporation, through their respective counsel, stipulate as follows:

1. On October 1, 2007, the parties filed a CASE MANAGEMENT AND DOCKET CONTROL ORDER (Docket No. 21) ("Case Management Order");
2. On October 9, 2007, the Court issued an order adopting with certain exceptions the Case Management Order (Docket No. 22);
3. The Exchange of Preliminary Claim Constructions under Patent L.R. 4-2 is currently scheduled for January 10, 2008; and
4. The filing of the Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 is currently scheduled for February 11, 2008;
5. The date for the completion of Claim Construction Discovery under Patent L.R. 4-4 is currently scheduled for March 12, 2008; and
6. The Parties currently are in the process of meeting and conferring on the terms to be construed and believe that additional time is necessary to complete the meet and confer process.

In order to complete a meaningful meet and confer on the terms to be construed, the parties hereby agree, subject to approval by the Court, to the following modifications to the Case Management Order:

1. The date of the Exchange of Preliminary Claim Constructions under Patent L.R. 4-2 shall be extended from January 10, 2008 to January 24, 2008;
2. The date for filing the Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 shall be extended from February 11, 2008 to February 25, 2008;
3. The date for the completion of Claim Construction Discovery under Patent L.R. 4-4 shall be extended from March 12, 2008 to March 26, 2008;
4. This stipulation is limited to compliance with Patent L.R. 4-2, Patent L.R. 4-3 and Patent L.R. 4-4 and does not relate to any other phase of this case; and
5. No other deadlines under the Case Management Order are affected by this

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED] ORDER
MODIFYING PATENT RULE 4-2, PATENT RULE 4-3,
AND PATENT RULE 4-4 SCHEDULE

stipulation.

IT IS SO STIPULATED.

DATED: January 9, 2008                MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Eugene L. Hahm                .
    Eugene L. Hahm
*Attorneys for Defendant and Counterclaimant*
VISTO CORPORATION



DATED: January 9, 2008                KIRKLAND & ELLIS LLP

By: /s/ Philip T. Chen
    Philip T. Chen
*Attorneys for Plaintiff and Counterdefendants*
RESEARCH IN MOTION LIMITED, and
RESEARCH IN MOTION CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Eugene Hahm hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED] ORDER
MODIFYING PATENT RULE 4-2, PATENT RULE 4-3,
AND PATENT RULE 4-4 SCHEDULE

## ORDER

Good cause appearing, the parties' stipulation is hereby GRANTED. The deadlines for compliance with Patent L.R. 4-2 - 4-4 as set forth in the stipulation are modified as follows:

| | |
|---|---|
| Exchange of Preliminary Claim Constructions under Patent L.R. 4-2 | January 24, 2008 |
| Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 | February 25, 2008 |
| Completion of Claim Construction Discovery under Patent L.R. 4-4 | March 26, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this  10th  day of January, 2008

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

20194826.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO