Robert G. Krupka, P.C. (Bar No. 196,625)
E-mail: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168,773)
E-mail: mcohen@kirkland.com
Philip T. Chen (Bar No. 211,777)
E-mail: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

Attorneys for
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>        Plaintiff,<br><br>      v.<br><br>VISTO CORPORATION,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-3177 (MMC)<br><br>**DECLARATION OF PHILIP T. CHEN IN SUPPORT OF RIM'S MOTION TO STAY PROCEEDINGS RELATING TO THE VISTO PATENTS PENDING REEXAMINATION**<br><br>**HEARING REQUESTED**<br><br>Date:    February 22, 2008<br>Time:    9:00 a.m.<br>Judge:  The Honorable Maxine M. Chesney |

I, Philip T. Chen, declare:

1.      I am a partner with Kirkland & Ellis LLP, the law firm representing Research In Motion Limited and Research In Motion Corporation (collectively "RIM") in the above-captioned matter.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the *inter partes* reexamination request (exhibits omitted) for U.S. Patent No. 7,228,383, submitted by RIM to the United States Patent and Trademark Office ("Patent Office") on January 8, 2008.

3.      Attached hereto as **Exhibit B** are true and correct copies of excerpts from the Manual of Patent Examining Procedure at Sections 2241 and 2641.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the *ex parte* reexamination request (exhibits omitted) for U.S. Patent No. 7,225,231, submitted by RIM to the Patent Office on January 9, 2008.

5.      Attached hereto as **Exhibit D** are true and correct copies of excerpts from the most-recent office action issued by the Patent Office on September 24, 2007 in the reexamination of U.S. Patent No. 6,708,221, rejecting all challenged claims of the patent.  The '231 patent issues from an application that purports to be a continuation of the application resulting in the '221 patent.

6.      Attached hereto as **Exhibit E** are true and correct copies of excerpts from the most-recent office action issued by the Patent Office on September 20, 2007 in the reexamination of U.S. Patent No. 7,039,679, rejecting all challenged claims of the patent.  The '679 patent issues from an application that purports to be a continuation of the application resulting in the '221 patent.

7.      Attached hereto as **Exhibit F** are true and correct copies of excerpts from the most-recent office action issued by the Patent Office on September 5, 2007 in the reexamination of U.S. Patent No. 6,085,192, rejecting all challenged claims of the patent.  The '221 patent issues from an application that purports to be a continuation-in-part of the applications resulting in the '192 and '708 patents.

8.      Attached hereto as **Exhibit G** are true and correct copies of excerpts from the most-recent office action issued by the Patent Office on August 3, 2007 in the reexamination of U.S. Patent No. 6,023,708, rejecting all challenged claims of the patent.  The '221 patent issues from an

application that purports to be a continuation-in-part of the applications resulting in the '192 and '708 patents.

9.     Attached hereto as **Exhibit H** are true and correct copies of excerpts from the most-recent office action issued by the Patent Office on September 20, 2007 in the reexamination of U.S. Patent No. 6,151,606, rejecting all challenged claims of the patent.  The '606 patent issues from an application that claims priority to and incorporates by reference the application resulting in the '708 patent.

10.     Attached hereto as **Exhibit I** are true and correct copies of excerpts from a report titled "U.S. Patent and Trademark Office – Performance and Accountability Report – Fiscal Year 2007."  Tables 13A and 13B on page 121 of this report show that, in 2007, the Patent Office granted 577 *ex parte* reexamination requests out of 594 determinations made, and granted 118 *inter partes* reexamination requests out of 119 determinations made.

11.     Attached hereto as **Exhibit J** is a true and correct copy Visto's Preliminary Infringement Contentions in this case (exhibits omitted), served on October 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of January 2008 in Los Angeles, California.

      /s/ Philip T. Chen
              Philip T. Chen

**<u>CERTIFICATE OF SERVICE</u>**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On January 18, 2008, I caused a copy of the following document(s) described as:

**DECLARATION OF PHILIP T. CHEN IN SUPPORT OF RIM'S MOTION TO STAY PROCEEDINGS RELATING TO THE VISTO PATENTS PENDING REEXAMINATION**

to be served on the interested parties in this action as follows:

**[X]     [VIA ELECTRONIC MAIL]**  I caused said document[s] to be sent by electronic mail to the email address(es) indicated for the party(ies) listed below:

Robert D. Becker
E-mail:  rbecker@manatt.com
Eugene L. Hahm
E-mail:  ehahm@manatt.com
Shawn G. Hansen
E-mail:  shansen@manatt.com
RimVistoLit-NDCA@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

**[X]     [FEDERAL]**  I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed January 18, 2008, at Los Angeles, California.


            /s/ Phillip T. Chen
                    Phillip T. Chen