# EXHIBIT I

Case 3:07-cv-03177-MMC     Document 28-11     Filed 01/18/2008     Page 2 of 3



# United States Patent and Trademark Office
Performance and Accountability Report
Fiscal Year 2007



accountability



innovation



results

creativity





global

*Transforming for the Future Today*

**EXHIBIT I**

| TABLE 13A | EX PARTE REEXAMINATION (FY 2003 - FY 2007) | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | 2003 | 2004 | 2005 | 2006 | 2007 | |
| **Requests filed, total** | **392** | **441** | **524** | **511** | **643** | |
| By patent owner | 136 | 166 | 166 | 129 | 124 | |
| By third party | 239 | 268 | 358 | 382 | 519 | |
| Commissioner ordered | 17 | 7 | - | - | - | |
| **Determinations on requests, total**[1] | **381** | **419** | **537** | **458** | **594** | |
| Requests granted: | | | | | | |
| By examiner | 360 | 408 | 509 | 422 | 575 | |
| By petition | 1 | - | 2 | 5 | 2 | |
| Requests denied | 20 | 11 | 26 | 31 | 17 | |
| **Requests known to have related litigation** | **109** | **138** | **176** | **229** | **369** | |
| **Filings by discipline, total** | **392** | **441** | **524** | **511** | **643** | |
| Chemical | 124 | 130 | 138 | 118 | 133 | |
| Electrical | 118 | 156 | 188 | 228 | 275 | |
| Mechanical | 150 | 155 | 198 | 165 | 235 | |

[1] Past years' data have been revised from prior year reports.

| TABLE 13B | INTER PARTES REEXAMINATION (FY 2003 - FY 2007) | | | | | |
|---|---|---|---|---|---|---|
| ACTIVITY | 2003 | 2004 | 2005 | 2006 | 2007 | |
| **Requests filed, total** | **21** | **27** | **59** | **70** | **126** | |
| **Determinations on requests, total** | **20** | **25** | **57** | **47** | **119** | |
| Requests granted: | 18 | 25 | 54 | 43 | 118 | |
| By examiner | 18 | 25 | 54 | 43 | 118 | |
| By petition | - | - | - | - | - | |
| Requests denied | 2 | - | 3 | 4 | 1 | |
| **Requests known to have related litigation** | **7** | **5** | **29** | **32** | **81** | |
| **Filings by discipline, total** | **21** | **27** | **59** | **70** | **126** | |
| Chemical | 3 | 6 | 17 | 17 | 30 | |
| Electrical | 7 | 7 | 20 | 27 | 53 | |
| Mechanical | 11 | 14 | 22 | 26 | 43 | |