# EXHIBIT J

1 | MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
2 | E-mail: rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
3 | E-mail: ehahm@manatt.com
SHAWN G. HANSEN (Bar No. 197033)
4 | E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
5 | Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
6 | Facsimile: (650) 213-0260

7 | Attorneys for Defendant and Counterclaimant
VISTO CORPORATION

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | RESEARCH IN MOTION LIMITED,    |    Case No.: C-07-3177 (MMC)

Plaintiff and Counterdefendant,    |    **VISTO'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER PATENT LOCAL RULE 3-1**

vs.

VISTO CORPORATION,

Defendant and Counterclaimant.    |    **Confidential – Attorney's Eyes Only materials attached hereto as Exhibits A and B**

AND RELATED COUNTERCLAIMS.

21 |     Pursuant to Patent Local Rule 3-1 of the Rules of Practice for Patent Cases before the

22 | Honorable Maxine M. Chesney, United States District Court for the Northern District of

23 | California, Defendant and Counterclaimant Visto Corporation ("Visto") submits the following

24 | Disclosure of Asserted Claims and Preliminary Infringement Contentions relevant to the patents

25 | at issue. This disclosure is based on information available to Visto as of the date hereof, and

26 | Visto reserves the right to amend this disclosure to the full extent consistent with Patent Local

27 | Rule 3-6 and the Court's Case Management and Docket Control Order dated October 9, 2007

28 | [*See* Docket No. 22].

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

VISTO'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER PLR 3-1

**EXHIBIT J**

1   **I.    Patent Local Rule 3-1(a): Asserted Claims**

2          For purposes of Patent Local Rule 3-1(a) with respect to patents at issue, Visto asserts that

3   Plaintiff and Counterdefendant Research In Motion Limited ("RIM") infringes the following

4   patent claims directly, contributorily and/or by inducement: claims 1-6 of U.S. Patent 7,225,231

5   ("'231 Patent"); and claims 1-15 of U.S. Patent 7,228,383 ("'383 Patent") (collectively the

6   "Asserted Claims").

7   **II.    Patent Local Rule 3-1(b): Accused Instrumentality**

8          For purposes of Patent Local Rule 3-1(b) with respect to the patents at issue, Visto asserts

9   that each of the Asserted Claims is infringed by RIM's wireless solution, which includes products

10  and services that enable access to and/or synchronization of data in secure network environments,

11  including but not limited to each version of the "BlackBerry Products," BlackBerry Enterprise

12  Servers for Microsoft® Exchange, IBM® Lotus® Domino®, Novell® GroupWise®, and MDS

13  Applications, Hosted BlackBerry Enterprise Server, BlackBerry Enterprise Server - Small

14  Business Edition, BlackBerry Internet Service, BlackBerry Desktop Software, BlackBerry Mail

15  Connector, BlackBerry Desktop Redirector, BlackBerry Web Mail, BlackBerry Router,

16  BlackBerry Infrastructure, BlackBerry Relay Servers, BlackBerry Network Operations Centers

17  (NOCs), and BlackBerry Smartphones and devices, including BlackBerry Connect and

18  BlackBerry Built-In (collectively, the "Accused Instrumentalities").  Unless otherwise noted,

19  Visto's Infringement Contentions for the '383 patent apply to each and every version and edition

20  of the "Accused Instrumentalities" at least as of June 1, 2001.  Also, unless otherwise noted,

21  Visto's Infringement Contentions for the '231 patent apply to each and every version and edition

22  of the "Accused Instrumentalities" at least as of January 1, 2001. Visto notes that any documents

23  or evidence cited in Visto's 3-1(c) claim charts are merely exemplary, and not indicative of the

24  particular versions and editions which Visto has accused of infringing. Since the Accused

25  Instrumentalities utilize common software modules, interfaces and protocols, the differences

26  between the different edition and versions of the BlackBerry products as of the operative accused

27  dates (unless otherwise noted) are not material to Visto's infringement allegations.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2
VISTO'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER P.R. 3-1

**EXHIBIT J**

1    Notwithstanding Visto's Infringement Contentions, Visto does not concede that any BlackBerry

2    Product in existence before the filing, priority or invention date of the Visto patents-in-suit is

3    prior art to Visto's patents. While discovery is ongoing, Visto may modify or supplement its

4    Infringement Contentions based on a review of source code or other documentation provided by

5    RIM.

6        **III.    Patent Local Rule 3-1(c): Claim Charts**

7            Visto's investigation and analysis of the Accused Instrumentalities is based upon

8    information made publicly available by RIM and on Visto's own investigations. Visto's

9    investigation and analysis is further based upon documents produced and deposition transcripts

10   made available from *Visto Corporation v. Research in Motion Limited, and Research in Motion*

11   *Corporation*, Case No. 2-06-CV-181, in the United States District Court for the Eastern District

12   of Texas before the Honorable T. John Ward. In accordance with Patent Local Rule 2-2, Visto

13   has designated the attached claim charts as "Confidential – Attorney's Eyes Only. Consistent

14   with Patent Local Rule 3-6, Visto reserves the right to amend and/or supplement this disclosure

15   for any of the following reasons, or as ordered by the Court:

16       (i)     Visto's positions regarding infringement of specific claims will depend on how

17   those claims are construed by the Court. Because claim construction has not yet occurred, Visto

18   cannot take a final position on the bases for infringement of the Asserted Claims; and

19       (ii)    While Visto's investigation and analysis of RIM's products is based upon

20   information made publicly available by RIM and on discovery in *Visto v. RIM*, as discussed

21   above, additional discovery from RIM is necessary before Visto can take final positions on the

22   bases for infringement of the Asserted Claims. For at least these reasons, Visto reserves the right

23   to amend or supplement this disclosure as provided in Patent Local Rule 3-6(a).

24           Appended hereto as Exhibit A, and incorporated herein in its entirety, is a preliminary

25   chart identifying specifically where each element of claims 1-6 of the '231 Patent is found in the

26   Accused Instrumentalities. Appended hereto as Exhibit B, and incorporated herein in its entirety,

27

28

**EXHIBIT J**

1    is a preliminary chart identifying specifically where each element of claims 1-15 of the '383

2    Patent is found in the Accused Instrumentalities.

3            Unless otherwise indicated, the information provided that corresponds to each claim

4    element is considered to indicate that each claim element is found within the product, device,

5    process, method, function or act of the Accused Instrumentalities.

6            **IV.    Patent Local Rule 3-1(d): Literal Infringement/Doctrine of Equivalents**

7            For purposes of Patent Local Rule 3-1(d) with respect to the patents at issue, each element

8    of each Asserted Claim is considered to be literally present and present under the Doctrine of

9    Equivalents within each of the Accused Instrumentalities. Consistent with Patent Local Rule 3-6,

10   Visto reserves the right to amend and/or supplement this disclosure for any of the following

11   reasons, or as ordered by the Court:

12           (i)     Visto's positions regarding infringement of specific claims will depend on how

13   those claims are construed by the Court.  Because claim construction has not yet occurred, Visto

14   cannot take a final position on the bases for infringement of the Asserted Claims; and

15           (ii)    While Visto's investigation and analysis of RIM's products is based upon

16   information made publicly available by RIM and on discovery in *Visto v. RIM*, as discussed

17   above, additional discovery from RIM is necessary before Visto can take final positions on the

18   bases for infringement of the Asserted Claims.  For at least these reasons, Visto reserves the right

19   to amend or supplement this disclosure as provided in Patent Local Rule 3-6(a).

20           **V.    Patent Local Rule 3-1(e): Priority Dates**

21           Claims 1-6 of the '231 Patent are entitled to a priority date at least as early as July 30,

22   1997 as a continuation application, and to a priority date at least as early December 13, 1996 as a

23   continuation in part application.  Claims 1-15 of the '383 Patent are entitled to a priority date at

24   least as early as June 1, 2001.

25           **VI.    Patent Local Rule 3-1(f): Identification of Instrumentalities Practicing the**

26                   **Claimed Invention**

27           Each of Visto's wireless messaging and synchronization solutions, Visto Mobile, Visto

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

VISTO'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER P.R. 3-1

**EXHIBIT J**

1  Mobile Enterprise Server, Visto Mobile Personal Edition, Visto Mobile Access Solution and

2  Visto MessageXpress, in conjunction with products and services of Visto's allied wireless

3  operators, device manufacturers, and other affiliates, embody Visto's claimed inventions,

4  incorporating or reflecting all of the Asserted Claims.

5

6  Dated:    October 19, 2007          MANATT, PHELPS & PHILLIPS, LLP
                                       Robert D. Becker
                                       Eugene L. Hahm
7                                      Shawn G. Hansen

8

9                                      By: _____

10                                         Eugene L. Hahm
                                           *Attorneys for Defendant and Counterclaimant*
11                                         VISTO CORPORATION

12

13

14  20190483.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

VISTO'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER P.R. 3-1

**EXHIBIT J**