MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
E-mail: ehahm@manatt.com
SHAWN G. HANSEN (Bar No. 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>VISTO CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: C-07-3177 (MMC)<br><br>**DECLARATION OF EUGENE L. HAHM IN SUPPORT OF VISTO'S REPLY IN OPPOSITION TO RIM'S MOTION TO STAY PROCEEDINGS RELATED TO THE VISTO PATENTS PENDING REEXAMINATION** |

    1.    I am an attorney at law, duly licensed to practice before all the courts of the State of California, and am a partner with the law offices of Manatt, Phelps & Phillips, LLP, attorneys of record for Defendant Visto Corporation ("Visto") in the above-entitled action. I make this declaration in support of Visto's Reply In Opposition to RIM's Motion to Stay Proceedings Related to the Visto Patents Pending Reexamination. I have personal knowledge of the following facts, and if called as a witness, could competently testify thereto.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of RIM's Motion to Stay Pending Patent Reexaminations, filed on February 2, 2007 in the matter of Visto Corp. v.

20196148.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF EUGENE L. HAHM
CASE NO. 07-3177

1  Research In Motion Ltd., et al; USDC Eastern District of Texas, Case No. 2:06-CV-181.

2       3.    Attached hereto as **Exhibit B** is a true and correct copy of the Docket Control Order signed by Judge T. John Ward on March 14, 2007, in the matter of Visto Corp. v. Research In Motion Ltd., et al; USDC Eastern District of Texas, Case No. 2:06-CV-181.

     4.    Attached hereto as **Exhibit C** is a true and correct copy of the Memorandum and Order denying RIM's Motion to Stay, signed by Magistrate Judge Charles Everingham on September 28, 2007, in the matter of Visto Corp. v. Research In Motion Ltd., et al; USDC Eastern District of Texas, Case No. 2:06-CV-181.

     5.    Attached hereto as **Exhibit D** is a true and correct copy of the *Ex Parte* Reexamination Filing Data from the United States Patent and Trademark Office, dated December 31, 2006.

     6.    Attached hereto as **Exhibit E** are true and correct copies of selected page(s) from the United States Patent and Trademark Office's Performance and Accountability Report for the Fiscal Year 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Palo Alto, CA on February 1, 2008.

              /s/ Eugene L. Hahm
                  Eugene L. Hahm

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20196148.1

2

DECLARATION OF EUGENE L. HAHM
CASE NO. 07-3177