# Exhibit D
## to the
### Declaration of Eugene L. Hahm In Support of Visto's Reply in Opposition to RIM's Motion to Stay Proceedings Related to the Visto Patents Pending Reexamination



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - December 31, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 8403[1]

    a. By patent owner                              3384    40%
    b. By other member of public                    4854    58%
    c. By order of Commissioner                      165     2%

2. Number of filings by discipline

    a. Chemical Operation                           2568    30%
    b. Electrical Operation                         2751    33%
    c. Mechanical Operation                         3084    37%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No.         | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 151 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................... 2002    24%

5. Determinations on requests ......................................... 8103

    a. No. granted ................................................ 7403 ......... 91%

        (1) By examiner                                            7292
        (2) By Director (on petition)                               111

    b. No. denied ................................................. 700 ......... 9%

        (1) By examiner                                             665
        (2) Order vacated                                            35

---

[1] Of the requests received through Dec. 31, 2006, 42 requests have not yet been accorded a filing date, and preprocessing of 9 requests was terminated, for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6. Total examiner denials (includes denials reversed by Director) .................... 776

    a. Patent owner requester      435      56%
    b. Third party requester      341      44%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency      23.1 (mos.)
    b. Median pendency      17.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 21% | 10% |
| c. Claims changes | 70% | 59% | 66% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ................ 5640

    a. Certificates with all claims confirmed      1476      26%
    b. Certificates with all claims canceled      580      10%
    c. Certificates with claims changes      3584      64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER .......................... 2440

        (1) All claims confirmed      568      23%
        (2) All claims canceled      177      7%
        (3) Claim changes      1695      70%

    b. Certificates - 3rd PARTY REQUESTER ............................. 3057

        (1) All claims confirmed      890      29%
        (2) All claims canceled      373      12%
        (3) Claim changes      1794      59%

    c. Certificates - COMM'R INITIATED REEXAM ........................... 143

        (1) All claims confirmed      18      13%
        (2) All claims canceled      30      21%
        (3) Claim changes      95      66%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Dec2006.wpd



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Inter Partes* Reexamination Filing Data - December 31, 2006

1. Total requests filed since start of *inter partes* reexam on 11/29/99 .................... 209[1]

2. Number of filings by discipline

   a. Chemical Operation           53    25%
   b. Electrical Operation         74    36%
   c. Mechanical Operation         82    39%

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2002 | 4 | 2004 | 27 | 2006 | 70 |
   | 2001 | 1 | 2003 | 21 | 2005 | 59 | 2007 | 27 |

4. Number known to be in litigation ................ 92 ............ 44%

5. Decisions on requests ................................... 177

   a. No. granted ............................ 168 ........ 95%

      (1) By examiner              168
      (2) By Director (on petition)  0

   b. No. not granted ..................... 9 ............ 5%

      (1) By examiner     7
      (2) Reexam vacated  2

6. Overall reexamination pendency (Filing date to certificate issue date)

   a. Average pendency      27.9 (mos.)
   b. Median pendency       29.7 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) .............. 7

   a. Certificates with all claims confirmed    1    14%
   b. Certificates with all claims canceled     6    86%
   c. Certificates with claims changes          0     0%

---

[1] Of the requests received in 1st Qtr. FY 2007, 10 requests have not yet been accorded a filing date, and preprocessing of 1 request was terminated,, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\rexstats z ip Dec2006.wpd            1