**Exhibit E
to the
Declaration of Eugene L. Hahm In Support of
Visto's Reply in Opposition to RIM's Motion to
Stay Proceedings Related to the Visto Patents
Pending Reexamination**



# United States Patent and Trademark Office
## Performance and Accountability Report
### Fiscal Year 2007



accountability



results

innovation

creativity





global

*Transforming for the Future Today*

| TABLE 13A | EX PARTE REEXAMINATION (FY 2003 - FY 2007) | | | | |
|---|---|---|---|---|---|
| ACTIVITY | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Requests filed, total** | 392 | 441 | 524 | 511 | 643 |
| By patent owner | 136 | 166 | 166 | 129 | 124 |
| By third party | 239 | 268 | 358 | 382 | 519 |
| Commissioner ordered | 17 | 7 | | | |
| **Determinations on requests, total[1]** | 381 | 419 | 537 | 458 | 594 |
| Requests granted: | | | | | |
| By examiner | 360 | 408 | 509 | 422 | 575 |
| By petition | 1 | | 2 | 5 | 2 |
| Requests denied | 20 | 11 | 26 | 31 | 17 |
| **Requests known to have related litigation** | 109 | 138 | 176 | 229 | 369 |
| **Filings by discipline, total** | 392 | 441 | 524 | 511 | 643 |
| Chemical | 124 | 130 | 138 | 118 | 133 |
| Electrical | 118 | 156 | 188 | 228 | 275 |
| Mechanical | 150 | 155 | 198 | 165 | 235 |

[1] Past years' data have been revised from prior year reports.

| TABLE 13B | INTER PARTES REEXAMINATION (FY 2003 - FY 2007) | | | | |
|---|---|---|---|---|---|
| ACTIVITY | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Requests filed, total** | 21 | 27 | 59 | 70 | 126 |
| **Determinations on requests, total** | 20 | 25 | 57 | 47 | 119 |
| Requests granted: | 18 | 25 | 54 | 43 | 118 |
| By examiner | 18 | 25 | 54 | 43 | 118 |
| By petition | | | | | |
| Requests denied | 2 | | 3 | 4 | 1 |
| **Requests known to have related litigation** | 7 | 5 | 29 | 32 | 81 |
| **Filings by discipline, total** | 21 | 27 | 59 | 70 | 126 |
| Chemical | 3 | 6 | 17 | 17 | 30 |
| Electrical | 7 | 7 | 20 | 27 | 53 |
| Mechanical | 11 | 14 | 22 | 26 | 43 |

www.uspto.gov

performance

leadership





United States Patent
and Trademark Office

600 Dulany Street
Alexandria, Virginia 22314



intellectual
property

vision

www.uspto.gov