Robert G. Krupka, P.C. (Bar No. 196,625)
E-mail: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168,773)
E-mail: mcohen@kirkland.com
Philip T. Chen (Bar No. 211,777)
E-mail: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

Attorneys for
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RESEARCH IN MOTION LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>VISTO CORPORATION,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-3177 (MMC)<br><br>**DECLARATION OF PHILIP T. CHEN IN SUPPORT OF RIM'S REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS**<br><br>**HEARING REQUESTED**<br><br>Date:   February 22, 2008<br>Time:   9:00 a.m.<br>Judge:  The Honorable Maxine M. Chesney |
|---|---|

1  I, Philip T. Chen, declare:

2  1. I am a partner with Kirkland & Ellis LLP, the law firm representing Research In Motion Limited and Research In Motion Corporation (collectively "RIM") in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the Manual of Patent Examining Procedure at Section 2261.

3. Attached hereto as **Exhibit 2** are true and correct copies of excerpts from the case docket sheet for *NTP, Inc. v. Research In Motion Ltd.*, No. 01-CV-767-JRS (E.D. Va.) indicating that trial in that matter began on November 4, 2002 and ended on November 21, 2002, and that RIM's motion to stay proceedings in light of director-initiated reexamination of NTP's patents was filed on January 17, 2003.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Memorandum Opinion and Order dated March 22, 2007 in *NTP, Inc. v. Palm, Inc.*, No. 06-CV-836-JRS (E.D. Va.), wherein Judge Spencer granted Palm's motion to stay pending reexamination of the NTP patents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of February 2008 in Los Angeles, California.

    /s/ Philip T. Chen  
    Philip T. Chen