EXHIBIT 2

CLOSED, JURY, PROTO

# U.S. District Court
# Eastern District of Virginia (Richmond)
## CIVIL DOCKET FOR CASE #: 3:01-cv-00767-JRS

NTP Inc. v. Research In Motion  
Assigned to: District Judge James R. Spencer  
Demand: $0  
Cause: 35:271 Patent Infringement  

Date Filed: 11/13/2001  
Date Terminated: 03/03/2006  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2001 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 32083; jury demand (cgar) (Entered: 11/15/2001) |
| 11/13/2001 |  | SUMMONS(ES) issued for Research In Motion (Prepared in Alexandria by SPS given to attorney) (cgar) (Entered: 11/15/2001) |
| 11/13/2001 |  | Jury Trial Flag (cgar) (Entered: 11/15/2001) |
| 11/29/2001 | 2 | SUMMONS Returned Executed as to Research In Motion 11/19/01 Answer due on 12/10/01 for Research In Motion (cgar) (Entered: 11/29/2001) |
| 12/10/2001 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by NTP Inc. (clerk) (Entered: 12/10/2001) |
| 12/10/2001 | 4 | MOTION by Research In Motion to Extend Time to file responsive pleadings to the Complaint (cgar) (Entered: 12/11/2001) |
| 12/11/2001 | 5 | ORDER granting [4-1] motion by Research In Motion to Extend Time to file responsive pleadings to the Complaint, reset Answer deadline to 1/9/02 for Research In Motion ( signed by Judge James R. Spencer ) Copies Mailed: yes [EOD Date: 12/11/01] (cgar) (Entered: 12/11/2001) |
| 12/19/2001 |  | Pre-Trial Conference set at 9:50 1/31/02 before Judge James R. Spencer (lmcd) (Entered: 12/19/2001) |
| 12/28/2001 | 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by Research In Motion (clerk) (Entered: 12/28/2001) |
| 01/08/2002 | 7 | NOTICE of Attorney Appearance for NTP Inc. by Jack Edward McClard, Maya Miriam Eckstein (cgar) (Entered: 01/08/2002) |
| 01/09/2002 | 8 | OBJECTION by defendant Research In Motion to Proceeding before U.S. Magistrate Judge (cgar) (Entered: 01/10/2002) |
| 01/09/2002 | 9 | MOTION by Research In Motion for More Definite Statement Pursuant to Rule 12(e) of the FRCIVP (cgar) (Entered: 01/10/2002) |

EXHIBIT 2

1 of 43    2/7/2008 6:23 PM

| | | |
|---|---|---|
| 11/01/2002 | 222 | OBJECTION by defendant Research In Motion to [214-1] exhibits list by NTP Inc. (scoo) (Entered: 11/01/2002) |
| 11/01/2002 | 223 | OBJECTION by defendant Research In Motion to [203-1] instructions jury by NTP Inc., [202-1] proposed voir dire by NTP Inc. (scoo) (Entered: 11/01/2002) |
| 11/01/2002 | 224 | OBJECTION by defendant Research In Motion to [187-1] discovery designation by NTP Inc. (exhibits in brown expandable) (scoo) (Entered: 11/01/2002) |
| 11/04/2002 | | So Ordered: granting [220-1] motion by Research In Motion for Kenneth Robert Adamo to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 65784 ( signed by Judge James R. Spencer ) Copies Mailed: y (thom) (Entered: 11/04/2002) |
| 11/04/2002 | 225 | MEMORANDUM OPINION ( signed by Judge James R. Spencer ) Copies Mailed: y and hand delivered (thom) (Entered: 11/04/2002) |
| 11/04/2002 | 226 | MOTION by Research In Motion for Sheryl Love to appear pro hac vice Filing Fee Paid $ 25 Receipt # 65788 (khan) (Entered: 11/04/2002) |
| 11/04/2002 | | So Ordered: granting [226-1] motion by Research In Motion for Sheryl Love to appear pro hac vice Filing Fee Paid $ 25 Receipt # 65788 ( signed by Judge James R. Spencer ) Copies Mailed: y (khan) (Entered: 11/04/2002) |
| 11/04/2002 | | Jury Trial set at 10:00 11/5/02 before Judge James R. Spencer (lmcd) (Entered: 11/04/2002) |
| 11/04/2002 | 227 | Minute entry: JURY TRIAL PROCEEDINGS, DAY ONE: Spencer, J., Kull, OCR. Appearances: Parties by counsel. Court's rulings on outstanding motions given. Deft's request to bifurcate trial with evidence & arguments denied. Jury appeared, polled. Jury sworn; examined on voir dire; empaneled & sworn to try issue. (empanled juror Appling excused by the Court. Opening statements made. Pltf's evidence begun. Trial adjourned for the day; to commence at 10:00 a.m. on 11/5/02. (lmcd) (Entered: 11/04/2002) |
| 11/05/2002 | | Deadline updated; reset Jury Trial for 9:30 11/6/02 before Judge James R. Spencer (lmcd) (Entered: 11/05/2002) |
| 11/05/2002 | 228 | RESPONSE (in Opposition) by RIM to [206-1] motion by NTP Inc. in limine to limit and exclude certain testimony of RIM's expert, Jeffrey Reed (cgar) (Entered: 11/05/2002) |
| 11/05/2002 | 229 | RESPONSE by RIM to [216-1] motion by NTP Inc. in limine to exclude RIM from offering testimony or exhibits arguing for claim limitations inconsistent with the court's claim construction (cgar) (Entered: 11/05/2002) |
| 11/05/2002 | 230 | RESPONSE by RIM to [208-1] motion by NTP Inc. in limine to exclude (1) testimony and (2) opinion letters of Larry S. Nixon (cgar) (Entered: 11/05/2002) |
| 11/05/2002 | 231 | Minute entry: JURY TRIAL PROCEEDINGS, DAY 2: Spencer, J., Kull, OCR. Appearances: Counsel same as day one; jury appeared. Pltf's evidence continued. Trial adjourned for the day; to commence at 9:30 a.m. on 11/6/02. (5.0) (lmcd) Modified on 11/06/2002 (Entered: 11/05/2002) |

| 11/15/2002 | 251 | Second Offer of Proof with Respect to Testimony by Dr. Jeffrey Reed filed by defendant Research In Motion (cgar) (Entered: 11/15/2002) |
|---|---|---|
| 11/15/2002 | 252 | Offer of Proof with respect to testimony by Alan Zabarsky filed by defendant Research In Motion (Exhibits placed in brown expandable) (cgar) (Entered: 11/15/2002) |
| 11/18/2002 | 253 | Minute entry: JURY TRIAL PROCEEDINGS CONTINUED, 10TH DAY: Spencer, J., Kull, OCR. Appearances: same as previous days. Deft's evidence continued and concluded. Deft rested. Trial adjourned for the day; to commence on 11/19/02 at 9:30 a.m. (4:45) (lmcd) (Entered: 11/18/2002) |
| 11/18/2002 | | Deadline updated; reset Jury Trial for 9:30 11/19/02 before Judge James R. Spencer (lmcd) (Entered: 11/18/2002) |
| 11/19/2002 | | Deadline updated; reset Jury Trial for 9:00 11/20/02 before Judge James R. Spencer (lmcd) (Entered: 11/19/2002) |
| 11/19/2002 | 254 | Minute entry: JURY TRIAL PROCEEDINGS, DAY 11: Spencer, J., Kull, OCR. Appearances: Same as previous days. Pltf's motions for directed verdicts heard; denied as to all issues except unequitable conduct, which is granted. Deft's motion for directed verdict heard; denied. Pltf's rebuttal evidence adduced. Evidence concluded. Pltf's and deft's motions for directed verdicts renewed; denied. Trial adjourned for the day; to commence at 9:00 a.m. for attorneys, jury to return at 10:30 a.m. (4:25) (lmcd) (Entered: 11/19/2002) |
| 11/19/2002 | 255 | Proposed Jury instructions (dated 11/19/02) by NTP Inc. (cgar) (Entered: 11/20/2002) |
| 11/20/2002 | 256 | Response by RIM to [255-1] proposed jury instructions by NTP Inc. (cgar) (Entered: 11/20/2002) |
| 11/20/2002 | | Deadline updated; reset Jury Trial for 9:30 11/21/02 before Judge James R. Spencer (lmcd) (Entered: 11/20/2002) |
| 11/20/2002 | 257 | Minute entry: JURY TRIAL PROCEEDINGS CONTINUED, DAY 12. Spencer, J., Kull, OCR. Appearances: same as previous days. Jury charge conference held. Jury appeared. Arguments of counsel made. Jury charged by the Court. Trial adjourned for the day; jury to report for deliberations at 9:30 a.m. on 11/21/02. (5:10) (lmcd) (Entered: 11/20/2002) |
| 11/21/2002 | 258 | ORDER that the jurors in the above entitled case be kept together in the custody of the U.S. Marshal, who shall furnish them LUNCH ON 11/20/02 at the expense of the U.S., submitting the bill(s) to the Clerk of this Court for payment ( signed by Judge James R. Spencer 11/20/02 ) Copies Mailed: no [EOD Date: 11/21/02] (cgar) (Entered: 11/21/2002) |
| 11/21/2002 | 259 | Minute entry: JURY TRIAL PROCEEDINGS, 13TH DAY: Spencer, J., Kull, OCR. Appearances: same as previous days. Jury retired to deliberate at 9:35 a.m. Jury returned verdict at 2:15 p.m. finding in favor of pltf, assessing damages of $23,118,570.90. Jury polled. Jury discharged. Briefing schedule set by Court for post-trial briefs: Deft by 12/20/02, pltf's injunctive/willfulness brief 12/20/02; responses by 1/17/03; replies by 1/24/03. Hearing on motions set for 2/13/03, 9:00 a.m. All trial exhibits returned to counsel; counsel advised |

CM/ECF - vaed - Docket Report   Case 3:07-cv-03177-MMC   Document 33-3   Filed 02/08/2008   Page 5 of 7   https://ecf.vaed.uscourts.gov/cgi-bin/DktRpt.pl?693692764769558-L_3...

|  |  |  |
|---|---|---|
|  |  | to maintain admitted exhibits sent to the jury in trial form pending duration of appeal process. All exhibits marked as appellate exhibits in box so labeled. (:38) (lmcd) (Entered: 11/21/2002) |
| 11/21/2002 | 260 | SPECIAL JURY VERDICT finding in favor of NTP Inc. and assessing damages in amount of $23,188,570.90 filed in open court. (lmcd) (Entered: 11/21/2002) |
| 11/22/2002 | 261 | Written Submission Confirming the Oral Motion for Judgment as a Matter of Law Pursuant to Rule 50(a)(2) Regarding NTP's Claims of Willful Infringement by defendant Research In Motion (cgar) (Entered: 11/25/2002) |
| 11/22/2002 | 262 | Written Submission Confirming the Oral Motion for Judgment as a Matter of Law Pursuant to Rule 50(a)(2) on Non-Infringement by defendant Research In Motion (cgar) (Entered: 11/25/2002) |
| 11/22/2002 | 263 | Written Submission Confirming the Oral Motion for Judgment as a Matter of Law Pursuant to Rule 50(a)(2) on Invalidity by defendant Research In Motion (cgar) (Entered: 11/25/2002) |
| 11/22/2002 | 264 | Written Submission Confirming the Oral Motion for Judgment as a Matter of Law Pursuant to Rule 50 (a)(2)on Invalidity Under 35 USC 102 and 103 Made at the Close of All Evidence by defendant Research In Motion (Exhibits placed in brown expandable) (cgar) (Entered: 11/25/2002) |
| 11/26/2002 | 265 | ORDER the jurors be kept together in the custody of the U.S. Marshal, who shall furnish them lunch on 11/21/02 at the expense of the U.S. submitting the bill(s) to the Clerk of the Court for payment ( signed by Judge James R. Spencer ) Copies Mailed: yes [EOD Date: 11/26/02] (cgar) (Entered: 11/26/2002) |
| 11/26/2002 |  | Hearing Deadline as to NTP Inc., Research In Motion set 9:00 2/28/03 for post-trial motions before Judge James R. Spencer (lmcd) (Entered: 11/26/2002) |
| 12/11/2002 |  | Two boxes of sealed appellate trial exhibits stored with closed files in exhibit section. (lmcd) (Entered: 12/11/2002) |
| 12/19/2002 | 266 | MOTION by NTP Inc. for entry of final judgment (cgar) (Entered: 12/20/2002) |
| 12/19/2002 | 267 | MEMORANDUM by NTP Inc. in support of [266-1] motion for entry of final judgment (cgar) (Entered: 12/20/2002) |
| 12/19/2002 | 268 | MOTION by NTP Inc.'s Motion for post-verdict and postjudgment accountings, supplemental judgment and determination of liability (cgar) (Entered: 12/20/2002) |
| 12/19/2002 | 269 | MEMORANDUM by NTP Inc. in support of [268-1] motion for post-verdict and postjudgment accountings, supplemental judgment and determination of liability (Sketche Order placed on left) (cgar) (Entered: 12/20/2002) |
| 12/19/2002 | 270 | MOTION by NTP Inc. for prejudgment and postjudgment interest (cgar) (Entered: 12/20/2002) |

| 01/17/2003 | 304 | RESPONSE (in Opposition) by RIM to [274-1] motion by NTP Inc. for permanent injunction (FILED UNDER SEAL) non-confidential exhibits placed in brown expandable; confidential exhibits filed under seal (cgar) Modified on 01/17/2003 (Entered: 01/17/2003) |
|---|---|---|
| 01/17/2003 | 304 | MEMORANDUM by RIM in support of [303-1] motion by RIM to Stay entry of permanent injunction (Filed under seal) Non-confidential exhibits placed in brown expandable; confidential exhibits filed under seal (cgar) Modified on 01/17/2003 (Entered: 01/17/2003) |
| 01/17/2003 | 305 | RESPONSE by RIM to [270-1] motion by NTP Inc. for prejudgment and postjudgment interest (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 306 | RESPONSE (in Opposition) by RIM to [272-2] motion by NTP Inc. for Attorney Fees (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 307 | Response (in Opposition) by RIM to [272-1] motion by NTP Inc. for enhanced damages (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 308 | RESPONSE by RIM to [266-1] motion by NTP Inc. for entry of final judgment (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 309 | RESPONSE by RIM to [268-1] motion by NTP Inc.'s Motion for post-verdict and postjudgment accountings, supplemental judgment and determination of liability (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 310 | MOTION by RIM to Stay proceedings in light of Director-Initiated reexamination of NTP's patents (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 311 | MEMORANDUM by RIM in support of [310-1] motion to Stay proceedings in light of Director-Initiated reexamination of NTP's patents (cgar) (Entered: 01/17/2003) |
| 01/17/2003 | 312 | MOTION by Research In Motion for Robert C. Laurenson to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 66764 (cgar) (Entered: 01/21/2003) |
| 01/21/2003 |  | So Ordered: granting [285-1] motion by Research In Motion for Charles Richard Allan Morse to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 160846 ( signed by Judge James R. Spencer 1/20/03 ) Copies Mailed: yes (cgar) Modified on 01/21/2003 (Entered: 01/21/2003) |
| 01/21/2003 |  | So Ordered: granting [284-1] motion by Research In Motion for Donald Belton Ayer to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 160845 ( signed by Judge James R. Spencer ) Copies Mailed: yes (cgar) (Entered: 01/21/2003) |
| 01/21/2003 |  | So Ordered: granting [284-1] motion by Research In Motion for Donald Belton Ayer to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 160845 ( signed by Judge James R. Spencer ) Copies Mailed: y (khan) (Entered: 01/21/2003) |
| 01/24/2003 | 313 | REPLY by Research In Motion to response to [276-1] motion by RIM for Judgment as a Matter of Law (scoo) (Entered: 01/28/2003) |
| 01/24/2003 | 314 | Additional REPLY by Research In Motion to response to [276-1] motion by RIM for Judgment as a Matter of Law (scoo) (Entered: 01/28/2003) |

| 02/27/2006 | 461 | TRANSCRIPT of Hearing on Damages and Injunction Proceedings held on Feb. 24, 2006 before Judge James R. Spencer. Court Reporter: Jeffrey B. Kull (1 volume - 137 pages) [placed in brown expandable] (lsal) (Entered: 02/27/2006) |
|---|---|---|
| 02/27/2006 | 462 | ORDER denying [443] Motion to have recently Produced United States Patent and Trademark Office documents entered into the record. Signed by Judge James R. Spencer on 2/27/06. (scoo, ) Modified on 2/27/2006 to correct the spelling of Patent (scoo, ). (Entered: 02/27/2006) |
| 03/03/2006 | 463 | ORDER RELEASING ESCROW FUNDS, that $612.5 million from the funds in the escrow account established by this Court's order of March 11, 2003 shall be immediately transferred via wire transfer to the following: Citibank, N.A., ABA 021000089, FBO Citigroup Global Markets, Inc., A/C #30604518, FFC to NTP Inc. at Smith Barney, A/C #401-30382-13-501. Signed by Judge James R. Spencer on 3/3/06. (scoo, ) (Entered: 03/03/2006) |
| 03/03/2006 | 464 | ORDER that this matter is settled, and by stipulation of the parties, this action is hereby DISMISSED WITHOUT PREJUDICE. Signed by Judge James R. Spencer on 3/3/06. (scoo, ) (Entered: 03/03/2006) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/07/2008 21:23:20 ||||
| PACER Login: | ke2057 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:01-cv-00767-JRS |
| Billable Pages: | 28 | Cost: | 2.24 |