1  Robert G. Krupka, P.C. (Bar No. 196625)
   E-mail: bkrupka@kirkland.com
2  Marc H. Cohen (Bar No. 168773)
   E-mail: mcohen@kirkland.com
3  Philip T. Chen (Bar No. 211777)
4  E-mail: pchen@kirkland.com
   KIRKLAND & ELLIS LLP
5  777 South Figueroa Street
   Los Angeles, California  90017
6  Telephone:     (213) 680-8400
7  Facsimile:     (213) 680-8500

8  Attorneys for
   RESEARCH IN MOTION LIMITED and
9  RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RESEARCH IN MOTION LIMITED, | Case No. C-07-3177 (MMC) |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **HEARING REQUESTED** |
| VISTO CORPORATION, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | Date:   February 22, 2008<br>Time:   9:00 a.m.<br>Judge: The Honorable Maxine M. Chesney |

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On February 8, 2008, I caused a copy of the following document(s) described as:

**1. REPLY IN SUPPORT OF RIM'S MOTION TO STAY PROCEEDINGS RELATING TO THE VISTO PATENTS PENDING REEXAMINATION; and**

**2. DECLARATION OF PHILIP T. CHEN REPLY IN SUPPORT OF RIM'S MOTION TO STAY PROCEEDINGS RELATING TO THE VISTO PATENTS PENDING REEXAMINATION**

to be served on the interested parties in this action as follows:

**[X]    [VIA ELECTRONIC MAIL]** I caused said document[s] to be sent by electronic mail to the email address(es) indicated for the party(ies) listed below:

Robert D. Becker
E-mail: rbecker@manatt.com
Eugene L. Hahm
E-mail: ehahm@manatt.com
Shawn G. Hansen
E-mail: shansen@manatt.com
RimVistoLit-NDCA@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

**[X]    [FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed February 8, 2008, at Los Angeles, California.

                                                /s/ Phillip T. Chen
                                                  Phillip T. Chen