Robert G. Krupka, P.C. (Bar No. 196625)
E-mail: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168773)
E-mail: mcohen@kirkland.com
Philip T. Chen (Bar No. 211777)
E-mail: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for RESEARCH IN MOTION LIMITED
and RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VISTO CORPORATION,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C-07-3177 (MMC)<br><br>**STIPULATION FOR RESEARCH IN MOTION TO FILE ITS FIRST AMENDED REPLY AND COUNTER-COUNTERCLAIM** |

**STIPULATION FOR RESEARCH IN MOTION TO FILE ITS FIRST AMENDED REPLY AND COUNTER-COUNTERCLAIM**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Research In Motion Limited and Research In Motion Corporation (collectively "RIM") may file their First Amended Reply and Counter-Counterclaim to Visto's First Amended Answer and Counterclaim (Docket No. 18).  A copy of the First Amended Reply and Counter-Counterclaim is attached hereto as Exhibit A.

On January 29, 2008, RIM filed a Motion for Leave to Amend Reply and Counter-Counterclaim (Docket No. 29) and noticing the hearing for March 7, 2008 at 9:00 a.m.  After the filing, the parties continued to meet and confer regarding RIM's motion.  RIM and Visto now agree and stipulate that RIM may file its First Amended Reply and Counter-Counterclaim.  RIM's motion for leave to amend is withdrawn when the Court approves the filing of RIM's amended reply.

DATED: February 15, 2008                KIRKLAND & ELLIS LLP

                                        By:  /s/ Philip T. Chen                .
                                        Robert G. Krupka, P.C.
                                        Marc H. Cohen
                                        Philip T. Chen

                                        Attorneys for
                                        RESEARCH IN MOTION LIMITED and
                                        RESEARCH IN MOTION CORPORATION

DATED: February 15, 2008                MANATT, PHELPS & PHILLIPS LLP

                                        By:  /s/ Eugene L. Hahm                .
                                        Robert D. Becker
                                        Eugene L. Hahm
                                        Shawn G. Hansen

                                        Attorneys for
                                        VISTO CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, Section x(b) regarding signatures, Philip T. Chen hereby attests that concurrence in the filing of this document has been obtained.*