Robert G. Krupka, P.C. (Bar No. 196625)
E-mail: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168773)
E-mail: mcohen@kirkland.com
Philip T. Chen (Bar No. 211777)
E-mail: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

Attorneys for RESEARCH IN MOTION LIMITED
and RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>VISTO CORPORATION,<br><br>    Defendant. | Case No. C-07-3177 (MMC)<br><br>~~[PROPOSED]~~ ORDER FOR RESEARCH IN MOTION TO FILE FIRST AMENDED REPLY AND COUNTER-COUNTERCLAIM |
| AND RELATED COUNTERCLAIM | |

   Upon review and consideration of the parties' Stipulation for Research In Motion to File Its First Amended Reply and Counter-Counterclaim,

   IT IS HERBY ORDERED that the Stipulation for Research In Motion to File Its First Amended Reply and Counter-Counterclaim is approved.  Exhibit A to the Stipulation, Research In Motion Limited's and Research In Motion Corporation's (collectively "RIM's") First Amended Reply and Counter-Counterclaim, is deemed filed as of the date of this Order.

   IT IS FURTHER ORDERED that RIM's Motion for Leave to Amend Reply and Counter-

Counterclaim (Docket No. 29) is WITHDRAWN, and the hearing for such motion set for March 7, 2008 at 9:00 a.m. is VACATED.

DATED:  February 19, 2008

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE