**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

**E-Filing**

Date: FEB 22 2008

C - 07-3177 - MMC

RESEARCH IN MOTION LTD. v VISTO CORPORATION

Attorneys: MARC COHEN          ROBERT BECKER

Philip Chen

Deputy Clerk: **TRACY LUCERO**          Reporter: JOAN COLUMBINI

**PROCEEDINGS:**          **RULING:**

1. π's motion to stay proceedings          DEEMED SUBMITTED

2. _____

3. _____

4. _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Court extended deadline for filing Joint Claim Construction & Prehearing statement from 2/25/08 to 3/3/08.

(✓) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court ✓

( ) Referred to Magistrate For:_____
    ( )By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date_____  Trial Date_____  Set for ____ days
         Type of Trial: ( )Jury   ( )Court
Notes: _____