MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
EUGENE L. HAHM (Bar No. CA 167596)
E-mail : ehahm@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant
and Counterclaimant
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISTO CORPORATION,<br><br>    Defendant. | Case No. C-07- 3177 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING COURT DEADLINE UNDER PATENT RULE 4-3** |
| VISTO CORPORATION,<br><br>    Counterclaimant,<br><br>    vs.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION,<br><br>    Counterdefendants. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
MODIFYING PATENT RULE 4-3 SCHEDULE

Visto Corporation and Research In Motion Limited and Research In Motion Corporation, through their respective counsel, stipulate as follows:

1. On October 1, 2007, the parties filed a CASE MANAGEMENT ORDER (Docket No. 21) ("Case Management Order");

2. On October 9, 2007, the Court issued an order adopting with certain exceptions the Case Management Order (Docket No. 22);

3. Under the Case Management Order, the filing of the Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 was originally scheduled for February 11, 2008;

4. On January 9, 2008, the parties filed a stipulation (Docket No. 26) extending certain Patent Local Rule deadlines, which included a request that the filing date of the Joint Claim Construction and Prehearing Statement be moved to February 25, 2008;

5. On January 11, 2008, the Court entered an order (Docket No. 27) extending the deadlines set forth in the parties' stipulation;

6. On February 22, 2008, the Court further extended the deadline for the filing of the Joint Claim Construction and Prehearing Statement until March 3, 2008; and

7. The Parties believe that an additional extension of time will enable them to complete the meet and confer process on the terms to be construed.

In order to complete a meaningful meet and confer on the terms to be construed, the parties hereby agree, subject to approval by the Court, to the following modifications to the Case Management Order:

1. The date for filing the Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 shall be extended from March 3, 2008 to March 17, 2008;

2. This stipulation is limited to compliance with Patent L.R. 4-3 and does not relate to any other phase of this case; and

3. No other deadlines under the Case Management Order are affected by this

1  stipulation.

2

3  IT IS SO STIPULATED.

4  DATED:  March 3, 2008				MANATT, PHELPS & PHILLIPS, LLP

5

6						By:  /s/ Eugene L. Hahm			.
						     Eugene L. Hahm
7						     *Attorneys for Defendant and
						     Counterclaimant*
8						     VISTO CORPORATION

9

10

11
   DATED: March 3, 2008				KIRKLAND & ELLIS LLP
12
						By: /s/  Philip T. Chen
13						     Philip T. Chen
						     *Attorneys for Plaintiff and
14						     Counterdefendants*
						     RESEARCH IN MOTION LIMITED, and
15						     RESEARCH IN MOTION CORPORATION

16  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,
    Eugene Hahm hereby attests that concurrence in the filing of this document has been obtained.*
17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
MODIFYING PATENT RULE 4-3 SCHEDULE

## ORDER

Good cause appearing, the parties' stipulation is hereby GRANTED. The deadlines for compliance with Patent L.R. 4-3 as set forth in the stipulation are modified as follows:

| | |
|---|---|
| Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 | March 17, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of March, 2008

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

20197723.1