# EXHIBIT A

| Claim Term & Claims | Visto's Proposed Construction | Research In Motion Limited's Proposed Construction |
|---|---|---|
| recognizing a cellular telephone, the recognizing using a registration number of a cellular telephone, the registration number identifying a user (claim 9) | In a cellular telephone system, identifying a cellular telephone by obtaining its hardware registration identification number and checking to confirm that a valid user account is associated with the telephone. | ordinary and customary meaning; or, if construed, recognizing a cellular telephone using a registration number that identifies a user |
| checking for awaiting messages in the mailboxes (claim 9) | The wireless carrier monitoring for awaiting messages in voice mailboxes belonging to the identified registered user associated with the cellular telephone's hardware registration identification number. | ordinary and customary meaning; or, if construed, determining if there are any awaiting messages in the mailboxes |
| mailbox(es) (claims 9, 13, 14) | An electronic data storage location, provided by the cellular telephone system, for voice messages associated with a valid user account. | ordinary and customary meaning; or, if construed, message storage location(s) |