1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. C-07-3177 (MMC)

- 6 -

| Claim Term & Claims | Visto's Intrinsic Evidence | Research In Motion Limited's Intrinsic Evidence |
|---|---|---|
| recognizing a cellular telephone<br><br>(claim 9) | U.S. Patent No. 5,889,839<br>Abstract,<br>Col. 1, lines 56-59,<br>Col. 2, lines 18-29,<br>Col. 3, lines 14-20,<br>Col. 4, ll. 25-31,<br>Claim 1 | U.S. Patent No. 5,889,839<br>Col. 1, lines 54–59<br>Col. 1, line 66 – Col. 2, line 2<br>Col. 2, lines 23–30<br>Col. 3, lines 14–15<br>Col. 4, lines 25–32<br>Figures 1 and 2. |
| checking for awaiting messages in the mailboxes<br><br>(claim 9) | U.S. Patent No. 5,889,839<br>Col. 1, lines 60-63<br>Col. 2, lines 18-37<br>Col. 3, lines 14-20<br>Col. 4, lines 24-31<br>Claim 1<br><br>Patent prosecution file history, Amendment and response dated July 31, 1998 | U.S. Patent No. 5,889,839<br>Col. 2, lines 5–18<br>Col. 2, lines 34–40<br>Col. 2, lines 51–54<br>Col. 3, lines 19–20 |
| mailbox<br><br>(claims 9, 13, 14) | U.S. Patent No. 5,889,839<br>Col. 2, lines 8-12<br>Col. 2, lines 18-37<br>Col. 2, lines 43-50<br><br>Patent prosecution file history, Amendment and response dated July 31, 1998 | U.S. Patent No. 5,889,839<br>Col. 1, lines 14–18<br>Col. 2, lines 8–12<br>Col. 2, lines 43–50<br>Figure 1 |