# EXHIBIT C

| |
|---|
| **Visto's Extrinsic Evidence** |
| None submitted at this time |
| **Research In Motion's Extrinsic Evidence** |
| MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 1201 (5th ed. 1994) |

20197720.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. C-07-3177 (MMC)

- 9 -