Robert G. Krupka, P.C. (Bar No. 196,625)
Email: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168,773)
Email: mcohen@kirkland.com
Philip T. Chen (Bar No. 211,777)
Email: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Attorneys for Plaintiff
RESEARCH IN MOTION LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>       Plaintiff,<br><br>   v.<br><br>VISTO CORPORATION,<br><br>       Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-3177 (MMC)<br><br>**DECLARATION OF SEAN O. CHRISTOFFERSON IN SUPPORT OF RESEARCH IN MOTION LIMITED'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date:      June 16, 2008<br>Time:     9:00 a.m.<br>Before:   Hon. Maxine M. Chesney |

1    I, Sean O. Christofferson, declare:

2        1.   I am an associate with Kirkland & Ellis LLP, the law firm representing Research In

3    Motion Limited ("RIM") in the above-captioned matter.  This declaration is based on my personal

4    knowledge, and I would testify to the matters set forth in this declaration if called upon as a witness.

5        2.   Attached hereto as **Exhibit A** is a true and correct copy of a data sheet for the Visto

6    Mobile Enterprise Edition obtained from http://www.visto.com/products/vmee.asp on April 15,

7    2008.

8        3.   Attached hereto as **Exhibit B** is a true and correct copy of a document titled "VMES

9    Security White Paper – Visto Mobile Enterprise Server 5.2" obtained from http://www.vodafone.ie/

10   business/mailonthemove/busmail/VMES_52_Security_White_Paper_R2_A4.pdf.

11       4.   Attached hereto as **Exhibit C** is a true and correct copy of an Amendment dated July 28,

12   1998 from the prosecution history of United States Patent No. 5,889,839.

13       5.   Attached hereto as **Exhibit D** is true and correct copy of an excerpt from the McGraw-

14   Hill Dictionary of Scientific and Technical Terms (5th ed. 1994) defining the term "mailbox."

15       6.   Attached hereto as **Exhibit E** is a true and correct copy of an image taken from

16   http://www.visto.com/products/VMEE_diagram.asp on April 17, 2008.  Exhibit E is incorporated on

17   page 5 of Visto Opening Claim Construction Brief.

18

19       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th

20   day of April 2008 in Los Angeles, California.

21                                          /s/ Sean O. Christofferson

22                                          Sean O. Christofferson

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, in the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 777 South Figueroa Street, 37th Floor, Los Angeles, California 90017.

On April 17, 2008, I caused a copy of the following document(s) described as:

**DECLARATION OF SEAN O. CHRISTOFFERSON IN SUPPORT OF RESEARCH IN MOTION LIMITED'S OPENING CLAIM CONSTRUCTION BRIEF**

to be served on the interested parties in this action as follows:

**[X]     [VIA ELECTRONIC MAIL]**  I caused said document[s] to be sent by electronic mail to the email address(es) indicated for the party(ies) listed below:

Robert D. Becker
E-mail:  rbecker@manatt.com
Eugene L. Hahm
E-mail:  ehahm@manatt.com
Shawn G. Hansen
E-mail:  shansen@manatt.com
RimVistoLit-NDCA@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

**[X]     [FEDERAL]**  I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed April 17, 2008, at Los Angeles, California.

_____/s/ Philip T. Chen_____
Philip T. Chen