# EXHIBIT A

Case 3:07-cv-03177-MMC     Document 44-2     Filed 04/17/2008     Page 1 of 3



**VISTO MOBILE** enterprise edition

## Mobile Email for All Employees

Does your company use Microsoft Exchange or IBM Lotus Domino? With Visto Mobile™, you have a secure and easy-to-use mobile email solution that can be deployed across the entire organization – keeping employees in touch, wherever they are, whenever business happens.

Your employees will be more responsive to customers, partners and each other, increasing productivity and providing your company with a competitive advantage.

### The Control You Need – The Freedom You Crave

Visto Mobile™ Enterprise Edition gives employees more flexibility in how they work and communicate – enabling them to use their phones to send and receive emails, download and edit attachments, update contacts, look up users in the corporate directory and keep track of their calendars and tasks.

Additionally, Visto Mobile offers a range of flexibility features that help increase job satisfaction and promote work-life balance. With the multiple inbox capability, busy workers can access one business email account and up to four personal email accounts (AOL, Gmail, Wanadoo, etc.) from their phone. The Connection Schedule feature lets employees determine the schedule for email delivery.



### Features & Benefits for Your Employees

- Access up to 5 email accounts – 1 Microsoft Outlook or Lotus Notes email account plus 4 Internet accounts, including the most popular Internet email such as Gmail, Wanadoo and MSN Hotmail – each with a separate mailbox on your phone.

- New messages, calendar events, and contact and task updates are pushed to the phone as they occur – no need for manual triggers or cradles.

- Accept or decline meeting requests and modify/delete recurring meetings from the phone and they will be instantly updated on the PC.

- Download, view and listen to attachments, and then forward them to friends and colleagues.

- Set the days and hours when email is delivered using Visto's connection schedule feature to fit your lifestyle and manage data plan costs.

- Receive Smart Notifications – intuitive messages automatically appear in the email inbox to inform you about service status, roaming and upgrade information.

Exhibit A

**Visto Mobile :** enterprise edition

### Support for the Broadest Selection of Phones

One device can't meet the needs of all of your mobile workers. For example, executives have different device requirements than sales representatives. That's why from keypad phones to PDA phones, Visto Mobile works with more than 130 of the most popular business-ready handsets and all the major mobile platforms:

- Symbian UIQ and S60 v3.0
- Windows Mobile® Pocket PC and Smartphone
- Palm OS®
- Java®
- Apple iPhone

### We've Got You Covered with End-to-End Security

With end-to-end AES encryption, your company's data is always secure – from the moment it leaves a sender's computer to the second it hits the receiver's inbox.

- A closed security architecture that doesn't require you to compromise or modify your existing email server or firewall.
- Data is encrypted end-to-end, using FIPS-accredited algorithms and comprehensive authentication.
- User data and credentials are never stored outside of the firewall.
- Support for device security features such as remote device wipe, secure password reset and periodic password challenge.

### Minimum Requirements
**Device Platform Support**

- Symbian OS® S60, S80, UIQ
- Microsoft® Windows Mobile®
- Pocket PC and Smartphone
- Palm OS®
- Java®
- Apple iPhone

**Mail Server Support**

- Microsoft Exchange 2000, 2003 SP2, 2007
- IBM Lotus Domino R6.0, R6.5, R7.0.x

### Centralized Administration Saves You Time, Money and Energy

Visto Mobile includes the Visto Enterprise Server (VES), an enterprise-class server that can be downloaded and installed behind the firewall in less than 30 minutes. The VES interacts with your Microsoft Exchange or IBM Domino server to push updates to the mobile devices. Visto Mobile makes management easier for your IT staff – VES handles multiple email domains, eliminating the need for additional infrastructure. And administration of the VES is handled using the Microsoft Management Console (MMC).

### Minimum Requirements to Install VMES
**Server Requirements**

- Intel Pentium 4 at 3.2 Ghz processor or equivalent; with server-class system architecture
- Minimum of 1 GB of RAM
- Hard Disk Drive with a minimum of 2 GB of free space
- Internet connection with 100 MB
- Microsoft Windows Server 2000 or 2003

**Corporate Network Requirements**

- Windows NT account with relevant corporate mail service access rights
- Outbound port 443 access

**Visto Mobile Enterprise Edition**

With Visto Mobile's Multiple Inbox capability, you can use your phone to access one corporate and up to four separate Internet email accounts from the convenience of your phone.


Visto Mobile Enterprise Server
Outlook/Exchange Notes/Domino
Corporate Email Server
Firewall
AES Encryption


ISP / POP3
Internet
AES Encryption


Network Operations Center
AES Encryption


AES Encryption
Network


PDAs/Smartphones

**Visto Corporate Headquarters**
101 Redwood Shores Parkway, Suite 400
Redwood Shores, CA 94065 USA
www.visto.com or +1 650 486-6000

**Visto UK**
Davidson Building, 5 Southampton Street
London WC2E 7HA, United Kingdom
Tel: +44 (0) 20 7845 5300

**Asia/Pacific Headquarters**
F11, ZhongTian Building
No. 3, Fu Kang Road, NanKai District
Tianjin, PR of China 300074
Tel: +86 22 58392555

©Copyright 2008. Visto Corporation, Visto, the Visto logo, Visto Mobile, ConstantSync, Constant Synchronization and worklife.freedom are either trademarks or registered trademarks of Visto Corporation. All third-party trademarks, trade names, or service marks are the property of their respective owners and are used only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and the following NTP U.S. Patents: 5,436,960, 5,438,611, 5,479,472, 5,625,670, 5,631,946, 5,819,172, 6,067,451, 6,317,592 and various other foreign patents. Other patents pending.

Exhibit A

0208