# EXHIBIT D

# McGraw-Hill Dictionary of Scientific and Technical Terms

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

**McGraw-Hill, Inc.**
New York San Francisco Washington, D.C.
Auckland Bogotá Caracas Lisbon London Madrid Mexico City Milan
Montreal New Delhi San Juan Singapore Sydney Tokyo Toronto

Exhibit D

**On the cover: Photomicrograph of crystals of vitamin $B_1$.**
***(Dennis Kunkel, University of Hawaii)***

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

4 5 6 7 8 9 0 DOW/DOW 9 9 8

ISBN 0-07-042333-4

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief..—5th ed.
p. cm.
ISBN 0-07-042333-4
1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1993
503—dc20 93-34772
CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

Exhibit D

**magnet power** [ELECTROMAG] The electric power supplied to the coils of an electromagnet. { 'mag·nət ˌpau̇·ər }

**magnetron** [ELECTR] One of a family of crossed-field microwave tubes, wherein electrons, generated from a heated cathode, move under the combined force of a radial electric field and an axial magnetic field in such a way as to produce microwave radiation in the frequency range 1–40 gigahertz; a pulsed microwave radiation source for radar, and continuous source for microwave cooking. { 'mag·nəˌträn }

**magnetron oscillator** [ELECTR] Oscillator circuit employing a magnetron tube. { 'mag·nəˌträn 'äs·əˌlād·ər }

**magnetron pulling** [ELECTR] Frequency shift of a magnetron caused by factors which vary the standing waves or the standing-wave ratio on the radio-frequency lines. { 'mag·nəˌträn 'pu̇l·iŋ }

**magnetron pushing** [ELECTR] Frequency shift of a magnetron caused by faulty operation of the modulator. { 'mag·nəˌträn 'pu̇sh·iŋ }

**magnetron vacuum gage** [ELECTR] A vacuum gage that is essentially a magnetron operated beyond cutoff in the vacuum being measured. { 'mag·nəˌträn 'vak·yəm ˌgāj }

**magnet wire** [ELEC] The insulated copper or aluminum wire used in the coils of all types of electromagnetic machines and devices. { 'mag·nət ˌwīr }

**magnification** [OPTICS] **1.** A measure of the effectiveness of an optical system in enlarging or reducing an image; the magnification may be lateral, longitudinal, or angular. **2.** *See* lateral magnification. { ˌmag·nə·fə'kā·shən }

**magnifier** *See* simple microscope. { 'mag·nəˌfī·ər }

**magnifying glass** [OPTICS] **1.** Any device that uses a simple lens which enlarges the object being viewed. **2.** *See* simple microscope. { 'mag·nəˌfī·iŋ ˌglas }

**magnifying power** [OPTICS] The ratio of the tangent of the angle subtended at the eye by an image formed by an optical system, to the tangent of the angle subtended at the eye by the corresponding object at a distance for convenient viewing. { 'mag·nəˌfī·iŋ ˌpau̇·ər }

**magnistor** [ELECTR] A device that utilizes the effects of magnetic fields on injection plasmas in semiconductors such as indium antimonide. { mag'nis·tər }

**magnitude** [ASTRON] The relative luminance of a celestial body; the smaller (algebraically) the number indicating magnitude, the more luminous the body. Also known as stellar magnitude. [GEOPHYS] A measure of the amount of energy released by an earthquake. [MATH] *See* absolute value. { 'mag·nəˌtüd }

**magnitude method** [ORD] Method of adjusting gunfire for range when the amount and direction of the deviation are known. { 'mag·nəˌtüd ˌmeth·əd }

**magnitude ratio** [ASTRON] The ratio (2.512) of relative brightness of two celestial bodies differing in magnitude by 1.0. { 'mag·nəˌtüd ˌrā·shō }

**magnitude system** [ASTRON] A system for designating the relative brightness of stars when photography is used; emulsions of different color sensitivities, used with color filters, permit measurements of starlight of different wavelengths with corresponding determination of magnitude at these wavelengths. { 'mag·nəˌtüd ˌsis·təm }

**magno** [MET] An alloy of 95.5% nickel and 4.5% manganese, used in the manufacture of incandescent lamps and radio tubes. { 'magˌnō }

**magnocellular** [CYTOL] Having large cell bodies; said of various nuclei of the central nervous system. { ˌmag·nə'sel·yə·lər }

**magnochromite** *See* magnesiochromite. { ˌmag·nə'krōˌmīt }

**magnoferrite** *See* magnesioferrite. { ˌmag·nə'feˌrīt }

**Magnolia** [BOT] A genus of trees, the type genus of the Magnoliaceae, with large, chiefly white, yellow, or pinkish flowers, and simple, entire, usually large evergreen or deciduous alternate leaves. { mag'nōl·yə }

**Magnoliaceae** [BOT] A family of dicotyledonous plants of the order Magnoliales characterized by hypogynous flowers with few to numerous stamens, stipulate leaves, and uniaperturate pollen. { magˌnō·lē'ās·ēˌē }

**Magnoliales** [BOT] The type order of the subclass Magnoliidae; members are woody plants distinguished by the presence of spherical ethereal oil cells and by a well-developed perianth of separate tepals. { magˌnō·lē'ā·lēz }

**Magnoliatae** *See* Magnoliopsida. { ˌmag·nō'lī·əˌtē }

**Magnoliidae** [BOT] A primitive subclass of flowering plants in the class Magnoliopsida generally having a well-developed perianth, numerous centripetal stamens, and bitegmic, crassinucellate ovules. { ˌmag·nō'lī·əˌdē }

**Magnoliophyta** [BOT] The angiosperms, a division of vascular seed plants having the ovules enclosed in an ovary and well-developed vessels in the xylem. { magˌnō·lē'äf·əd·ə }

**Magnoliopsida** [BOT] The dicotyledons, a class of flowering plants in the division Magnoliophyta generally characterized by having two cotyledons and net-veined leaves, with vascular bundles borne in a ring enclosing a pith. { magˌnō·lē'äp·sə·də }

**magnon** [SOLID STATE] A quasi-particle which is introduced to describe small departures from complete ordering of electronic spins in ferro-, ferri-, antiferro-, and helimagnetic arrays. Also known as quantized spin wave. { 'magˌnän }

**magnophorite** [MINERAL] $NaKCaMg_5Si_8O_{23}OH$ A monoclinic mineral composed of a basic silicate of sodium, potassium, calcium, and magnesium; member of the amphibole group. { ˌmag·nə'fȯrˌīt }

**magnum** [ANAT] Large, as in foramen magnum. { 'mag·nəm }

**Magnus effect** [FL MECH] A force on a rotating cylinder in a fluid flowing perpendicular to the axis of the cylinder; the force is perpendicular to both flow direction and cylinder axis. Also known as Magnus force. { 'mäg·nəs iˌfekt }

**Magnus force** *See* Magnus effect. { 'mäg·nəs ˌfȯrs }

**Magnus moment** [FL MECH] A torque associated with the Magnus effect, such as moments about the pitch and yaw axes of a missile or aircraft due to rotation about the roll axis. { 'mäg·nəs ˌmō·mənt }

**mag-slip** *See* synchro. { 'magˌslip }

**maguey** [MATER] A fiber obtained from the agave (*Agave cantala*); maguey fibers are white, stiff, brilliant, and light in weight, and are used chiefly for binder twine. { mə'gā }

**mahlstick** [GRAPHICS] A stick held in the palette hand of a painter and used as a support for his painting hand; it is a light rod of wood often with a leather-covered ball at one end. Also known as maulstick; rest stick. { 'mȯlˌstik }

**mahogany** [BOT] Any of several tropical trees in the family Meliaceae of the Geraniales. [MATER] The hard wood of these trees, especially the red or yellow-brown wood of the West Indies mahogany tree (*Swietenia mahagoni*). { mə'häg·ə·nē }

**mahogany acid** [MATER] A dark-colored mixture of sulfonic acid derived from petroleum; the salts are used as emulsifying agents and in lubricants. { mə'häg·ə·nē 'as·əd }

**mahogany soap** [MATER] The sodium salt of crude or refined petroleum sulfonic acids, used as flotation agents and to increase the oil absorption of mineral pigments in paint. { mə'häg·ə·nē 'sōp }

**mahubarana fat** [MATER] A pale-yellow solid oil, melting point 40–44°C, obtained from seeds of trees of the genus *Boldoa*; used for soaps and candles. { ˌmä·hə·bä'rä·nə ˌfat }

**maidenhead** *See* hymen. { 'mād·ənˌhed }

**maieusiophobia** [PSYCH] An abnormal fear of childbirth. { mäˌyü·sē·ə'fō·bē·ə }

**mail box** [COMPUT SCI] **1.** A portion of a computer's main storage that can be used to hold information about other devices. **2.** Computer storage facilities designed to hold electronic mail. { 'māl ˌbäks }

**Maillard reaction** [BIOCHEM] A reaction in which the amino group in an amino acid tends to form condensation products with aldehydes; believed to cause the Browning reaction when an amino acid and a sugar coexist, evolving a characteristic flavor useful in food preparations. { mī'yär rēˌak·shən }

**mail merge** [COMPUT SCI] The process of combining a form letter with a list of names and addresses to produce individualized letters. { 'māl ˌmərj }

**main** [ELEC] **1.** One of the conductors extending from the service switch, generator bus, or converter bus to the main distribution center in interior wiring. **2.** *See* power transmission line. [ENG] A duct or pipe that supplies or drains ancillary branches. { mān }

**main-and-tail haulage** [MIN ENG] A single-track haulage system that is operated by a haulage engine with two drums, each with a separate rope. { 'mān ən 'tāl 'hȯl·ij }

**main-and-transfer bus** [ELEC] A substation switching arrangement similar to a single bus but with an additional transfer bus provided. { 'mān ən 'tranz·fər ˌbəs }

MAGNETRON

tuning mechanism
air cooling fins
permanent magnet
output waveguide
heater-cathode voltage terminals

Coaxial cavity magnetron with horseshoe-shaped magnets. *(From J. W. Gewartowski and H. A. Watson, Principles of Electron Tubes, Van Nostrand, 1965)*

MAGNOLIA

Leaf and twig of the cucumber tree, *Magnolia acuminata.*

MAGNOLIACEAE

Flower of the tulip tree (*Liriodendron tulipifera*). *(Photograph by F. W. Westlake, from National Audubon Society)*

Exhibit D

