# EXHIBIT E

Visto Worldwide  |  Site Map  |  Contact Us



**home**   **products**   **news+events**   **partners**   **support**   **about visto**

Products > VMEE > Architecture Diagram

Print page

**Visto Mobile Overview**

**Individual**

**Business**

**Mobile Service Provider**

**By Product**

**- VMIE**

**- VMPE**

**- VMEE**

   Overview

   Features/Benefits

   Architecture Diagram

   Easy to Use

   Security

   Devices

   How to Buy

**Get Visto!**

**Visto Collateral**

VMEE Datasheet

## Visto Mobile Enterprise Edition - Architecture Diagram



Visto Mobile offers enterprises advanced mobile email for all employees. The Visto Enterprise Server works with your corporate Lotus Notes or Microsoft Exchange email server to send email and PIM data right to your employees' mobile phones. With easy IT set-up and full AES encryption, Visto Mobile is the right choice for your business.

Copyright 2008 Visto Corporation                Privacy Policy | Patents Legal Notices & Trademarks

Exhibit E