|  |  |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | ROBERT D. BECKER (Bar No. CA 160648)<br>E-mail:  rbecker@manatt.com |
| 3 | SHAWN G. HANSEN (Bar No. CA 197033)<br>E-mail:  shansen@manatt.com |
| 4 | IMRAN A. KHALIQ (Bar No. CA 232607)<br>E-mail:  ikhaliq@manatt.com |
| 5 | 1001 Page Mill Road, Building 2<br>Palo Alto, CA  94304-1006 |
| 6 | Telephone:  (650) 812-1300<br>Facsimile:  (650) 213-0260 |

Attorneys for Defendant and Counterclaimant
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RESEARCH IN MOTION LIMITED,<br><br>           Plaintiff,<br><br>     vs.<br><br>VISTO CORPORATION,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: C-07-3177 (MMC)<br><br>**DECLARATION OF IMRAN A. KHALIQ IN SUPPORT OF VISTO CORPORATION'S RESPONSIVE CLAIM CONSTRUCTION BRIEF<br>(PATENT LOCAL RULE 4-5 (B))** |
|---|---|

1.   I am an attorney at law, duly licensed to practice before all the courts of the State of California and an attorney for Defendant Visto Corporation ("Visto") in the above-entitled action.  I make this declaration in support of Visto Corporation's Responsive Claim Construction Brief (Patent Local Rule 4-5 (B)).  I have personal knowledge of the following facts, and if called as a witness, could competently testify thereto.

2.   Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 5,889,839 ("'839 patent").

3.   Attached hereto as **Exhibit B** is a true and correct copy of the Microsoft Press

20200913.1

DECLARATION OF IMRAN A. KHALIQ ISO VISTO'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

CASE NO. 07-3177

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1  Computer Dictionary, 3rd Edition (1997) definition of "PBX".

2      4.    Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the '839
3  patent file history, "Amendment" mailed on July 28, 1998.

4      5.    Attached hereto as **Exhibit D** are true and correct copies of pages from "Using
5  Wireless Communications in Business," by Andrew M. Seybold (1994).

6  I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct.  Executed in Palo Alto, CA on May 8, 2008.

        /s/ Imran A. Khaliq
        Imran A. Khaliq

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert D. Becker  hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20200913.1    2
DECLARATION OF IMRAN A. KHALIQ ISO OF VISTO'S RESPONSIVE CLAIM CONSTRUCTION BRIEF
CASE NO. 07-3177