# Exhibit B
## to the
## Declaration of Imran A. Khaliq in Support of Visto Corporation's Responsive Claim Construction Brief
### (Patent Local Rule 4-5 (B))

# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
      p.   cm.
   ISBN 1-57231-446-X
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
  I. Microsoft Press.
QA76.15.M54  1997
004'.03--dc21                                                97-15489
                                                                CIP

Printed and bound in the United States of America.

        5 6 7 8 9   QMQM   2 1 0 9 8

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch



*Path.*

computer to identify patterns. The term usually refers to computer recognition of visual images or sound patterns that have been converted to arrays of numbers. **2.** The recognition of purely mathematical or textual patterns.

**Pause key** \päz´ kē, pôz´\ *n.* **1.** A key on a keyboard that temporarily stops the operation of a program or a command. The Pause key is used, for example, to halt scrolling so that a multiscreen listing or document can be read. **2.** Any key that creates a pause in an operation. For example, many game programs have a Pause key, often simply the P key, that temporarily suspends the game.

**PBX** \P`B-X´\ *n.* Acronym for **P**rivate **B**ranch **Ex**change. An automatic telephone switching system that enables users within an organization to place calls to each other without going through the public telephone network. Users can also place calls to outside numbers.

**PC** \P-C´\ *n.* **1.** A microcomputer that conforms to the standard developed by IBM for personal computers, which uses a microprocessor in the Intel 80x86 family (or compatible) and can execute the BIOS. *See also* 8086, BIOS, clone, IBM PC. **2.** A computer in IBM's Personal Computer line. *Also called* IBM PC. *See also* PC-compatible (definition 1). **3.** *See* personal computer.

**PCB** \P`C-B´\ *n. See* printed circuit board.

**PC board** \P-C´ bõrd`\ *n. See* printed circuit board.

**PC Card** \P-C´ kärd`\ *n.* A trademark of the Personal Computer Memory Card International Association (PCMCIA) that is used to describe add-in cards that conform to the PCMCIA specification. A PC Card is a removable device, approximately the same size as a credit card, that is designed to plug into a PCMCIA slot. Release 1 of the PCMCIA specification, introduced in June 1990, specified a Type I card that is 3.3 millimeters thick and is intended to be used primarily as a memory-related peripheral. Release 2 of the PCMCIA specification, introduced in September 1991, specifies both a 5-millimeter-thick Type II card and a 10.5-millimeter-thick Type III card. Type II cards accommodate devices such as modem, fax, and network cards. Type III cards accommodate devices that require more space, such as wireless communications devices and rotating storage media (such as hard disks). *See also* PCMCIA, PCMCIA slot.

**PC Card slot** \P-C` kärd´ slot`\ *n. See* PCMCIA slot.

**PC-compatible** \P-C` kəm-pat´ə-bl\ *adj.* **1.** Conforming to IBM PC/XT and PC/AT hardware and software specifications, which have been the de facto standard in the computing industry for personal computers that use the Intel 80x86 family or compatible chips. Most PC-compatible computers today are developed outside of IBM; they are still sometimes referred to as clones. *Also called* IBM PC. *See also* 8086, clone, de facto standard, IBM AT. **2.** *See* Wintel.

**PC-DOS** \P-C`dos´, -D-O-S´\ *n.* Acronym for **P**ersonal **C**omputer **D**isk **O**perating **S**ystem. The version of MS-DOS sold by IBM. MS-DOS and PC-DOS are virtually identical, although filenames of utility programs sometimes differ in the two versions. *See also* MS-DOS.

**P-channel MOS** \P-chan`əl mos´, M-O-S´\ *n. See* PMOS.

**PCI** \P`C-I´\ *n. See* PCI local bus.

**PCI local bus** \P`C-I lō`kəl bus´\ *n.* Short for **P**eripheral **C**omponent **I**nterconnect **local bus.** A specification introduced by Intel Corporation that defines a local bus system that allows up to 10 PCI-compliant expansion cards to be installed in the computer. A PCI local bus system requires the presence of a PCI controller card, which must be installed in one of the PCI-compliant slots. Optionally, an expansion bus controller for the system's ISA, EISA, or Micro Channel Architecture slots can be installed as well, providing increased synchronization over all the system's bus-installed resources. The PCI controller can exchange data with the system's CPU either 32 bits or 64 bits at a