```
MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
SHAWN G. HANSEN (Bar No. 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant and Counterclaimant
VISTO CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff and Counter-defendant,<br><br>vs.<br><br>VISTO CORPORATION,<br><br>    Defendant and Counterclaimant. | Case No.: C-07-3177 MMC<br><br>**DECLARATION OF SHAWN G. HANSEN IN SUPPORT OF VISTO'S MOTION TO STAY PROCEEDINGS RELATING TO RESEARCH IN MOTION LIMITED'S PATENT PENDING REEXAMINATION**<br><br>**HEARING REQUESTED**<br><br>Date:        June 27, 2008<br>Time:       9:00 a.m.<br>Courtroom:  Courtroom 7, 19th Floor<br>Judge:      Hon. Maxine M. Chesney |

I, Shawn G. Hansen, declare as follows:

1. I am an attorney with Manatt, Phelps & Phillips, counsel for plaintiff Visto Corporation ("Visto") in the above-captioned action. The facts below are true and correct and within my own personal knowledge, and if called on to testify to them, I could and would competently do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of Visto Corporations' Request for *Ex Parte* Reexamination of U.S. Patent No. 5,889,839, dated May 16, 2008.

3. Attached hereto as **Exhibit B** is a true and correct copy of Sections 2240-2241 of the Manual of Patent Examining Procedure ("MPEP").

4. Attached hereto as **Exhibit C** is a true and correct copy of the United States Patent & Trademark Office's ("USPTO") Order Granting *Ex Parte* Reexamination of U.S. Patent No. 7,225,231, dated February 29, 2008.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the USPTO's Performance and Accountability Report for Fiscal Year 2007.

6. Attached hereto as **Exhibit E** is a true and correct copy of Research In Motion Limited's Disclosure of Asserted Claims and Preliminary Infringement Contentions, dated October 19, 2007, in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2008, at Palo Alto, California.

        /s/ Shawn G. Hansen
        Shawn G. Hansen

20201575.1