**Exhibit A, Part 1 of 3**
**to the**
**Declaration of Shawn G. Hansen**
**in Support of Visto's Motion to Stay Proceedings**
**Relating to Research in Motion Limited's**
**Patent Pending Reexamination**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Inventors: **Beyda et al.**

U.S. Patent No.: **5,889,839**

Filed: **September 19, 1996**

Entitled: **SYSTEM AND METHOD FOR PROVIDING AUTOMATED MESSAGE NOTIFICATION IN A WIRELESS COMMUNICATION SYSTEM**

**REQUEST FOR
*EX PARTE* REEXAMINATION
UNDER
35 U.S.C. §§ 302-307 &
37 C.F.R. § 1.510**

Mail Stop *Ex Parte* Reexamination
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**REQUEST FOR *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 5,889,839**

## I.    TABLE OF EXHIBITS

The exhibits to the present Request are organized in four groups: prior art ("PA"), relevant patent and prosecution file history ("PAT"), claim charts ("CC"), and other ("OTH").

### A.    Prior Art (PA)

PA-SB08        USPTO Form PTO/SB/08a & b

PA-A        U.S. Patent 5,742,905, to Pepe et al., filed September 19, 1994, issued April 21, 1998

PA-B        U.S. Patent 5,764,747, to Yue et. al., filed June 6, 1995, as a continuation of Application Serial No. 07/936,384, filed August 26, 1992, and issued June 9, 1998

PA-C        U.S. Patent 5,177,780 to Kasper et al., filed October 18, 1990, issued January 5, 1993 (considered in prosecution)

PA-D        U.S. Patent 4,964,156 to Blair, filed December 1, 1989, filed October 16, 1990 (considered in prosecution)

PA-E        GSM 02.17 version 4.3.3, September 1994, "European digital cellular telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics"

### B.    Relevant Patent and File History (PAT)

PAT-A        U.S. Patent No. 5,889,839 ("'839 Patent")

PAT-B        '839 Patent File History

PAT-C        Patent Assignment Abstract of Title for '839 Patent

### C.    Claim Charts (CC)

CC-A        Claim Chart for U.S. Patent 5,742,905, to Pepe et al.

CC-B        Claim Chart for U.S. Patent 5,764,747, to Yue et. al.

**D.     Other Documents (OTH)**

OTH-A        Research In Motion Limited's Complaint for Patent Infringement,
             filed June 15, 2007, in the U.S. District Court for the Northern
             District of California, Case No. 3:07-CV-03177-MMC

OTH-B        Research In Motion Limited's Opening Claim Construction Brief,
             filed April 17, 2008, Docket No. 43 in *Research In Motion Limited
             v. Visto Corporation*, U.S. District Court for the Northern District
             of California, Case No. 3:07-CV-03177-MMC

# TABLE OF CONTENTS

**Page**

I.      TABLE OF EXHIBITS ................................................................................. 1

II.     STATEMENT UNDER 37 C.F.R. § 1.510(b)(1) POINTING OUT EACH
        SUBSTANTIAL NEW QUESTION OF PATENTABILITY .............................. 5

III.    THE UNDERLYING LITIGATION.................................................................. 6

IV.     OVERVIEW OF THE '839 PATENT............................................................. 7

        A.    Summary Of The Background Of The Alleged Invention Of The
              '839 Patent ......................................................................................... 7

        B.    Summary Of The Detailed Description Of The Alleged Invention
              Of The '839 Patent.............................................................................. 9

        C.    '839 Patent Application Prosecution History ......................................... 13

        D.    Claim Construction .............................................................................. 17

V.      DETAILED EXPLANATION UNDER 35 U.S.C. § 302 AND 37 C.F.R.
        § 1.510(b)(2) OF THE PERTINENCY AND MANNER OF APPLYING
        THE CITED ART TO EVERY CLAIM FOR WHICH EX PARTE
        REEXAMINATION IS REQUESTED ............................................................. 19

        A.    Summary of Anticipation by Pepe........................................................... 19

        B.    Summary of Anticipation by Yue........................................................... 25

VI.     CONCLUSION....................................................................................... 30

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>Inventors: **Beyda et al.**<br><br>U.S. Patent No.: **5,889,839**<br><br>Filed: **September 19, 1996**<br><br>Entitled: **SYSTEM AND METHOD FOR PROVIDING AUTOMATED MESSAGE NOTIFICATION IN A WIRELESS COMMUNICATION SYSTEM** | **REQUEST FOR**<br>***EX PARTE* REEXAMINATION UNDER**<br>**35 U.S.C. §§ 302-307 &**<br>**37 C.F.R. § 1.510** |

Mail Stop *Ex Parte* Reexamination
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## REQUEST FOR *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 5,889,839

Sir:

The undersigned hereby respectfully requests *ex parte* reexamination pursuant to 35 U.S.C. § 302-307 and 37 C.F.R. § 1.510 of claims 1-17 of U.S. Patent No. 5,889,839 ("'839 patent"), filed September 19, 1996, and issued March 30, 1999, to assignee Siemens Information and Communication Networks, Inc. ("Siemens") in the name of William J. Beyda et al. As required under 37 C.F.R. § 1.510(b)(4), a copy of the '839 patent is attached as Exhibit PAT-A. By assignment executed October 2, 2006, the '839 patent was assigned from Siemens to Research In Motion Limited ("Patent Owner"). *See* PAT-C, Patent Assignment Abstract of Title for '839 Patent.

## II.    STATEMENT UNDER 37 C.F.R. § 1.510(B)(1) POINTING OUT EACH SUBSTANTIAL NEW QUESTION OF PATENTABILITY

A prior art patent or printed publication raises a substantial question of patentability ("SNQ") where there is a substantial likelihood that a reasonable examiner would consider the prior art patent or printed publication important in deciding whether or not the claim is patentable. MPEP § 2242. For a SNQ to be present, it is only necessary that: (A) the prior art patents and/or printed publications raise a SNQ regarding at least one claim, *i.e.*, the teaching of the prior art patents and printed publications is such that a reasonable examiner would consider the teaching to be important in deciding whether or not the claim is patentable; and (B) the same question of patentability as to the claim has not been decided by the Office in a previous examination or pending reexamination of the patent or in a final holding of invalidity by the Federal Courts in a decision on the merits involving the claim. *Id.* It is not necessary that a "prima facie" case of unpatentability exist as to the claim in order for "a substantial new question of patentability" to be present as to the claim. *Id.*

In accordance with 37 C.F.R. 1.510(b)(1), *ex parte* reexamination of claims 1-17 of the '839 patent is requested in view of the following SNQs, as discussed more fully in this Request:

1. **Claims 1-17 are unpatentable under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent 5,742,905, to Pepe et al., filed September 19, 1994, issued April 21, 1998 ("Pepe"), attached as Exhibit PA-A; and**

2. **Claims 1-17 are unpatentable under 35 U.S.C. § 102(e) as being anticipated by U. S. Patent 5,764,747, to Yue et. al., filed June 6, 1995, as a continuation of Application Serial No. 07/936,384, filed August 26, 1992, and issued June 9, 1998 ("Yue"), attached as Exhibit PA-B.**

The Pepe and Yue references were not of record in the file of the '839 patent. *See generally* PAT-B, '839 Patent File History. Because the teachings of Pepe and Yue

-5-

provide subject matter of the claims of the '839 patent that was not taught in any prior art cited during the original prosecution of the '839 patent, the teachings of Pepe and Yue each raise a SNQ. Pursuant to 35 U.S.C. § 302 and 37 C.F.R. § 1.510(b)(2), a detailed explanation of the pertinency and manner of applying Pepe and Yue to every claim for which *ex parte* reexamination is requested is provided in Section V. of this Request and the claim charts appended as Exhibits CC-A and CC-B.

Pursuant to 37 C.F.R. § 1.510(b)(3), a full listing of the patents and printed publications submitted with this Request is provided in the form of a completed Form PTO/SB/08, together with a complete copy of each listed document. *See* PA-SB08, PA-A through PA-E.

### III. THE UNDERLYING LITIGATION

The Office is advised that the '839 patent for which *ex parte* reexamination is requested is asserted by Patent Owner in litigation styled *Research In Motion Limited v. Visto Corporation*, Case No. 3:07-CV-03177-MMC ("Underlying Litigation"), currently pending in the U.S. District Court for the Northern District of California. *See* OTH-A, Research In Motion Limited's Complaint for Patent Infringement, filed June 15, 2007, in the U.S. District Court for the Northern District of California, Case No. 3:07-CV-03177-MMC. Accordingly, pursuant to 35 U.S.C. § 305 and MPEP § 2261, it is respectfully urged that this Request be granted and that reexamination be conducted not only with "special dispatch" but also with "priority over all other cases" due to the ongoing nature of the Underlying Litigation. *See* 35 U.S.C. § 305; MPEP § 2261 ("Any cases involved in litigation, whether they are reexamination proceedings or reissue applications, will have priority over all other cases.").

-6-

Notwithstanding the requirement under 37 C.F.R. § 1.510(a) that a request for *ex parte* reexamination be filed "during the period of enforceability of a patent," Third Party Requester Visto Corporation ("Requester") reserves all rights and defenses available to it, including, without limitation, defenses as to the invalidity and unenforceability of the '839 patent. The filing of this Request does not constitute and shall not be construed as a representation, agreement, or assertion by Requester that the '839 patent is enforceable. Indeed, Requester respectfully submits that all claims of the '839 patent are not patentable.

Subject to and without waiving the reservations of the foregoing paragraph, as alleged by the Patent Owner in the Underlying Litigation, the '839 patent is within its period of enforceability for reexamination purposes, to the extent that the '839 patent has not lapsed for failure to pay maintenance fees, has not been the subject of any Terminal Disclaimer, and has not yet been held unenforceable or invalid in a court of competent jurisdiction. Accordingly, it is respectfully submitted that the U.S. Patent and Trademark Office ("Office") should reexamine and find unpatentable all of the claims of the '839 patent, and that the Office should cancel the same, rendering all claims of the '839 patent null, void, and otherwise unenforceable.

## IV.    OVERVIEW OF THE '839 PATENT

### A.    Summary Of The Background Of The Alleged Invention Of The '839 Patent

The '839 Patent discloses a system and a method for automatically notifying a user of an awaiting message. *See* PAT-A, '839 Patent, Abstract. Nonetheless, messaging systems were well known in the prior art. As admitted in the Description of the Related Art of the '839 patent, "[m]essaging systems are common in both public and private areas

. . . voice mail messaging systems are located in almost every office environment and in many private homes." *Id.* col. 1, ll. 14-17. A user may have multiple voicemail mailboxes provided, for example, by their cellular telephone carrier, an office voice mail system connected to a PBX (private branch exchange), and/or a home voice mail system connected to a central office. *Id.* col. 1, ll. 14-30. The problem allegedly addressed by the '893 patent is that the prior art "the messaging systems rely on users to remember to check their message mailbox(es)." *Id.* col. 1, ll. 31-33.

However, it is admitted in the '839 patent that prior art voicemail systems provided notification of awaiting messages in the form of "outcalling". *Id* col. 1, ll. 34-37. Thus, the concept of notification of awaiting messages admittedly is not novel. *See* MPEP § 2258; *Ex parte Seiko Koko Kabushiki Kaisha*, 225 USPQ 1260 (Bd. Pat. App. & Inter. 1984) (holding an admission of prior art in the specification of the patent undergoing reexamination is considered prior art); *see also In re Nomiya*, 509 F.2d 566, 184 USPQ 607 (CCPA 1975).

It is also admitted in the '839 patent that "enhanced one-number services," which "allow[ed] a single cellular telephone to operate with multiple systems," were known, but the '839 patent argues that such systems allegedly "[did] not transfer awaiting messages." *Id.* col. 1, ll. 39-44. On the contrary, as will be discussed further below, even this minor alleged distinction was, in fact, taught in the prior art, including without limitation in the Pepe reference. Pepe describes a Personal Communications Internetworking network ("PCI"). The PCI:

> permits the mobile communications subscriber to send and receive messages between disparate networks and messaging systems and a variety of service providers. The mobile communications subscriber can receive e-mail, fax, pages, and voice messages under a single phone

-8-

number while using either a wireless or wireline network. The subscriber may also select the media format and serving network used to receive messages. The subscriber may also select cross-media notification of incoming messages, (i.e., the subscriber may receive notification from a pager message that a voice mail message was received).

. . .

For example, the subscriber may have notification of a voice mail or fax message receipt directed to a wireless PDA in the form of e-mail messages. If the subscriber's wireless PDA is not turned on or otherwise not operating, the notification may be routed to an alternate wireless or wireline network. Notification to the subscriber that a voice mail message was received may be, for example, rerouted to the subscriber's pager, and notification that a fax has been received may be rerouted to the wireline e-mail.

PA-A, Pepe at col. 5, ll. 57-67; col. 6, ll. 11-19.

### B.    Summary Of The Detailed Description Of The Alleged Invention Of The '839 Patent

The summary of the invention in the '839 patent states:

According to the invention, a system and method for automatically notifying a user of an awaiting message are provided. A wireless communication system including an identification means is utilized. The identification means identifies a registered user of the wireless communication system. A mail notification system is used for notifying the registered user of an awaiting message. A communication means checks for awaiting messages for the identified registered user. If an awaiting message is present, the communication means triggers the mail notification system.

PAT-A, col. 1, ll. 54-63. The system embodiment is disclosed in Figure 1 and claimed in independent claim 1 and dependent claims 2-8. *Id.* FIG. 1 and col. 4, ln. 33 to col. 5, ln. 7.



**Figure 1 of the '839 Patent**

In the system embodiment disclosed in Figure 1, the invention checks for an awaiting message(s) whenever a user 10 with activated cellular telephone 12 moves into an "in-range" area 20 of a remote wireless base station 22. *Id.* col. col. 2, ll. 15-19. The wireless base station 22 provides the registration identification number assigned to cellular telephone 12 to wireless communication provider/carrier system 30. *Id.* col. 2, ll. 21-25. Either wireless base station 22 or wireless communication system 30 performs a check on the cellular telephone's registration identification number to confirm that cellular telephone 12 has a valid account (*e.g.*, owned by a legitimate, registered user). *Id.* col. 2, ll. 25-30.

Wireless communication system 30 uses the cellular telephone's registration identification number to associate cellular telephone 12 with multiple message mailboxes

34 (attached to the cellular network and provided by the wireless communication system 30), 42 (land-based message mailbox 42 provided through a PBX message system 44 located at the user's office 40), and 52 (another land-based message mailbox 52 through a central office 50 which provides messaging services to user's home system 60). *Id.* col. 2, ll. 34-38; col. 2, ll. 43-50. In some embodiments, wireless communication system 30 uses the registration identification number to check its message mail registration table 32 and to determine if user 10 has associated mailboxes 34, 42, 52. *Id.* col. 2, ll. 31-34.

After associated message mailboxes 34, 42, 52 are found, wireless communication system 30 sends a query to message mailboxes 34, 42, 52 to determine if any awaiting messages are present. *Id.* col. 2, ll. 51-54. If there are messages present, wireless communication system 30 notifies the user of the awaiting messages, for example, by sending a message for display on cellular telephone 12 or by placing a telephone call to cellular telephone 12. *Id.* col. 2., ll. 54-58.

While a user is "in-range", wireless communication system 30 may regularly poll multiple mailboxes 34, 42, 52 at predetermined intervals or may have the multiple messaging systems notify it of any new messages. *Id.* col. 2, ll. 62-66. In some embodiments, the multiple messaging systems are used to notify the user of awaiting messages, for example, by placing a telephone call from the messaging system to the user for notification purposes and then playing the message for the user. *Id.* col. 3, ll. 4-10.

The method embodiment is disclosed in Figure 2 and is claimed in independent claim 9 and dependent claims 10-17. *Id.* FIG. 2 and col. 5, ln. 8 to col. 6, ln. 23.



**Figure 2 of the '839 Patent**

In the method embodiment disclosed in Figure 2, a user with an activated cellular telephone arrives in an area covered by a wireless base station (*i.e.*, becomes "in-range") at step 100 and at step 102 the system recognizes the user's cellular telephone using "standard registration techniques". *Id.* col. 3, ll. 11-16. At step 104, the system checks for message mailbox registration and, if mailboxes are registered, then the system moves on to step 106 and queries the registered message mailboxes. *Id.* col. 3, ll. 16-21.

If messages are waiting for the user, then the system contacts the user regarding the awaiting message(s) at step 114 by providing information on the display of the user's cellular telephone or by calling the user's cellular telephone. *Id.* col. 3, ll. 33-38. The system may optionally collect the messages at step 112. *Id.* col. 3, ll. 27-29. If no messages are waiting for the user, then the system waits a predetermined amount of time

at step 108, checks whether the user is "in-range" at step 110, and, if so, then returns to step 106 and queries the registered message mailboxes. *Id.* col. 3, ll. 21-26.

At step 116, the system determines if the user wants to play the awaiting message(s), for example, by entering a code into the user's cellular telephone or by answering prompts provided by the telephone call which notifies the user of the awaiting messages. *Id.* col. 3, ll. 43-47. If the user wants to play the awaiting message(s), then the system plays the messages at step 118 either by playing messages collected at step 112 or by connecting the user to the messaging system which contains the awaiting message. *Id.* col. 3, ll. 48-51.

In some embodiments, the user can interact with the system, for example, by calling a special telephone number or by entering a code into the cellular telephone, the user can disable the system. *Id.* col. 3, ll. 58-62. Additionally, for enhanced security in the preferred embodiment, the cellular telephone's hardware registration identification number and the user's password both are required for access to awaiting message(s). *Id.* col. 4, ll. 24-31.

### C.    '839 Patent Application Prosecution History

The '839 patent issued from original U.S. Patent Application Serial No. 08/724,295, filed on September 19, 1996. *See* PAT-B, '839 Patent File History at PAT-B 11-31 (Paper No. 1, as-filed application). The Applicant submitted a single Information Disclosure Statement dated December 13, 1996. *Id.* at pp. PAT-B 32-33 (Paper No. 2). In a first Office Action mailed on April 29, 1998, the Office rejected all of the claims under 35 U.S.C. § 103 as being unpatentable over U.S. Patent 5,177,780 to Kasper et al. ("Kasper"), entitled "Method of Voice Mail Notification for Cellular Telephone Systems". *Id.* at PAT-B 34-43 (Paper No. 3) *see especially* PAT-B 39-40 *citing* PA-C

-13-

(Kasper reference). Because claim 2 was cancelled in prosecution, claim 1 of the issued '839 patent corresponds to claim 1 in prosecution, while claims 2-17 of the '839 patent correspond to claims 3-18 in prosecution, respectively. *See id.* at PAT-B 46-52 (Paper No. 5).

With respect to the rejection of claims 1-5, 8, and 9-16 (claims 1-6, 9, and 10-17 in prosecution) under 35 U.S.C. § 103(a) over Kasper, the Office explained that Kasper discloses:

> a message processing system . . . including a plurality of cell site nodes[,] a plurality of call processing/database nodes[,] a plurality of cell sites . . . for communicating with mobile units within a cell, . . . [and] voice mail systems (VMS) . . . [that] function as a central answering machine for telephone subscribers. Each subscriber is assigned a "mailbox" on the disk of the VMS into which messages are entered by the callers when the subscriber does not answer.

*Id.* at PAT-B 39.

The Office found that the identification means for identifying a registered user in independent system claim 1 and the step of recognizing a cellular phone using a registration number in independent method claim 9 (claim 10 in prosecution) were well known in the art for communication between the cellular phone and the cell site. *Id.* at PAT-B 39; *see generally* PA-E GSM 02.17 version 4.3.3, September 1994, "European digital cellular telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics".

In addition, claims 6-7 (claims 7-8 in prosecution) were rejected as being unpatentable under 35 U.S.C. § 103(a) over Kasper in view of U.S. Patent 4,964,156 to Blair et al. *Id.* at PAT-B 40 *citing* PA-D (Blair reference). The Office relied on Blair for teachings regarding the claim 6 limitation "wherein both the registration number and a

-14-

password are needed for listening to the awaiting message" and the claim 7 limitation

"wherein the registered user can interact with the system and disable the system". *Id.*

In an Amendment mailed on July 28, 1998, the Applicant responded to the

rejections over Kasper and Blair by amending claims 1-5, 9, and 13 (claims 1, 3-6, 10 and

14 in prosecution) and by canceling the claim numbered 2 in prosecution, as follows:

IN THE CLAIMS:

Please cancel claim 2.
Please amend claims 1, 3-6, 10 and 14 as follows:

1.      (Amended) A system for automatically notifying a user of
an awaiting message, comprising:
        [a wireless communication system with identification means, the]
identification means <u>for</u> identifying a registered user of [the] <u>a</u> wireless
communication system<u>, the identification means being located in the
wireless communication system</u>;
        a mail notification [system] <u>means</u> for notifying the registered user
of an awaiting message; and
        communication means for checking for awaiting messages for the
identified registered user, and for triggering the mail notification [system]
<u>means</u> if an awaiting message is present<u>, the multiple mailboxes being
located in multiple messaging systems</u>.

3.      (Amended) The system for automatically notifying a user
of an awaiting message of claim [2] <u>1</u>, wherein the communication means
checks each of the multiple mailboxes on a periodic basis.

4.      (Amended) The system for automatically notifying a user
of an awaiting message of claim 1, wherein the mail notification [system]
<u>means</u> is a voice mail notification system.

5.      (Amended) The system for automatically notifying a user
of an awaiting message of claim 1, wherein the mail notification [system]
<u>means</u> connects the registered user with a mailbox <u>in a messaging system</u>
containing the awaiting message.

6.      (Amended) The system for automatically notifying a user
of an awaiting message of claim 1, wherein the mail notification [system]
<u>means</u> collects the awaiting message and gives the registered user the
option of listening to the awaiting message.

-15-

10.    (Amended) A method for automatically notifying a user of an awaiting message, comprising the steps of:

a) recognizing a cellular telephone, the recognizing using a registration number of the cellular telephone, the registration number identifying a user;

b) checking for [a mailbox] mailboxes associated with the user;

c) checking for awaiting messages in the [mailbox] mailboxes if the [mailbox exists] mailboxes exist, wherein the mailboxes are located in multiple messaging systems; and

d) contacting the user with information related to the awaiting message if the awaiting message is present.

14.    (Amended) The method for automatically notifying a user of an awaiting message of claim 10, wherein a mailbox registration table is used when checking for the [mailbox] mailboxes.

*Id.* at PAT-B 46-52 (Paper No. 5).

The Applicant admitted in the Amendment that Kasper "provides a method of voice mail notification for cellular telephone systems," but the Applicant sought to distinguish Kasper in part on the basis that in Kasper, "the subscriber can only be connected to one messaging system." *Id.* at PAT-B 49.   The Applicant argued:

> In contrast, the present invention allows the wireless system to be the unifying systems among **multiple messaging systems**. The wireless carrier monitors a user's voice mailbox at work, a user's voice mailbox at home, and/or any other mailbox belonging to the user. . . . Independent claims 1 and [9] have been amended to more particularly point out . . . that multiple mailboxes in multiple messaging systems are checked for awaiting messages.  Again, this unique feature of the present invention is not disclosed or suggested in the Kasper reference.

*Id.* at PAT-B 49-50.

In addition, the Applicant argued that claim 4 (claim 5 in prosecution) was not obvious over Kasper because Kasper allegedly failed to teach "connecting the user with a mailbox in a messaging system containing the awaiting message.  Thus, the system must identify which of the multiple messaging system [sic] includes the mailbox with the message and then connects the user to the correct messaging system." *Id.* at PAT-B 50.

-16-

Thereafter, an interview was held on November 5, 1998, and summarized in an Interview Summary mailed on November 10, 1998. *Id.* at PAT-B 53 (Paper No. 6). The Interview Summary indicates that agreement was reached with respect to claim 1 as follows: "Applicant's Attorney agrees with Examiner to amend claim 1 in order to meet the requirement of 35 USC 112, 2nd paragraph, by Examiner's Amendment." *Id.*

Also on November 10, 1998, a Notice of Allowability was mailed, including the Examiner's Amendment to claim 1 authorized by the Applicant's attorney in the interview held on November 5, 1998. *Id.* at PAT-B 54-56 (Paper No. 7). Among other things, in order to meet the requirements of the second paragraph of 35 U.S.C. § 112, the Examiner's Amendment added the limitation that the communication means recited in independent claim 1 is "for checking awaiting messages in multiple mailboxes associated with the registered user". *Id.* at PAT-B 55.

> The reasons for allowance are stated as follows in the Notice of Allowability:
>
> The prior art made of record fail to teach or show a system for automatically notifying a user of an awaiting message comprises communication means for checking for awaiting messages in multiple mailboxes associated with the registered user, and for triggering the mail notification means if an awaiting message is present, wherein the multiple mailboxes being located in multiple messaging systems, and further the registered user can interact with the system and disable the system.

*Id.* at PAT-B 56. No response to the statement of reasons for allowance was filed. *See generally* PAT-B.

### D.    Claim Construction

During reexamination, "claims are given the broadest reasonable interpretation consistent with the specification". MPEP § 2258 citing *In re Yamamoto*, 740 F.2d 1569,

-17-

222 USPQ 934 (Fed. Cir. 1984). In addition, consistent with 37 C.F.R. § 1.104(c)(3),[1] for purposes of this Request the language of the claims asserted by Patent Owner in the Underlying Litigation may be construed in the manner argued by Patent Owner in the Underlying Litigation. *See* OTH-B Research In Motion Limited's Opening Claim Construction Brief, filed April 17, 2008, Docket No. 43 in *Research In Motion Limited v. Visto Corporation*, U.S. District Court for the Northern District of California, Case No. 3:07-CV-03177-MMC. When the claims are interpreted in the broad manner proffered by Patent Owner in the Underlying Litigation, or even under a more reasonable interpretation of the claims consistent with the specification, all of the claims of the '839 patent are unpatentable in view of the new prior art references presented herein.

Requester is neither admitting nor conceding the correctness and/or reasonableness of Patent Owner's proffered claim constructions in the Underlying Litigation and/or as otherwise set forth herein. On the contrary, Requester expressly disputes and will continue to dispute Patent Owner's proffered claim constructions, in whole or in part, as the Underlying Litigation continues.

Additionally, with respect to the claims of the '839 patent that have not been asserted by Patent Owner in the Underlying Litigation, the interpretation and/or construction of such claims presented either implicitly or explicitly herein should not be viewed as constituting, in whole or in part, Requester's own interpretation and/or construction of such unasserted claims but, instead, should be viewed as constituting an interpretation and/or construction of such unasserted claims that is based upon and consistent with the Patent Rules and Patent Owner's claim construction positions in the

---

[1] 37 C.F.R. § 1.104(c)(3): "In rejecting claims the examiner may rely upon admissions by the applicant, or the patent owner in a reexamination proceeding, as to any matter affecting patentability".

Underlying Litigation.    Requester expressly reserves the right to argue its own interpretations of such unasserted claims, which may differ, in whole or in part, from those presented herein.

In the Underlying Litigation, Patent Owner has briefed the construction of three claim terms and phrases that were identified for construction pursuant to the Northern District of California Patent Local Rules and Judge Chesney's Case Management and Docket Control Order:

| Claim Term/Phrase | Patent Owner's Proposed Construction in the Underlying Litigation | Associated Portions of Brief |
|---|---|---|
| "recognizing a cellular telephone, the recognizing using a registration number of the cellular telephone, the registration number identifying a user" (claim 9) | recognizing a cellular telephone using a registration number that identifies a user | OTH-B at 8-11 |
| "checking for awaiting messages in the mailboxes" (claim 9) | sending a query to each message mailbox to determine if any awaiting messages are present | OTH-B at 12-16 |
| "mailboxes" (claims 1-2, 4, 9, 13, 14) | message storage location(s) | OTH-B at 16-19 |

See OTH-B Research In Motion Limited's Opening Claim Construction Brief, filed April 17, 2008, Docket No. 43 in *Research In Motion Limited v. Visto Corporation*, U.S. District Court for the Northern District of California, Case No. 3:07-CV-03177-MMC.

## V.    DETAILED EXPLANATION UNDER 35 U.S.C. § 302 AND 37 C.F.R. § 1.510(B)(2) OF THE PERTINENCY AND MANNER OF APPLYING THE CITED ART TO EVERY CLAIM FOR WHICH *EX PARTE* REEXAMINATION IS REQUESTED

### A.    Summary of Anticipation by Pepe

As explained in detail in the claim chart attached as Exhibit CC-A, Pepe discloses systems and methods for networking and utilizing the functionalities of multiple voice mail, email, and fax messaging systems to provide notifications to a cell phone (or other

-19-

wireless device) user of awaiting messages in such multiple messaging systems, and to display or play voice mail, email, and fax messages. *See generally* PA-A (Pepe reference); CC-A (Claim Chart for Pepe).

Pepe discloses all of the limitations in the claims of the '839 patent, including but not limited to the limitations regarding multiple messaging systems that were added to the claims by amendment in order to secure allowance and identified in the Examiner's statement of reasons for allowance.[2] Below is a short summary of the salient teachings of Pepe regarding these key claim limitations, as discussed more fully in the detailed explanation of the pertinency and manner of applying Pepe to each of claims 1-17 provided in the claim chart attached as Exhibit CC-A.

For ease of reference, independent claims 1 and 9 of the '839 patent are reproduced below:

| | |
|---|---|
| 1. A system for automatically notifying a user of an awaiting message, comprising:<br><br>identification means for identifying a registered user of a wireless communication system, the identification means being located in the wireless communication system;<br><br>mail notification means for notifying the registered user of an awaiting message; and<br><br>communication means for checking for awaiting messages in multiple mailboxes associated with the registered user, and for triggering the mail notification means if an awaiting | 9. A method for automatically notifying a user of an awaiting message, comprising the steps of:<br><br>a) recognizing a cellular telephone, the recognizing using a registration number of the cellular telephone, the registration number identifying a user;<br><br>b) checking for mailboxes associated with the user;<br><br>c) checking for awaiting messages in the mailboxes if the mailboxes exist, wherein the mailboxes are located in multiple messaging systems; and<br><br>d) contacting the user with information related to the awaiting message if the |

---

[2] As stated in the Notice of Allowability, the reasons for allowing the claims were: "The prior art made of record fail to teach or show a system for automatically notifying a user of an awaiting message comprises **[1] communication means for checking for awaiting messages in multiple mailboxes associated with the registered user, and for triggering the mail notification means if an awaiting message is present,** wherein **[2] the multiple mailboxes being located in multiple messaging systems,** and further **[3] the registered user can interact with the system and disable the system.**" *See* PAT-B 56 (emphasis added).

message is present, wherein the multiple mailboxes being located in multiple messaging systems.

awaiting message is present.

Pepe teaches systems and methods for automatically notifying a user of awaiting messages in multiple messaging systems. PAT-A, Pepe at col. 5, ll. 57-67; col. 6, ll. 11-19.

As the Office previously determined in the Office Action mailed on April 29, 1998, the identification means of independent claim 1 and the step of recognizing a cellular telephone in independent claim 9 were well known in the art for communication between the cellular phone and the cell site. PAT-B 34-43 (Paper No. 3) at PAT-B 39; *see generally* PA-E GSM 02.17 version 4.3.3, September 1994, "European digital cellular telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics". Indeed, the '839 patent admits as much in teaching that "[s]tandard registration techniques are used for recognizing the cellular telephone." PAT-A, col. 3, ll. 15-16. Similarly, Pepe teaches that "[t]he interoperability problem for location tracking has been addressed by adopting signaling protocols used by the mobile phone industry." PA-A Pepe reference at col. 2, ll. 7-9.

One skilled in the art would know that each cellular telephone inherently includes a hardware registration number that is used by the wireless carrier to authenticate the subscriber and the cellular phone automatically. *See* PA-E GSM 02.17 version 4.3.3, September 1994, "European digital cellular telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics". As explained in PA-E GSM 02.17, "A GSM MS comprises an ME and a SIM. The SIM is a removable module. The SIM contains the International Mobile Subscriber Identity (IMSI) which

-21-

unambiguously identifies a subscriber. Without a valid IMSI, GSM service is not accessible (except emergency calls, as defined in TS GSM 02.03)." PA-E GSM 02.17 at p. 10, Section 4.   Accordingly, use of a hardware registration number is inherent in any cellular telephone system, including those discussed in Pepe.

Pepe also teaches means for notifying the registered user of an awaiting message and/or contacting the user with information related to the awaiting message. *See, e.g.,* PA-A Pepe reference at col. 3, ll. 10-17, col. 6, ll, 11-13; and col. 17, ll. 23-27.    As previously noted, Pepe teaches a PCI connected between wireless and wireline networks. The PCI:

> permits the mobile communications subscriber to send and receive messages between disparate networks and messaging systems and a variety of service providers.  The mobile communications subscriber can receive e-mail, fax, pages, and voice messages under a single phone number while using either a wireless or wireline network. The subscriber may also select the media format and serving network used to receive messages. The subscriber may also select cross-media notification of incoming messages, (i.e., the subscriber may receive notification from a pager message that a voice mail message was received).
>
> . . .
>
> For example, the subscriber may have notification of a voice mail or fax message receipt directed to a wireless PDA in the form of e-mail messages. If the subscriber's wireless PDA is not turned on or otherwise not operating, the notification may be routed to an alternate wireless or wireline network. Notification to the subscriber that a voice mail message was received may be, for example, rerouted to the subscriber's pager, and notification that a fax has been received may be rerouted to the wireline e-mail.

PA-A, Pepe at col. 5, ll. 57-67; col. 6, ll. 11-19.

Pepe further teaches means for checking for awaiting messages in multiple messages associated with the registered user and for triggering the mail notification means if an awaiting message is present, where the multiple mailboxes are located in

-22-

multiple messaging systems. *See, e.g.,* PA-A Pepe reference at col. 23, ll. 23-38.  For

example, Pepe teaches "integrat[ing] the wireless service capabilities available to the

subscriber . . . by providing the subscriber with control over the message routing and

delivery by the subscriber accessible 'subscriber profile' stored in the PCI . . .

contain[ing] subscriber programmed instructions on message receipt, origination, and

notification." *Id.* at col. 23, ll. 23-30.  Pepe teaches that the subscriber profile is "where

permanent records such as service profile, authentication and validation information, and

the like of the subscriber or device are maintained and performing status and location

management and mapping are performed." *Id.* at col. 8, ll. 1-7.

With respect to notification of awaiting messages in multiple messaging systems,

Pepe teaches:

> The message receiving features include personal number addressing,
> selection of message receipt media format, selection of cross-media
> message notification, and selection of message screening and delivery
> options. **A subscriber may receive voice (e.g., phone), voice mail
> notification, e-mail, and fax communications under a single personal
> telephone number**. A subscriber may direct e-mail and fax delivery based
> on selected parameters, such as time-of-day, day-of-week, etc. **A
> subscriber's media message notification, voice mail notification of e-
> mail or fax messages, e-mail notification of voice mail or fax messages,
> and fax notification of e-mail or voice mail messages may be delivered
> to the subscriber based on selected options and parameters**.

*Id.* at col. 23, ll. 50-62 (emphasis added).

With respect to the subject matter of claim 6, Pepe discloses that both a

registration number and a password are needed for listening to the awaiting message.  As

noted above, Patent Owner has urged in the Underlying Litigation that the "registration

number" is a "registration number that identifies a user".  *See* OTH-B, Research In

Motion Limited's Opening Claim Construction Brief, filed April 17, 2008, Docket No. 43

in *Research In Motion Limited v. Visto Corporation*, U.S. District Court for the Northern

District of California, Case No. 3:07-CV-03177-MMC at 8-11.   Under Patent Owner's

definition, Pepe clearly teaches that both a registration number and a password may be

required to listen to awaiting messages:

> A subscriber starts the PCI application software on the PDA or clicks the service status check, CallCommand registration, or wireless messaging registration buttons on the PDA. The PDA sends a registration request to the PCI server 48 with the subscriber's validation information (subscriber ID and password) (line 300). The PDA 30 also starts a timer during which the PDA 30 will wait for a response from the PCI server 48. The PCI server 48 server receives the registration request and checks if the subscriber is provisioned and if the subscriber ID and password are correct. The PCI server then sends a registration acknowledgement (line 302). If the subscriber is not provisioned, no service profile exists and the acknowledgement includes an "unrecognized subscriber" response. If the subscriber ID and password are invalid, the acknowledgement includes an "incorrect password/PIN" response. Otherwise, the PCI server acknowledgement includes a "success" response.

PA-A Pepe reference at col. 17, ll. 12-32; *see also* col. 2, ll. 7-30; col. 7, ll. 4-15; col. 13,

ll. 45-50.

In addition, Pepe discloses the subject matter of dependent claim 7 in that the user

can interact with the system and disable the system.   As noted above, Pepe teaches

"integrat[ing] the wireless service capabilities available to the subscriber . . . by providing

the subscriber with control over the message routing and delivery by the subscriber

accessible 'subscriber profile' stored in the PCI . . . contain[ing] subscriber programmed

instructions on message receipt, origination, and notification.  *Id.* at col. 23, ll. 23-30.   In

addition, with respect to user interaction with the system, Pepe teaches,

> A subscriber's profile may be updated by sending text messages from a PDA over a wireless network or DTMF (touch-tone) messages from either a wireline or wireless terminal. The subscriber may program the profile to select media for receiving and sending information; select cross media for message notification; select message screening and delivery options; select single voice mailbox storage (for subscriber's with more than one voice mailbox); and select a PCI service password. All of these options may be maintained over wireless or wireline terminals. The subscriber may

automatically register and deregister a wireless terminal thus updating the
subscriber's profile to receive or reroute messages as preprogrammed in
the profile.

*Id.* at col. 24, ll. 14-30; *see also* col. 5, ll. 54-67; col. 6, ll. 11-51; col. 7, ll. 60-67; col.

11, ll. 44-54; col. 23, ll. 23-38; col. 27, ll. 14-46; col. 3, ll. 10-29.

The pertinency and manner of applying the teachings of Pepe to dependent claims

2-5, 8, and 10-17 is set forth in detail in the claim chart attached as Exhibit CC-A.

**B.    Summary of Anticipation by Yue**

As explained in detail in the claim chart attached as Exhibit CC-B, Yue also

discloses systems and methods for utilizing the functionalities of multiple messaging

systems including voice mail, email, and fax to provide notifications to a cell phone (or

other wireless device) user of new messages from such multiple messaging systems, and

to display or play voice mail, email, and fax messages.  *See* PA-B (Yue reference); CC-B

(Claim Chart for Yue).

Yue discloses all of the limitations in the claims of the '839 patent, including

without limitation the limitations relating to multiple messaging systems that were added

to the claims by amendment in order to secure allowance and identified in the Examiner's

statement of reasons for allowance.[3]  Below is a short summary of the salient teachings of

Yue regarding these key claim limitations, as discussed more fully in the detailed

explanation of the pertinency and manner of applying Yue to each of claims 1-17

provided in the claim chart attached as Exhibit CC-B.

---

[3] As stated in the Notice of Allowability, the reasons for allowing the claims were: "The prior art made of
record fail to teach or show a system for automatically notifying a user of an awaiting message comprises
[1] **communication means for checking for awaiting messages in multiple mailboxes associated with
the registered user, and for triggering the mail notification means if an awaiting message is present,**
wherein [2] **the multiple mailboxes being located in multiple messaging systems,** and further [3] **the
registered user can interact with the system and disable the system.**" *See* PAT-B 56 (emphasis added).

For ease of reference, independent claims 1 and 9 of the '839 patent are reproduced below:

1. A system for automatically notifying a user of an awaiting message, comprising:

identification means for identifying a registered user of a wireless communication system, the identification means being located in the wireless communication system;

mail notification means for notifying the registered user of an awaiting message; and

communication means for checking for awaiting messages in multiple mailboxes associated with the registered user, and for triggering the mail notification means if an awaiting message is present, wherein the multiple mailboxes being located in multiple messaging systems.

9. A method for automatically notifying a user of an awaiting message, comprising the steps of:

a) recognizing a cellular telephone, the recognizing using a registration number of the cellular telephone, the registration number identifying a user;

b) checking for mailboxes associated with the user;

c) checking for awaiting messages in the mailboxes if the mailboxes exist, wherein the mailboxes are located in multiple messaging systems; and

d) contacting the user with information related to the awaiting message if the awaiting message is present.

Yue teaches systems and methods for automatically notifying a user of awaiting messages in multiple messaging systems. As summarized in Yue's Summary of the Invention, "the present invention allows subscribers to use one personal number as a contact number for receipt of all communications including wireline, wireless, facsimile transmissions and pagers. In addition, the communications are delivered quickly and efficiently to the subscriber." PA-B at col. 3, ll. 58-63.

As the Office previously determined in the Office Action mailed on April 29, 1998, the identification means of independent claim 1 and the step of recognizing a cellular telephone in independent claim 9 were well known in the art for communication between the cellular phone and the cell site. PAT-B 34-43 (Paper No. 3) at PAT-B 39; *see generally* PA-E GSM 02.17 version 4.3.3, September 1994, "European digital cellular

-26-

telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics". Indeed, the '839 patent admits as much in teaching that "[s]tandard registration techniques are used for recognizing the cellular telephone." PAT-A, col. 3, ll. 15-16. Similarly, Yue teaches "The present invention is able to detect registration and usage of a mobile or cellular phone through the process of autonomous registration, which is well known to those skilled in the art." *Id.* at col. 7, ll. 15-18; *see also* col. 6, ll. 31-34; col. 2, ll. 56-59; col. 3, ll. 26-34; col. 5, ll. 16-19; col. 7, ll. 11-28; col. 12, ll. 1-6; col. 21 ll 29-34.

One skilled in the art would know that each cellular telephone inherently includes a hardware registration number that is used by the wireless carrier to authenticate the subscriber and the cellular phone automatically. *See* PA-E GSM 02.17 version 4.3.3, September 1994, "European digital cellular telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics". As explained in PA-E GSM 02.17, "A GSM MS comprises an ME and a SIM. The SIM is a removable module. The SIM contains the International Mobile Subscriber Identity (IMSI) which unambiguously identifies a subscriber. Without a valid IMSI, GSM service is not accessible (except emergency calls, as defined in TS GSM 02.03)." PA-E GSM 02.17 at p. 10, Section 4. Accordingly, use of a hardware registration number is inherent in any cellular telephone system, including those discussed in Yue.

Yue also teaches means for notifying the registered user of an awaiting message and/or contacting the user with information related to the awaiting message. For example, Yue teaches:

> The voice mail service of the present invention optionally provides
> subscribers with numeric or alphanumeric paging notification for every

voice mail message received. The subscriber is provided with the caller's name, the calling line number identification, and the time and date of the message. In addition, the voice mail service periodically notifies a subscriber having a powered on mobile phone of the existence of unchecked voice mail messages and allows the subscriber to stay on the line to check voice mail messages or to enter the administration routines of the system.

*Id.* at col. 4, ll. 51-60; *see also* col. 9, ll. 21-35; col. 9, ll. 59-62; FIGS. 5-6B.

Yue further teaches means for checking for awaiting messages in multiple messages associated with the registered user and for triggering the mail notification means if an awaiting message is present, where the multiple mailboxes are located in multiple messaging systems. For example, Yue teaches

the present invention provides a voice mail service which may be designated as a destination for personal number communications. Preferably, the voice mail service of the present invention is designated as the default destination for communications. However, the subscriber may use other voice mail systems with the present invention.

. . .

In the preferred embodiment, the present invention provides subscribers with the option of being paged (numeric or alphanumeric) every time a voice mail message is received by the voice mail service of the present invention.

In addition, the preferred embodiment provides announcements to a subscriber's powered on mobile phone of the receipt of voice mail messages. When a subscriber turns on a mobile phone, the voice mail service calls and announces the presence of voice mail messages. The subscriber is presented with a choice of accepting the call, thereby allowing for the retrieval of the voice mail messages, or rejecting the call.

*Id.* at col. 8, ll. 38-44 and col. 9, ll. 16-28; *see also* col. 3, ll. 58-63; col. 5, ll. 21-25; col.

col. 15, ll. 36-39; col. 21, ll. 29-34).

With respect to the subject matter of dependent claim 6, Yue discloses that

The administration operations for the personal number communication system 10 consist of five menus: call routing, call announcement, user options, **voice mail retrieval, and facsimile message retrieval**.

-28-

Subscribers reach the administration menus in the preferred embodiment by one of two methods. **By the first method, the subscriber calls his/her personal number and presses the "*" key after the service has answered. The system requests the subscriber's pass code. After successful entry of the pass code, the main administration menu options are available.** A second and more direct access method is provided to subscribers for the override feature. To enable the override feature, subscribers press the "#" key after the service has answered. Once the pass code is successfully entered, the user is routed directly to the override options menu under the call routing menu.

*Id*. at col. 15, ll. 36-51. As discussed above with respect to Exhibit PA-E GSM 02.17, any use of a cellular telephone inherently includes use of a registration number, especially when that term is defined as urged by Patent Owner in the Underlying Litigation. *See* PA-E GSM 02.17 at p. 10; OTH-B, Patent Owner's Opening Claim Construction Brief in the Underlying Litigation at 8-11. Accordingly, the teachings of Yue regarding use of passcodes with cellular telephones, *e.g.,* at col. 15, ll. 36-51, inherently teach use of a registration number with such passcodes.

In addition, as the above quoted passage of Yue shows, Yue discloses the subject matter of dependent claim 7 in that the user can interact with the system and disable the system. *Id*. at col. 15, ll. 36-51; *see also* 3, ll. 58-63; col. 5, ll. 21-25; col. 8, ll. 38-44; col. 9, ll. 16-34; col. 21, ll. 29-34).

The pertinency and manner of applying the teachings of Yue to dependent claims 2-5, 8, and 10-17 is set forth in detail in the claim chart attached as Exhibit CC-B.

## VI.    CONCLUSION

In light of the foregoing, it is respectfully submitted that a SNQ is raised by this Request with respect to claims 1-17 of the '839 patent.    Accordingly, *ex parte* reexamination of said claims is respectfully solicited.

Respectfully submitted,

Shawn G. Hansen
Registration No. 42,627
Attorney for Third Party Requester
Visto Corporation

MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
(650) 812-1300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this REQUEST FOR EX PARTE REEXAMINATION OF U.S. PATENT NO. 5,889,839, together with all supporting documentation, has been served via U.S. Mail on May 16, 2008, upon the following:

Shreen K. Danamraj, Esq.
Danamraj & Youst, P.C.
5910 North Central Expressway
Premier Place, Suite 1450
Dallas, TX 75206

_Christina Wikner_
Christina Wikner

20201120.1

**Request for Ex Parte Reexamination of U.S. Patent No. 5,889,839**

**Exhibit PA-SB08**

**USPTO Form PTO/SB/08a & b**

PTO/SB/08a (01-08)
Approved for use through 05/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | U.S. Patent 5,889,839 |
| | | Filing Date | September 19, 1996 |
| | | First Named Inventor | William J. Beyda |
| | | Art Unit | |
| | | Examiner Name | |
| Sheet 1 of 2 | | Attorney Docket Number | 25587-030 |

**U. S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 5,742,905 | 04-21-1998 | Pepe et al. | |
| | | US- 5,764,747 | 06-09-1998 | Yue et al. | |
| | | US- 5,177,780 | 01-05-1993 | Kasper et al. | |
| | | US- 4,964,156 | 10-16-1990 | Blair | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08b (01-08)
Approved for use through 05/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | U.S. Patent 5,889,839 |
| | Filing Date | September 19, 1996 |
| | First Named Inventor | William J. Beyda |
| | Art Unit | |
| | Examiner Name | |
| Sheet 2 of 2 | Attorney Docket Number | 25587-030 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | GSM 02.17 version 4.3.3, September 1994, "European digital cellular telecommunications system (Phase 2); Subscriber Identity Modules (SIM) Functional characteristics" | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

**Request for Ex Parte Reexamination of U.S. Patent No. 5,889,839**

**Exhibit PA-A**

**U.S. Patent 5,742,905, to Pepe et al., filed September 19, 1994, issued April 21, 1998**



US005742905A

# United States Patent [19]

## Pepe et al.

[11] **Patent Number:** 5,742,905

[45] **Date of Patent:** Apr. 21, 1998

[54] **PERSONAL COMMUNICATIONS INTERNETWORKING**

[75] Inventors: **David Matthew Pepe**, Middletown; **Lisa B. Blitzer**, Manalapan; **James Joseph Brockman**, Perrineville; **William Cruz**, Eatontown; **Dwight Omar Hakim**, Matawan, all of N.J.; **Michael Kramer**, Bronx County, N.Y.; **Dawn Diane Petr**, Basking Ridge, N.J.; **Josefa Ramaroson**, Freehold, N.J.; **Gerardo Ramirez**, Bridgewater, N.J.; **Yang-Wei Wang**, Howell, N.J.; **Robert G. White**, Morristown, N.J.

[73] Assignee: **Bell Communications Research, Inc.**, Morristown, N.J.

[21] Appl. No.: **309,336**

[22] Filed: **Sep. 19, 1994**

[51] Int. Cl.$^6$ ................................................ H04Q 7/20

[52] U.S. Cl. ...................... **455/461**; 455/445; 455/417; 379/210

[58] Field of Search ..................................... 379/56, 57, 58, 379/63, 210, 211, 212, 213, 214, 142, 67, 88, 201, 207, 229; 455/403, 414, 417, 445, 422, 461

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,644,351 | 2/1987 | Zabarsky et al. ................... | 340/825.44 |
| 5,029,196 | 7/1991 | Morganstein ........................... | 379/67 |
| 5,090,050 | 2/1992 | Heffernan ............................ | 379/58 X |
| 5,109,405 | 4/1992 | Morganstein ......................... | 379/67 X |

| | | | |
|---|---|---|---|
| 5,311,570 | 5/1994 | Grimes et al. ...................... | 379/57 |
| 5,327,486 | 7/1994 | Wolff et al. ........................ | 379/96 |
| 5,329,578 | 7/1994 | Brennan et al. .................... | 379/67 |
| 5,353,331 | 10/1994 | Emery et al. ...................... | 379/58 |
| 5,467,390 | 11/1995 | Brankley et al. ................... | 379/229 |
| 5,479,411 | 12/1995 | Klein ................................ | 379/88 X |
| 5,479,472 | 12/1995 | Campana, Jr. et al. ............. | 379/58 |
| 5,559,860 | 9/1996 | Mizikovsky ....................... | 379/58 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2193861 | 8/1987 | United Kingdom . |

OTHER PUBLICATIONS

Hientz et al., A Short Message Service—A New Service of Digital Mobile Communication, pp. 517–526, Sep. 1993.

*Primary Examiner*—Dwayne Bost
*Assistant Examiner*—William G. Trost
*Attorney, Agent, or Firm*—Loria B. Yeadon; Joseph Giordano

[57] **ABSTRACT**

A person communications internetworking provides a network subscriber with the ability to remotely control the receipt and delivery of wireless and wireline voice and text messages. The network operates as an interfaces between various wireless and wireline networks, and also performs media translation, where necessary. The subscriber's message receipt and delivery options are maintained in a database which the subscriber may access by wireless or wireline communications to update the options programmed in the database. The subscriber may be provided with CallCommand service which provides real-time control of voice calls while using a wireless data terminal or PDA.

**11 Claims, 26 Drawing Sheets**





FIG. 1

U.S. Patent     Apr. 21, 1998     Sheet 1 of 26     5,742,905

## FIG. 2





FIG. 3

U.S. Patent    Apr. 21, 1998    Sheet 3 of 26    5,742,905

U.S. Patent     Apr. 21, 1998     Sheet 4 of 26     5,742,905

## FIG. 4





FIG. 5

U.S. Patent

Apr. 21, 1998

Sheet 5 of 26

5,742,905

U.S. Patent

Apr. 21, 1998

Sheet 6 of 26

5,742,905



FIG. 6

U.S. Patent

Apr. 21, 1998

Sheet 7 of 26

5,742,905

## FIG. 7





FIG. 8



FIG. 9

## FIG. 10

```
SERVER                                                      DATABASE
     268    PROV_INSTR (DN,ANI)
      >
     270    SEND_TO_RSRC (PLAY ANNOUNCEMENT & COLLECT DIGITS)
      >
     272    SEND_TO_RES_RESP (RC,DIGITS)
      >
     274    PLAY_APP (NOTIFY PDA)
      >
     276    PLAY_APP_RESP (RC,DN)
      >
     278    SWITCH_TO_RSRCE (ROUTE TO DN)
      >
     280    SWITCH_TO_RSRCE_RESP (RC)
      >
```

## FIG. 11

```
SERVER                                                      DATABASE
     282    PROV_INSTR (DN,ANI)
      >
     284    SEND_TO_RSRC (PLAY ANNOUNCEMENT & COLLECT DIGITS)
      >
     286    SEND_TO_RES_RESP (RC,DIGITS)
      >
     288    SEND_TO_RSRC (PLAY ANNOUNCEMENT & COLLECT DIGITS)
      >
     290    SEND_TO_RSRC_RESP (RC,DIGITS)
      >
     292    SEND_TO_RSRC (PLAY ANNOUNCEMENT & COLLECT DIGITS)
      >
     294    SEND_TO_RES_RESP (RC,DIGITS)
      >
```

## FIG. 12



## FIG. 13



## FIG. 14





FIG. 15



FIG. 16A

**U.S. Patent**          Apr. 21, 1998          Sheet 12 of 26          **5,742,905**

## FIG. 16B



## FIG. 17



## FIG. 18

|  | PDA |  | SERVER |
|---|---|---|---|
|  | 348 | CC_NTFN |  |
|  | 350 | CC_ACK |  |
|  | 356 | CC_STATUS |  |
|  | 358 | CC_ACK |  |
|  | 352 | CC_RESP |  |
|  | 354 | CC_ACK |  |

## FIG. 19



## FIG. 20A



## FIG. 20B



U.S. Patent

Apr. 21, 1998

Sheet 15 of 26

5,742,905

FIG. 21



5,742,905

FIG. 22



FIG. 23





*FIG. 24*

U.S. Patent

Apr. 21, 1998

Sheet 18 of 26

5,742,905

FIG. 25



PCI SENDER

PCI SERVER
MTA          MOBILITY MANAGER

PCI DATABASE

3RD PARTY PCI DATABASE

SUBMIT MESSAGE
502

• COPY "FROM" AND "TO" FIELD
• TEMP STORE
504

VALIDAT REQ (SENDER ADDR)
506

VALIDAT REQ (SENDER ADDR)
508

VALIDATE RESPONSE
510

VALIDATE RESPONSE
512

REQ HOME MTA
514

HOME MTA ROUTE REQ
516

HOME MTA ROUTE REQ (*)
524

HOME MTA ROUTE RESPONSE (*)
526

HOME MTA RESPONSE
520

HOME MTA ROUTE RESPONSE
518

ROUTE TO HOME MTA
522

NETWORK      GO TO RECEIVER FLOW

FIG. 26

TERMINATING RECEIVER
PCI SERVER
MTA
MOBILITY MANAGER
STP
LOCAL DB
STP
3RD PARTY DB
530
• INCOMING MESSAGE FROM FLOW 1
• DECODE "TO" FIELD
• RECORDS AMA
1
RETRIEVE RECEIVER PROFILE
532
• REQUEST RECEIVER PROFILE
• UPDATE PROFILE
RETRIEVE PROFILE *
534
RETRIEVE PROFILE *
536
UPDATE PROFILE *
538
542
MESSAGE FRWD REQ
UPDATE PROFILE
540
MESSAGE FRWD COMP
544
546
• PROCESS MESSAGE
• MEDIA CONVERSION
• RECORD AMA
• DELIVER
COPY/FORWARD MESSAGE TO
• MTA
• INTERWORKING UNIT
• GATEWAY
1
MTA DELIVERY
ROUTE MESSAGE
548
550
2
DELIVER MESSAGE
552



U.S. Patent

Apr. 21, 1998    Sheet 20 of 26    5,742,905

## FIG. 27



## FIG. 28



## FIG. 29



## FIG. 30



### FIG. 31



### FIG. 33



### FIG. 32



### FIG. 34



**FIG. 35**



**FIG. 36**



**FIG. 37**



### FIG. 38



### FIG. 39



### FIG. 40



U.S. Patent          Apr. 21, 1998          Sheet 25 of 26          5,742,905

## FIG. 41



## FIG. 42



## FIG. 43



FIG. 44



FIG. 45



5,742,905

# PERSONAL COMMUNICATIONS INTERNETWORKING

## FIELD OF THE INVENTION

The present invention is directed to an internetwork for personal communications and, more particularly, to a network which allows a mobile communications subscriber to remotely control personal communications delivery options.

## BACKGROUND OF THE INVENTION

The use of messaging as a means of day-to-day communications continues to grow and evolve, particularly in a business context. Messaging includes electronic mail (e-mail), facsimile transmissions (fax), paging, voice mail, and telephone communications. The introduction of the cellular phone and other wireless communications facilitated the advent of the "mobile office". The mobile office allows an employee, for example, to work away from the office on a portable computer and be in constant touch with the office via a cellular phone.

The messaging options described above are available to businesses of all sizes, as well as individual users, from a variety of service providers. Many offices have some or all of the messaging options described above. The office may have certain messaging equipment (referred to as "consumer premises equipment" or "CPE") connected to one or more wireline networks. That is, the office may have telephones, fax servers, and voice mail systems connected to phone lines, and computers having modems for e-mail connected to packet networks which are connected via phone lines. The mobile employee may have certain wireless messaging equipment, such as a pager, a cellular telephone, or a personal digital assistant ("PDA"), which is typically a notebook computer connected to a wireless communication network.

One important goal of personal communication services is to allow users to communicate from anywhere to anywhere at any time. Such personal communication services generally involve multiple service providers including local and long distance telephone companies and cellular telephone companies. An example of a personal communication service is as follows:

A personal communication service provider (e.g., a cellular telephone company) enables traveling users to rent a wireless portable phone from a rental phone company (e.g., from an airline or car rental company). Using the rental phone, the user is provided with basic mobile phone service from the personal communication service provider. In addition, the user would like the following features:

1) The user wants calls directed to his/her office or home to be automatically forwarded to the rental portable phone, without informing anyone that he/she is traveling.

2) To avoid unimportant incoming calls (and corresponding incoming call charges), the user would like to restrict the number of people who can call the rented portable phone.

3) It is important to the user that the rental phone features be activated instantly, so that calls can be made immediately upon the user's arrival at the visiting location.

This kind of personal communication service involves a plurality of service providers. These providers are (a) the local telephone company at the home location, (b) a long distance telephone company, (c) the local telephone company at the visiting location, and (d) the personal communication service provider (i.e., the cellular telephone company) at the visiting location. All of these are referred to herein as "service providers".

To enable this kind of personal communication service, involving multiple service providers, interoperability problems among the different service providers must be resolved. The interoperability problems can be divided into two categories: (a) location tracking and (b) service management.

The interoperability problem for location tracking has been addressed by adopting signaling protocols used by the mobile phone industry. Location tracking functions are implemented using two location registers. One of the registers, maintained by the local telephone company of the user's home location, is called the Home Location Register (HLR). The other register, maintained by the local telephone company of the visiting location, is called the Visiting Location Register (VLR). The HLR stores customer profile data and the location of the VLR of the user. The customer profile data contains important information such as the user's name, address, preferred long distance carrier, service features (e.g., call forwarding and call restriction), billing, and other administrative related information. When the user travels to a new visiting location, a new VLR is created in the new location. A part of the profile data stored in the HLR is transmitted and loaded into the VLR such that the service provider at the visiting location can implement service features for the visiting user. When the user travels to a new visiting location the location of the VLR stored in the HLR is changed to the new VLR location, and the VLR in the previously visited location is deleted. The process of creating a new VLR, loading profile data to the VLR, and updating the visiting location of a user in the HLR is called "automatic roamer registration".

The interoperability problem for service management is much more complex than that for location tracking. Service management refers to a collection of functions required to enable a personal communication service user to subscribe to, modify, and activate service features anywhere and at any time. Examples of service management functions include phone number administration, customer profile data management, service activation, and security administration. The phone number administration function is important for maintaining the uniqueness of phone numbers. The customer profile data management function provides customer profile databases and user interfaces for creating, modifying, or transferring such databases. The service activation function extracts part of the data specifying service features from the profile data and loads this data into physical communication systems that process calls. The service activation function also controls the activation and deactivation of the service features. The security administration function prevents or detects unauthorized uses of services and service management functions.

Service management functions of this type are needed to provide personal communication services involving multiple service providers. Such service management functions generally require interactions between application software and various databases owned and operated by the different service providers. Consider an application which enables a nomadic user to subscribe to a personal communication service from any service provider at any location. An example of such a service is call forwarding to a temporarily rented portable phone. The application may, for example, need to perform the following database access operations at databases maintained by various different service providers:

check credit databases owned by credit card companies or phone companies to determine whether the user is able to pay for the service;

check the customer profile database in the user's HLR to determine whether the user is currently located in a place other than the visiting location currently stored in the HLR;

5,742,905

**3**

check the credit and network databases of long distance phone companies specified by the user to determine whether the user can use a particular long distance carrier in the visiting location;

load profile data into the VLR at the visiting location and update the HLR with the location of the VLR if necessary; and

load the profile data to the call processing systems and activate the service.

The user may need to send or receive messages from any or all of the messaging options described above at a visiting location. That is, the user may want to receive or receive notification of e-mail, faxes, phone calls, or voice mail at a visiting location or to send e-mail or faxes from a wireless terminal. The need to integrate these various types of messaging options and to interconnect the many service providers has, until now, been largely unaddressed.

It is also desirable for the mobile employee to be able to limit the messages sent to the wireless messaging equipment, so that only urgent messages are received when away from the office and unwanted in-coming calls are avoided. The mobile employee may also wish to route certain incoming wireless messages and phone calls to other destinations, such as an office fax machine or a colleague's telephone.

Therefore, it is an object of the present invention to provide a mobile service subscriber the ability to control and integrate a plurality of messaging options.

It is another object of the present invention to provide a mobile service subscriber with the ability to remotely control the addressability, routing, accessibility, and delivery of messaging options.

It is yet a further object of the present invention to provide an internetwork which interconnects messaging services with both wireless and wireline networks.

It is yet a further object of the present invention to provide a subscriber with real-time control of voice calls while using a wireless data terminal or PDA.

It is yet a further object of the invention to provide a control over the messages routed to wireless messaging options.

### SUMMARY OF THE INVENTION

These objects are obtained by a personal communications internetwork providing a network subscriber with the ability to remotely control the receipt and delivery of wireless and wireline voice and text messages. The network operates as an interface between various wireless and wireline networks, and also performs media translation, where necessary. The subscriber's message receipt and delivery options are maintained in a database which the subscriber may access by wireless or wireline communications to update the options programmed in the database. The subscriber may be provided with CallCommand service which provides real-time control of voice calls while using a wireless data terminal or PDA.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects and features of the invention will become apparent from the following drawings, wherein:

FIG. 1–3 are overviews of the PCI networks;

FIG. 4 is an overview of one node of the PCI network according to the present invention;

FIG. 5 is a block diagram of an exemplary PCI server according to the present invention;

**4**

FIG. 6 is a block diagram of an exemplary embodiment of a PCI database according to the present invention;

FIG. 7 is a block diagram of the logical connections between the PCI server and PCI database according to the present invention;

FIGS. 8–11 illustrate exemplary message flows between a server and a database according to the present invention;

FIG. 12 is a block diagram of a personal digital assistant according to the present invention;

FIGS. 13–20 illustrate exemplary message flows between a PDA and PCI server;

FIG. 21 is a block diagram of a text messaging portion of a PCI network;

FIG. 22 is a block diagram of a voice messaging portion of a PCI network;

FIG. 23 is a block diagram of a facsimile messaging portion of a PCI network;

FIG. 24 is a diagram illustrating an exemplary CallCommand service network;

FIGS. 25–27 illustrate exemplary message flows in the PCI network; and

FIGS. 28–45 illustrate exemplary screens displayed to a PCI subscriber using a wireless PDA.

### DETAILED DESCRIPTIONS OF PREFERRED EMBODIMENTS

For clarity of presentation, the detailed description is set out in the following subsections:

I. PCI Overview

The overall network is illustrated in FIGS. 1–4 The network is an interface between a plurality of wireless and wireline networks, providing a subscriber with a variety of wireless and wireline message and voice delivery and receipt options.

II. The PCI Server

The PCI Server is illustrated in FIG. 5. The PCI server is a peripheral which performs messaging and call redirection functions and interfaces with the PCI database to update the subscriber profile.

III. The PCI Database

The PCI Database is illustrated in FIG. 6. The PCI database maintains the subscriber profile, controls CallCommand functions, and handles DTMF-based subscriber profile updates.

IV. The Server/Database Interface

The Server/Database interface is illustrated in FIGS. 7–11. The PCI server/PCI database interface provides for the transfer of information regarding the subscriber profile and the CallCommand services.

V. The PDA/PCI Interface

The PDA/PCI interface is illustrated in FIGS. 12–20. The PDA/PCI interface provides for the transfer of information between a remote wireless subscriber and the PCI.

VI. Services

A. E-Mail Messaging

E-Mail messaging in the PCI is illustrated in FIG. 21. The PCI network provides the subscriber with a variety of e-mail delivery, receipt, and notification options, including screening and selective destination delivery of incoming e-mail.

B. Voice Messaging

Voice messaging in the PCI is illustrated in FIG. 22. The PCI provides the subscriber with a variety of voice mail delivery, receipt, and notification options, including screening and selective destination delivery of incoming voice mail.

5,742,905

| 5 | 6 |

## C. Facsimile Messaging

Facsimile messaging in the PCI is illustrated in FIG. 23. The PCI provides the subscriber with a variety of facsimile delivery, receipt, and notification options, including processing and selective destination delivery of incoming faxes.

## D. CallCommand

The CallCommand service is illustrated in FIG. 24. CallCommand service provides real-time control of voice calls while using a wireless data terminal or PDA.

## VII. Message Flows

Certain message flows for wireless messaging in the PCI are illustrated in FIGS. 25–27. The three message flows illustrated are sending a message from one subscriber to another, receiving a message regardless of whether the subscriber is using a wireless or wireline terminal, and sending a message to a non-subscriber.

## VIII. The PDA Application

The application residing in the PDA is described in FIGS. 28–45, which illustrate exemplary screens displayed to a PCI subscriber using a wireless PDA.

## IX. Billing

Billing procedures for a PCI network use is briefly described.

## X. Conclusion

A glossary of acronyms used in this specification is attached as Appendix A.

## I. PCI Overview

FIG. 1 is a simplified overview of a personal communications internetworking ("PCI") according to the present invention. A consumer, an office for example, has various messaging equipment, such as a voice mail system **20**, an e-mail terminal **22**, fax machines **24**, and telephones **26**. These are all connected to wireline networks **29**. For example, the fax **24**, phone **26**, and voicemail system **20** may be connected to a Public Switched Telephone Network **35** (PSTN), part of which belongs to a particular local phone service company, and part of which belongs to a particular long distance service provider. The e-mail terminal **22** may be connected to a data packet network, such as Internet, whose packets are carried over phone lines.

A mobile communications subscriber (for example an employee who works at the office described above and travels frequently) has various portable messaging equipment, such as a PDA **30**, a cellular phone **32**, and a pager **34**. These are connected to wireless networks **39**. These wireless messaging options may be provided by different service providers. That is, the cellular phone may be connected to a wireless network of a cellular phone service provider, the pager may be connected to a different wireless network maintained by a pager service provider, and the PDA may be connected to a third wireless communications network maintained by yet another service provider.

A Personal Communications Internetworking network ("PCI") **40** according to the present invention is connected between the wireless **39** and wireline networks **29**. The PCI **40** permits the mobile communications subscriber to send and receive messages between disparate networks and messaging systems and a variety of service providers. The mobile communications subscriber can receive e-mail, fax, pages, and voice messages under a single phone number while using either a wireless or wireline network. The subscriber may also select the media format and serving network used to receive messages. The subscriber may also select cross-media notification of incoming messages, (i.e., the subscriber may receive notification from a pager message that a voice mail message was received).

The subscriber selects the wireline or wireless network and media format to be used for delivering messages or notification of message receipt. The PCI **40** will perform a media conversion to allow, for instance, an e-mail message to be delivered to a fax server. The PCI **40** may also include accessibility controls which allow the user to screen messages by selected criteria such as media type (e.g., e-mail, fax, etc.), message length (e.g., voice mail messages less than three minutes), or sender (e.g., only messages from the office and a certain client are to be forwarded).

For example, the subscriber may have notification of a voice mail or fax message receipt directed to a wireless PDA in the form of e-mail messages. If the subscriber's wireless PDA is not turned on or otherwise not operating, the notification may be routed to an alternate wireless or wireline network. Notification to the subscriber that a voice mail message was received may be, for example, rerouted to the subscriber's pager, and notification that a fax has been received may be rerouted to the wireline e-mail.

FIG. 2 is a simplified version of the interconnections between various messaging systems and a PCI. As shown in FIG. 2, a subscriber provides the network with message routing and delivery instructions. These instructions are received by PCI database **44** and stored in a "subscriber profile" for that subscriber. This database controls the delivery of outgoing messages and the routing of incoming messages and message notification. (In FIG. 2, wireline communications are indicated with solid line connections and wireless communications are indicated with dashed line connections. The instructions to the PCI are shown with a solid line, but as will be explained in greater detail below, the instructions may be sent either by a wireline or wireless network.)

The PCI database **44** supports access to information authenticating the subscriber's identity and validating the types of services subscribed to, the subscriber's message delivery (incoming messages) options and origination (outgoing messages) options and voice (telephone call and voice mail) options. For origination, the subscriber may select message distribution lists with specific media delivery options. The database **44** also supports access to the portions of the subscriber profile that the subscriber may control.

The subscriber may use a personal telephone number to register at alternate wireline and wireless terminals while maintaining use of the message screening and delivery options selected and stored in a subscriber's profile. This is called "personal mobility." Information about the location of a wireless or wireline network location to which the subscriber's terminal is connected automatically registers and deregisters a subscriber's terminal. This is called "terminal mobility."

FIG. 3 shows the PCI **40**. The CPE (voice mail **20**, e-mail **22**, fax **24**, and phone **26**) are connected to wireline networks **29**. The mobile subscriber equipment (PDA **30**, cellular phone **32**, and pager **34**) are connected to wireless networks **39**. Both the wireline and wireless networks **29**, **39** are connected to a PCI **40** at a service provider. The networks **29**, **39** are connected to a local exchange carrier (LEC) **42** for the personal communications internetworking.

A PCI database **44** is a physical communication system which provides call processing functions for a collection of central office switches. The PCI database **44** includes the mobile subscriber's profile, including message sending, message receiving, and service control options. The PCI database **44** may be a service control point or a network adjunct. The PCI database may be connected via a service management system (SMS) interface to a service integrator

5,742,905

7

**46**. The service integrator **46** allows the service provider to update subscriber data and create and modify subscriber profiles.

The PCI database **44** preferably stores and updates the subscriber profiles. The profiles contain service related information for mapping services to subscribers (e.g., screening, routing, terminal selection by subscriber selected parameters, custom calling features, and the like); subscriber authentication data (e.g., password and user I.D.); user status (registered or not registered); generic service profile for non-call associated service, such as subscriber address or social security number; specific profile for a non-call service (based on subscriber selected parameters); wireless data providers identification (e.g., what cellular phone provider is used); and specific profile for call associated services (e.g., call forwarding), based on user selected parameters.

FIG. 4 is a more detailed depiction of the one node **43** of the PCI. The PCI has a plurality of nodes and is preferably built on the Advanced Intelligent Network (AIN) architecture. Other network architectures may be used, but for illustrative purposes, the description is directed to an AIN-based network.

A PCI server **48** is a peripheral which performs messaging and call redirection functions and interfaces with the PCI database **44** to update the subscriber profile. The PCI server may be an AIN Intelligent Peripheral, such as a Bellcore Intelligent Services Peripheral, or a network adjunct. The PCI server is connected to a switch **50**. In the AIN architecture, this switch is a Service Switching Point Access Tandem (SSP AT), but may be any suitable switch, depending on the architecture. The SSP AT **50** connects wireline networks to the CPE. The SSP AT **50** also connects the PCI server **48** with a central office (CO) **52**. The SSP AT **50** also may connect to a Service Control Point (SCP), not shown. The PCI database **44** and the PCI server **48** are directly connected. The LEC of FIG. 3 is part of a large network and includes the PCI database **44**, the PCI server **48**, and the SSP AT **50**. The PCI database may be connected to an SMS interface to a system integrator **46**, as described above.

The PCI server **48** is also connected to various wireless and wireline networks **49** via signaling connections in these networks to transmit and receive information for all of the messaging options. Illustratively, the PCI server provides access to Public Packet Switched Networks (PPSN), Public Switched Telephone Network, (PSTN), Integrated Signaling Digital Networks (ISDN), X.25 networks and TCP/IP networks and may include access to asynchronous transfer mode (ATM), Switched Multimegabit Digital Service (SMDS), and Frame Relay networks.

The mobile subscriber may access his or her subscriber profile to change message sending, message receiving, and service control options. These option changes are sent to the PCI database **44** to be stored in the subscriber profile. FIG. 4 shows, for example, a PDA **30** connected to the PCI server **48** by a wireless network **54**, but the subscriber may also use wireline e-mail, or wireless or wireline telephones (using DTMF signals) to access the subscriber profile. The messages from the PDA, for example, are sent by a wireless network **54** to the PCI server **48** using, for example, an X.25 transport.

Delivering PCI service to a subscriber who may be present on a number of different systems requires storage, movement and caching of the service profile associated with that subscriber. A mobility controller **49**, located in the PCI server **48**, is a controller and data store, which dynamically maintains service control information for a Message Transfer Agent (MTA), described below, in the PCI server **48**, which connects the PCI server **48** to wireless data networks.

8

Data storage functions are handled by two tiered entities. The subscriber profile is preferably located in the PCI database **44** and is the top of the hierarchy where permanent records such as service profile, authentication and validation information, and the like of the subscriber or device are maintained and performing status and location management and mapping are performed. A service profile cache **51** is preferably located in the PCI server **48** and is a local cache entity which stores on a "needs basis" information such as service profiles and validation status and maintains a local repository for the service recipient. It also administers information necessary to serve the wireless data network entity, as well as sending updates to the permanent storage entity PCI database. The service profile cache **51** maintains the personal data associated with the processing of the mobility controller **49**. The mobility controller **49** interacts with the PCI database-based subscriber profile (or third party data base) on behalf of the cache to obtain service profiles and location information related to wireless terminals.

PCI may also provide directory services as a value-added component. The X.400 MTA can query a local directory serving agent in the PCI server **48** for addressing and routing information. If the information is not local, the PCI server **48** will need to get the addressing information from another PCI server **48** at another PCI node or an interconnected private directory serving agent which maintains a separate information base. By using the existing standard, the PCI network and mail PCI servers message handling can independently manage the networks without interfering with the PCI service.

II. The PCI Server

The PCI server **48** is a peripheral which performs messaging and call redirection functions and interfaces with the PCI Database to update the subscriber profile. The PCI server performs a variety of functions. For example, an illustrative PCI server:

is an X.400 Gateway;

routes messages using the X.400 messaging protocol;

connects proprietary messaging protocols into X.400 protocol;

interfaces with wireless data networks;

interfaces with messaging systems;

interfaces with the PCI database to access subscriber profiles information;

processes messages as specified by the user in the service profile;

provides media conversion such as text to fax or fax to text;

provides access to an X.500 directory to determine addressing schemes for packet data;

supports signaling between wireless data networks for management functions such as registration; and

maintains a service profile cache.

FIG. 5 is a detailed illustration of a preferred embodiment of a PCI server **48** according to the present invention. The PCI server **48** includes three main elements: a call processor **110**, a data messaging peripheral **112**, and a shared disk memory **113**.

The call processor **110** comprises a plurality of interconnected computers. The messaging peripheral **112** maybe implemented by a computer such as a DEC XAP system.

The call processor **110** includes a PCI applications server **114**. The application server is the central decision making point of the wireless messaging service described below in Section VI. Thus, the server **114** controls message routing, screening, and notification for the wireless messaging service.

5,742,905

9

The application server 114 is connected to a PDA protocol handler 115. The protocol handler is the interface to the wireless network 54, for example the RAM wireless network. This handles messages to be sent to and from the subscribers PDA 30. A plurality of personal digital assistants (PDA) 30 are connected to the wireless network 54.

The application server 114 also manages a PCI database protocol handler 126. The protocol handler 126 is the interface between the call processor 110 and the PCI database 44. The application server 114 also manages a Service Profile Cache 51. The Service Profile Cache 51 is maintained in the memory of the application server 114. The cache 51 stores a subset of the data in the subscriber profile stored in the PCI database 44. This subset is subscriber profile information which currently needs to be accessed frequently by the PCI server 48.

The Service Profile Cache 51 stores and accesses data related to access systems such as wireless data providers and messaging services, and subscriber location. The Service Profile Cache 51 may store and update data related to the subscriber location such as routing address for subscribers specific wireless terminals; store and updates services related data for a particular terminal type (such as uni- or bidirection); maintain a list of the subscribers wireless data provides and message services; track the subscribers terminal status (registered or not registered); provide a generic service profile for non-call messaging service; and provide a specific profile for a non-call associated service based on subscriber selected parameters.

The application server 114 also manages the registration status of each application on each PDA 30 and controls customer profile information via each PDA 30.

The call processor 110 also includes an IP Functions Server 130. The IP Function Server 130 manages CallCommand applications. This server is also connected to the PCI database protocol handler 126 for communication with the PCI database 44 and the PDA protocol handler 115 for communication with the wireless network 54. The PCI database protocol handler 126 handles both interfaces between the PCI database and the PCI server, as described below.

Thus, the two main application servers in the call processor 110 are the IP Functions server 130 for CallCommand applications and the PCI applications server 114 for wireless messaging services.

The call processor 110 also includes a plurality of communication interfaces. The protocol handlers 115 and 126 have already been discussed. The alphanumeric paging server (APS) 132 gives the call processor 110 the ability to provide alphanumeric paging services. The APS 132 includes one or more modems to communicate with terminal equipment of a network 134 maintained by a paging service provider. The APS communicates with the paging service provider using, for example, the TAP protocol (Telocator Alphanumeric Protocol).

The call processor 110 also includes a plurality of control processes which control peripheral equipment external to the call processor 110. These controllers are as follows:

A message controller 136 controls the data messaging peripheral 112 and controls the sending of messages between the call processor 110 and the data peripheral 112.

The mobility controller 49 comprises the PCI database protocol handler 126, the IP function server 130, the service profile cache 51, and the PCI application server 114. The mobility manager provides control logic for user authentication, service request validation, location management, user access to service profile, access

10

registration, and communication management such as routing to user-specified destinations. The mobility controller 49 contains the service logic and handles service related processing for personal data and service access such as service feature analysis; access system mapping relationship information; identity management; subscriber validation and authentication; billing information based on the subscriber; wireless data specific routing information for message delivery and subscriber paging; subscriber service validation; and subscriber review and modification of the subscriber's profile.

A transaction controller 150 controls a switch controller 152 and a voice peripheral controller 154. The switch controller 152 controls the digital switch 156 which connects to the public switched telephone network 58. The voice peripheral controller 154 controls the voice peripherals 160, which are for example text-to-speech converters.

The switch 156 and the voice peripheral 160 are also connected by a T1 line 161. The digital switch 156 is connected to the public switched telephone network by a plurality of transmission media such as T1 lines 162, fax lines 163, and ADSI lines 164.

The data messaging peripheral 112, which is optional, is now discussed in greater detail. The data messaging peripheral is the gateway to the wireline electronic mail network, which network is designated 170. The data messaging peripheral has a message transfer agent 158 for transferring messages between the call processor 110 and the data networks 170, 54 either directly or through the PDA Protocal handler 115. The messaging peripheral 112 also includes a POP (post office protocol) server 190 and associated memory 192 for providing a message storing capability. The message directory 19 is used for storing a subset of service profile cache 51 relating to the routing of e-mail messages.

The messaging peripheral 112 includes the message gateway 140. The message gateway 140 has the following capabilities:

1) Notifying the PCI application server 114 in the call processor that e-mail has arrived from the wireline e-mail network 170 for a subscriber.

2) Accept a request from the PCI application server 114 to send an e-mail message to a wireline address.

3) Accept a request from the application server 114 to provide all unread messages stored in the server 190 which would have been sent to a primary destination if the subscriber had been registered.

4) Accept a request from the application processor 114 to rewrite to the message store server 190 or back to the sender.

Using the call processor 110 and its associated peripherals, a wide variety of services may be performed. These have been discussed above briefly and are described in detail in Section VI below. However, to understand how the call processor 110 operates to provide these services, some exemplary descriptions for certain services is provided.

For example, when a wireline e-mail message arrives at the PCI server's Data Messaging Peripheral 112, the messaging gateway 140 and messaging Controller 136 send notification to the PCI application server 114 of the e-mail arrival. The PCI application server 114 will query the profile cache 51, or if necessary, the PCI database 44. Driven by data in the subscriber's profile, the PCI application server 114 executes service logic to determine where to forward the e-mail (i.e., forward to PDA 30 or to POP server 190 depending on screening outcome), and what media, if any, to use to send notification of the e-mail arrival.

For another example, when a CallCommand call arrives at the PCI server 48, the procedure is as follows. The switch

5,742,905

| 11 | 12 |

controller **152** and transaction controller **150** forward the call to the IP Functions Server **130** based on the dialed number. The IP functions **130** sends a provide_instructions 1129+ message to the PCI database **44** to determine how to handle the call. The PCI database **44** and IP functions applications servers **130** begin a conversation of messages which perform a sequence of functions which play an announcement to the caller, send notification to the PDA, etc. When a response arrives from the PDA **30**, the IP functions server **130** forwards the response to the PCI database **44**. The PCI database **44** will then direct IP functions server **130** to forward the call to a routing number and/or play a synthesized message to the caller.

If a subscriber wishes to update the subscriber profile by DTMF, the procedure is as follows. A call arrives at the PCI server **48**. The switch controller **152** and transaction controller **150** forward the call to the IP functions server **130** based on the dialed number. The IP functions server **130** sends a provide_instructions 1129+ message to the PCI database **44** to determine how to handle the call. The PCI database **44** sends a request to play an announcement and collect digits ("please enter PIN", collect PIN). The IP functions server **130** returns the result of this request to the PCI database **44**. Again the PCI database **44** sends a request to the IP functions server **130** to play an announcement and collect digits ("voice menu", menu selection). The IP functions server **130** returns the result of this request to the PCI database **44**.

This process repeats as users are guided through menus and change profile elements. The PCI database **44** interprets the collected DTMF tones and updates the subscriber's profile accordingly.

When a PDA **30** sends an e-mail message addressed to a wireline address the procedure is as follows. The PDA **30** sends a UDP send_mail message to the PCI application server **114**. The PCI application server **114** detects the message is not destined for another PCI subscriber and forwards the request to the messaging controller **136**, which forwards it to the messaging gateway **140** which is in the Data and Messaging Peripheral **112**. The messaging gateway **140** interfaces with the MTA **158** to send the e-mail to the wireline network **170**, using, for example, the Simple Messaging Transfer Protocol (SMTP).

The PCI server **48** may be based, for example, on either an X.400 MTA or an SMTP router and can convert between both protocols. The PCI server **48** may receive text messages from a variety of different text messaging systems such as Internet mail, third party messaging systems, or proprietary messaging systems. In the example where PCI routes messages using an X.400 MTA, these messages must be converted to conform with X.400 protocol before they can be routed. Thus, an exemplary messaging gateway is an X.400 gateway, which can be designed and built by a person of ordinary skill in the art.

II. The PCI Database

A PCI Database **44** maintains the subscriber profile, controls the Call Command functions, and handles DTMF-based subscriber profile updates.

The PCI database architecture shown in FIG. 6 comprises several application and support components. The application components include Multiple Services Application Platform (MSAP) **202**; Service Provisioning and Creation Environment (SPACE) **204**; and Data and Report Subsystem (DRS) **206**.

The service components include the Maintenance and Operation Console (MOC) **208**; the Intelligence Peripheral Interface (IPI) **210**; the Generic Data Interface (GDI) **212**;

the Service Network Interface (SNI) **214**; and the Data and Report database (D&R) **218**.

The service network interface (SNI) **214** provides a communication interface to external systems such as switch **50** and PCI server **48**. These interfaces include the IPI **210** and GDI **212** which connect the PCI database to the PCI server via the TCP/IP network **213**. The GDI **212** is used for uploading and downloading a subscriber profile to the PCI server **48**. The IPI **210** is used for transmitting DTMF commands from a user via the PCI server **48**. For redundancy, each intelligent peripheral interface (IPI) and generic data interface (GDI) processor preferably requires two logical connections to the PCI server.

The Multiple Services Application Platform (MSAP) **202** includes a call processor **220**, a first call process request (CPR) database **222**, an MSAP common **224**, a shared memory **226**, and a call contact database (CCDB) **228**. The call processor **220** receives messages from and sends messages to a message distributor **219** in the SNI **214**. The message distributor determines whether the message received from the call processor **220** is to be sent to the IPI **210** or the GDI **212**. The call processor receives messages from the message distributor and sends them to the first CPR database, the CCDB **228**, and/or the shared memory **226**. The first CPR database **222** stores the subscriber profiles. The MSAP **224** connects the first CPR database **222** with the second CPR **230**, which resides in SPACE **204**. MSAP common **224** updates one of the CPR databases **222**, **230** when changes have been made to the other CPR database. The CCDB **228** is a temporary, dynamic storage for storing subscriber profiles, and related data during profile update procedures. The shared memory **226** allows different processors to use the same data.

SPACE **204** is a service provider-operated module through which new PCI database applications are created and new subscriber profiles are initiated. SPACE **206** includes the second CPR database **230** which contains the identical information as the first CPR database **222** in MSAP **202**. When a new subscriber profile is to be created, a service provider uses a display terminal **232** in SPACE to provision a new service profile including certain subscriber information. The subscriber profile is activated through MSAP when the user initially registers. Service provider changes made to the second CPR database **230** are transmitted to the first CPR database **222** in MSAP via the MSAP common **224**. Changes made to the second CPR database **230** by a service provider are not transmitted to the service profile cache **51** in the PCI server **48** until a later time. That is, the PCI database **44** does not send data to the PCI server **48** unless requested by the server **48**. The server profile cache **51** will be updated with this new information the next time the PCI server **48** requests a profile download, for instance when the subscriber next registers. SPACE **204** provides a function parallel to the Service Management System described above.

The Data and Report Subsystem (DRS) **206** collects data about the PCI database **44** usage which may be helpful to the service provider. For example, errors made by the subscriber when updating the user profile are noted. The types of alterations made, times such alterations are made, and the like are also stored for future use by the service provider.

MOC **208** is a network maintenance support system which monitors the status of the network and checks for system failures and the like.

When a subscriber wishes to update the subscriber profile using a PDA **30**, the procedure is as follows. The PDA **30** communicates with the PCI server **48**. The PCI server **48**

5,742,905

13

sends a GetData message having a "Service Key", which is preferably a ten digit PCI subscriber number (e.g., a telephone number), to the PCI database 44 over the GDI 212. The GDI 212 translates the GetData message into a format understandable by the PCI database 44. The message is sent through the message distributor 219 and call processor 220 to the first CPR database 222 where the subscriber profile resides. The Service Key is used to obtain the correct subscriber profile and the profile is sent through the call processor 220 to the message distributor 219. The message distributor determines that this message is to be sent to the PCI server 48 via the GDI 212. (The reason for this is discussed below.) The GDI 212 translates the data into a format suitable for the TCP/IP network and is transmitted to the PCI server 48. The requested changes are performed in the PCI server 48 and the updated profile is sent back to the PCI database 44 through the TCP/IP network, the GDI 212, message distributor 219, call processor 220 and to the first CPR database 222. The call processor 220 also sends a message through the GDI 212 to the PCI server 48 which will send a wireless transmission to the PDA 30 acknowledging the subscriber profile update. The changes are also sent to the MSAP common 224 where they are sent to the second CPR database 230 in SPACE 204.

During this process, information may be temporarily stored in the Call Contact Database (CCDB) 228. The CCDB database 228 provides temporary storage for subscriber profile updates that are suspended because they are waiting for action by a subscriber or waiting for data from an external system, such as the PCI server 48. During the time intervals between action by the user or delays in receiving data from an external system, the call processor 220 stores the information in the CCDB database 228 and processes other calls.

When a subscriber desires to update his or her subscriber profile using a touch tone phone, the procedure is as follows. The subscriber calls, for example, a service number provided by the service provider. The call is routed to the PCI server 48. The PCI server 48 sends a message to the PCI database 44 via the IPI 210 that the DTMF commands are present. The message is sent through the message distributor 219 to the call processor 220. The appropriate subscriber profile is retrieved from the first CPR database 222 in the MSAP 202.

The call processor 220 instructs the PCI server 48 to play a voice announcement instructing the caller to enter the subscriber ID and password, by pressing the appropriate digits on the touch-tone phone. The information is entered by the caller, and the PCI database 44 validates this information. If the validation determines that the caller is an authorized subscriber, the PCI database 44 instructs the PCI server 48 to ask the subscriber to select which subscriber profile information is to be modified. Only two fields are modifiable using DTMF messaging: changing a wireline registration or recording a personalized greeting. The subscriber selects either registering at a wireline phone or recording a personalized greeting. If wireline registration is selected, the PCI database 44 instructs the PCI server 48 to prompt a ten digit telephone number to which all incoming calls will be routed. If the subscriber selects to record a personalized greeting, the PCI database 44 instructs the PCI server 48 to prompt the subscriber for a new greeting.

If invalid information is entered at any time, the PCI server 48 plays an error message to the subscriber and the subscriber retries the modification. If the retry fails, the call is terminated. Otherwise, the subscriber's profile is updated according to the modification, data synchronizing the mes-

14

sages are sent to the PCI server 48 and the call processor 220 instructs the PCI server 48 to inform the subscriber that the PCI service profile was updated.

The call processor 220 also sends a message through the message distributor 219 to the GDI 212 and to the PCI server 48 which updates the service profile cache 51 in the PCI server 48. The changes stored back in the first CPR database 220 are sent to the MSAP common 224 where they are sent to the second CPR database 230. Note that DTMF function signals, which use the 1129 + protocol, are routed through the IPI 210 and that the subscriber profile data, which uses the GDI protocol, are routed through the GDI 212.

IV. The PCI Server/Database Interface

The interface between the PCI server 48 and the PCI database 44 is based on two protocols. The first protocol is 1129+. This protocol will be used to support the PCI Call Command feature and for subscriber initiated profile manipulation using DTMF. The second protocol is Generic Data Interface. The GDI is used for subscriber profile management, specifically downloading a subscriber profile from the PCI database 44 to the PCI server 48 and for applying updates to the profile stored in the PCI database 44.

FIG. 7 shows the logical links from the PCI database 44 to the PCI server 48. The PCI database 44 consists of a mated pair of PCI databases 44a, 44b, each containing three call processors 220 which each share the load. The links 250 are TCP/IP links between Intelligent Peripheral Interface (IPI) 210 and the Generic Data Interface (GDI) 212 processors on the PCI database 44 to the PCI server call processor. Two logical connections are made from each IPI 210 and GDI 212 processors to the PCI server for redundancy. Thus, a full SCP configuration supporting PCI would preferably require 24 logical links, as shown in FIG. 7. The PCI database initiates the opening of the logical links.

In this illustrative embodiment, the CallCommand feature employs the 1129+ protocol. For the wireless messaging feature, PCI uses the GDI protocol. The GDI tag IDs assigned for the PCI subscriber profile elements are provided in Appendix B.

Appendix B also shows the PCI profile data, including the profile elements, their data types, maximum lengths, and GDI tag IDs. An * indicates elements which were shortened to 32 bytes because of GDI byte limitations. The description of the types and lengths of these elements is as follows:

dN BCD-encoded digits. The number N represents the maximum number of BCD digits, not octets.

cN Up to N ASCII characters.

cN Binary integer N bytes in length, in network byte order (highest order bit transmitted first).

Because the portion of the PCI subscriber profile downloaded to the PCI server is large (preferably approximately 1,000 bytes), and a maximum Transaction Capable Application Program (TCAP) message size is 256 bytes, the profile must be managed in segments. The service profile is divided into six segments as shown in Table 1. Each segment is assigned a unique numeric identifier.

| PCI Profile Segment | Segment ID (decimal) |
| --- | --- |
| Personal data | 1 |
| CC service profile | 2 |
| E-mail routing | 3 |
| E-mail subject screening | 4 |
| E-mail from screening | 5 |
| Voice mail profile | 6 |

Certain data in a subscriber profile provides a subscriber's preferred media for messages delivery and notification. The

5,742,905

## 15

encoding for these types are given in Table 2.

| Media Type | Code |
|---|---|
| Alphanumeric Pager | A |
| E-mail message store | S |
| Fax | F |
| PDA | P |
| Voice mail | V |
| Wireline e-mail | E |
| Null | Z |

For example, if the subscriber prefers to receive e-mail which passes screening via the PDA 30, then the "primary destination one" profile element will contain a "P".

FIG. 8 illustrates a message flow for profile retrieval using the GDI protocol. A subscriber attempts to register with the PCI server either explicitly or implicitly (registration is discussed in detail below). The PCI server 48 send a GDI GetData query to the PCI database 44 over one of the GDI links (line 260). The PCI server 48 may send one GetData data query for each PCI profile segment. Each query will be processed by the PCI database 44 as an independent transaction with a unique TCAP transaction ID. Each GetData query sent by the PCI server 48 will include a "Service Key" parameter which is a ten-digit PCI subscriber number (e.g., a telephone number). This key should be used by the PCI database 44 to identify the subscriber. In each GetData is a list of tag IDs listed in the profile elements to be retrieved. The PCI database 44 responds to the GetData data query with a GetData response (line 262). The response contains a return code and data for each element requested in the GetData data query.

FIG. 9 provides a message flow between the PCI server 48 and the PCI database 44 for a profile update originating from a wireless PDA 30. This wireless profile update uses the GDI protocol. A subscriber performs a profile manipulation activity, and the PDA 30 sends a profile data message to the PCI server 48. The PCI server 48 sends a GDI SendData query to the PCI database 44 over one of the GDI links (line 264). The PCI server 48 may send one SendData query for each PCI profile segment for which a profile element was updated. Each query will be processed by the PCI database 44 as an independent transaction with a unique TCAP transaction ID.

Each Send Data query sent by the PCI server 48 will include a "Service Key" parameter which is the ten digit PCI subscriber number. This key should be used by the PCI database 44 to identify the subscriber. Each SendData query contains a list of tag IDs provided in Appendix B and data for the profile elements to be updated. Not all tags in the segment may be included in the SendData query; only those profile elements which are actually updated by the subscriber will be sent. The PCI database 44 should not update data for which no tag was included in the SendData query.

The PCI database 44 responds to the SendData query with a Send Data response (line 266). The response contains a return code for each element requested in the SendData query.

FIG. 10 is an illustrative example of one possible CallCommand message flow between the PCI server 48 and the PCI database 44. (CallCommand is discussed in more detail in section VI D.) The exact call flow for CallCommand depends upon the implementation of the service logic by the service designer and upon options selected by the CallCommand subscriber. The CallCommand functions illustratively use the 1129+ protocol and the IPI 210 (see FIGS. 6 and 7).

## 16

As illustrated in FIG. 10, a CallCommand call arrives in the PCI server 48. The PCI server 48 sends a provide_instructions query to the PCI database over one of the 1129 + links (line 268). A TCAP transaction ID is generated for the query. The dialed number digits parameter contains the personal numbers of the PCI subscriber (i.e., Service Key). The ANI digits contain the automatic number identification, if any, of the caller (ANI is a telephone network capability). The PCI database sends a 1129+ send_to_resource command to the PCI server 48 to play an announcement and collect digits (line 270). The PCI server 48 plays the announcement, collects the digits, and sends a response containing a return code and the digits collected (line 272).

PCI database 44 sends a 1129+ play_application command to the PCI server 48 to notify the PDA 40 of the incoming call (line 274). The PCI server 48 responds with a return code and a destination number (entered by the subscriber at the PDA 30) to which the call is routed (line 276). The PCI database 44 sends a 1129+ switch_to_resource command to the PCI server 48 instructing the PCI server 48 to route the call to a destination number (line 278). The PCI server responds with the return code executing that request (line 280).

FIG. 11 is an illustrative example of one possible message flow between the PCI server 48 and the PCI database 44 for a DTMF profile manipulation message. The DTMF profile manipulator uses the 1129+ protocol through the IPI 210. The exact call flow for DTMF profile manipulation depends upon the implementation of service logic by the service designer and upon options selected by the PCI subscriber.

As shown in this illustrative example, when a call arrives at the PCI server, the PCI server sends an 1129+ provide_instructions query to the PCI database (line 282). The called number contains a dialed number (i.e., the service number for a DTMF updates), while the ANI field contains the ANI, if any. The PCI DTMF profile manipulations Call Process Request CPR is triggered by the dialed service number. The CPR 222 instructs the PCI server to play announcements and collect digits, guiding the subscriber through voice menus and prompts lines 284, 288. The PCI server responds to each request with digits collected (lines 286, 290, 294). The CPR updates subscriber's profile with data collected via DTMF.

### V. PDA/PCI Interface

Communication between the PDA and PCI use, for example, an X.25 transport using the UDP IP protocol. A brief discussion of the PDA structure is provided. The PDA 30 is preferably a notebook or palm top computer having a wireless network interface. The PDA may be, for example a Hewlett Packard Omnibook 300 notebook computer running a PCI application. FIG. 12 illustrates an exemplary PDA. The PDA 30 has a central processing unit 294 connected to a bus B. The central processing unit ("CPU") 296 performs most of the computing and logic functions of the PDA 30. A memory 296 is connected to the bus B, which stores information to be provided to the CPU 295 or otherwise used by the PDA 30. An input/output device 297, such as a keyboard, is also connected to the bus B which allows a user to input data for storage in memory 296 or for use by CPU 295. A display 298 is connected to the bus B. The PDA 30 also has a wireless communication interface 299 for communication with a wireless communication network.

The PDA/PCI interface involves six types of message flow. These messages are: (1) registration/deregistration; (2) wireless messaging; (3) retrieving E-Mail; (4) cross-media notification; (5) CallCommand; and (6) profile management.

There are two types of registration and deregistration: explicit and implicit. Explicit registration occurs when a PCI

5,742,905

17

subscriber starts the PCI application software on the PDA 30 (this is called start-up registration) or when the subscriber clicks a status check button or one of the service registration request buttons on the PDA 30 either for the CallCommand or wireless messaging service. Once successfully registered, if the subscriber's profile is not already present in the service profile cache 51 maintained by the PCI server 48, the PCI server 48 will request a download of the subscriber's profile from the PCI database 44 to the service profile cache 51. The PCI server 48 sets the subscriber's registration status in the cache 51 to match those requested by the subscriber for the wireless messaging service for the call command service.

FIG. 13 illustrates one example of the message flow between the PDA 30 and PCI server 48 during explicit registration. This flow is also used by a subscriber to check registration of CallCommand or wireless messaging services. A subscriber starts the PCI application software on the PDA or clicks the service status check. CallCommand registration, or wireless messaging registration buttons on the PDA. The PDA sends a registration request to the PCI server 48 with the subscriber's validation information (subscriber ID and password) (line 300). The PDA 30 also starts a timer during which the PDA 30 will wait for a response from the PCI server 48. The PCI server 48 server receives the registration request and checks if the subscriber is provisioned and if the subscriber ID and password are correct. The PCI server then sends a registration acknowledgement (line 302). If the subscriber is not provisioned, no service profile exists and the acknowledgement includes an "unrecognized subscriber" response. If the subscriber ID and password are invalid, the acknowledgement includes an "incorrect password/PIN" response. Otherwise, the PCI server acknowledgement includes a "success" response. If the PDA 30 does not receive an acknowledgement from the PCI server within a predetermined time, it aborts the registration attempt and tells the subscriber to try again later.

Implicit registration automatically registers a subscriber for the wireless messaging service when the subscriber is currently not registered and wishes to send or fetch E-Mail from or to a PDA 30. Implicit registration is done as follows. The PCI server receives a fetch or send request from a subscriber who is not registered for the wireless messaging service. The PCI server 48 retrieves a copy of the subscriber's service profile from the PCI database 44, if necessary, and validates the subscriber's ID and password. The PCI server 48 validates the profile contents to make sure that a subscriber may use the wireless messaging service. If wireless messaging is permitted, the PCI server 48 processes the request. Otherwise, it sends an acknowledgement indicating the reason why the subscriber is not permitted to use the wireless messaging service. The message flow is the same as illustrated in FIG. 13.

Once the subscriber is registered for either the CallCommand service or the wireless messaging service, the subscriber remains registered until the subscriber explicitly deregisters by either quitting the application or clicking the deregistration button on the PDA 30. The subscriber can also be implicitly deregistered for the wireless messaging service by the PCI server 48 provided the PCI did not detect any wireless messaging activities to or from that subscriber for a given duration of time. Although the subscriber is deregistered, the subscriber's service profile will remain in the service profile cache 51. The profile remains in the cache as long as the PCI server has some activity for the subscriber, such as incoming e-mail messages within a predetermined time, such as four hours.

No PDA-to-PCI server messages may be sent by the subscriber to implicitly register for CallCommand, thus, a

18

subscriber should not be implicitly deregistered from this service. Implicit registration and deregistration occurs only for the wireless messaging service and not for CallCommand. A subscriber remains registered for CallCommand as long as he or she is running the CallCommand software application on the PDA.

Explicit deregistration occurs when a subscriber quits the PCI application software on the PDA (this is called exit deregistration) or when the subscriber clicks one of the service deregistration request buttons on the PDA for the CallCommand or wireless messaging services. FIG. 14 is an illustrative embodiment of a message flow between the PDA 30 and PCI server 48 for explicit deregistration. A subscriber quits the PCI application software on the PDA or clicks a deregistration button on the PDA. The PDA 30 sends a deregistration request to the PCI server 48 with the subscriber's validation information (the subscriber ID and password) (line 304). The PDA 30 also starts a timer during which the PDA will wait for a response from the PCI server 48. The PCI server 48 sends an acknowledgement (line 306). The PCI server 48 receives the deregistration request and checks if the subscriber ID and password are correct. If the subscriber ID and password are not correct, the acknowledgement includes an "incorrect password/PIN" response. Otherwise, the acknowledgement includes a "success" response. If the PDA 30 does not receive an acknowledgement from the PCI server 48 after a predetermined time, the PDA 30 assumes that it is out of radio coverage and informs the subscriber to retry later.

Implicit deregistration occurs when the PCI does not detect any wireless messaging activity from or to the subscriber for a given duration of time, for example four hours. The PCI will also try to implicitly deregister a subscriber from the wireless messaging service in the middle of the night in the event that the subscriber inadvertently left the PDA 30 turned on. The PCI server 48 keeps a time-stamp of the most recent wireless messaging activity for each registered subscriber in the subscriber's service profile maintained in the service profile cache 51. Whenever the PCI server 48 detects any wireless messaging activities to or from a particular subscriber, the time-stamp is updated to the current time. The stored time-stamp of a registered subscriber is periodically compared to the current time. When a predetermined time elapses, the PCI server 48 assumes that the subscriber is out of radio coverage or has quit the PCI application.

For implicit (or automatic) deregistration, the message flow is the same as illustrated in FIG. 14. The PCI server 48 sends to the PDA 30 a deregistration request containing registration information about the subscriber. The PCI server 48 also sets a timer during which it will wait for a response from the PDA 30. When the PDA 30 receives the deregistration request, it responds with registration acknowledgement which contains the registration information currently known to PDA. When the PCI server 48 receives the registration acknowledgement, it updates the subscriber's registration status based on information in the acknowledgement. The PCI server 48 also updates the wireless messaging time-stamp associated with the subscriber to the current time. If the PCI server 48 does not receive an acknowledgement within a predetermined time as described above, the PCI server 48 assumes that the subscriber is no longer registered and removes all references to the subscriber from the service profile cache 51.

Sending and receiving e-mail wireless messages involves two types of message flows: sending messages from the PDA 30 to the PCI server 48 and from the PCI server 48 to the PDA 30.

5,742,905

FIG. 15 is an illustrative example of a message flow sending an E-mail from a PDA 30 to an PCI server 48. When a subscriber sends an E-Mail notification from the PDA 30, the PDA 30 forwards the E-Mail notification to the PCI server 48. The body of the E-mail contains, for example, "to;from;subject;cc" information (line 308). The PCI server acknowledges this notification (line 310). If the E-mail is longer than can be transmitted in a single message, the PDA 30 segments the E-mail into multiple, sequentially numbered messages and sends them to the PCI server (lines 312, 316, 320). Each message sent from the PDA is responded to with an acknowledgement containing the reception status of the message and the sequence number it is acknowledging (lines 314, 318, 322). The PDA 30 and PCI server 38 use the sequence number to maintain a sequential flow of packets. Out of sequence messages are discarded. Once all of the packets are received, the PCI server 48 puts them into their original order using the sequence number and forwards the now assembled E-mail to a message transfer agent, which then forwards the E-mail to its intended destination.

The PDA 30 starts a timer each time it sends out an E-mail. If the PDA 30 does not receive an acknowledgement after a predetermined time (for example ten seconds), the send operation is aborted and the E-mail is stored in a local outbound queue for redelivery in the future.

When an E-mail is being delivered from an PCI server 48 to a PDA 30, a similar message flow is used. The only difference is that the PCI server 48 initiates the flow and sends the initial messages instead of the PDA 30.

Retrieving E-mail involves two types of message flows: retrieving undelivered E-mail addressed to the PDA 30 and retrieving E-mail delivered to a messaging system, such as a wireline e-mail system. When a subscriber is out of radio coverage or is not registered with PCI, the PCI sends E-mails addressed to be delivered to the PDA (PDA-bound E-mail) to an external mail storage system. The PCI server will also send certain E-mail directly to an external mail storage system (MS-bound E-mail), such as the subscriber's wireline E-mail connected to his or her personal computer, according to the subscriber profile stored in the PCI database 44.

A registered subscriber can retrieve PDA 30 bound E-mail at any time by starting "FETCH" operation. The PCI will send the PDA bound mail from the external mail storage and will also summarize MS-bound E-mail.

An illustrative example of the message flow between the PDA and the PCI server for retrieving undelivered PDA bound E-mail is shown in FIGS. 16(a) and (b). If there are no MS-bound messages, an illustrative message flow is shown in FIG. 16(a). The PDA 30 sends a fetch request to the PCI server 48 (line 324) and starts a timer, which waits for an acknowledgement. If no acknowledgement is received within a predetermined time, for example twelve seconds, the PDA 30 assumes it is out of radio coverage and informs the subscriber to try again later. In response to the request, the PCI server 48 logs into an external mail storage system specified in the subscriber's profile. If any PDA-bound E-mail is stored in the external storage system, the PCI server 48 will (a) move the PDA bound E-mail from the external mail storage system into a pending area in the PCI server; (b) send an acknowledgement to the PDA indicating the number of PDA bound E-mail now residing in the pending area; and (c) initiate delivery of these PDA bound E-mail from the pending area to the PDA (line 326).

If there are MS-bound E-mail messages, an illustrative message flow is shown in FIG. 16(b). The PDA sends a fetch request (line 328) and starts a timer. Whenever the PCI

server sends a summary message, it starts a timer. If the PCI server 48 does not receive an acknowledgement within a certain predetermined time, for example ten seconds, it will assume that the PDA 30 is out of radio coverage, abort the send operation and discard the summary information. In response to the request, the PCI server 48 will (a) send an acknowledgement to the PDA indicating the number of MS-bound E-mail present (line 330); (b) extract summary information from those messages; and (c) send the summary to the subscriber's PDA (line 332). When the PDA receives an acknowledgement from the PCI server, it informs the subscriber based on the contents.

Summary information for the MS-bound E-mail is formatted into one ASCII text per E-mail and sent to the PDA. If the summary information, or the number of summarized E-mail require more than one message, the PCI server 48 splits the summary information into multiple sequentially numbered segments and sends each segment in a separate message (lines 336, 340). Each message from the PCI server 48 is responded to by the PCI server with an acknowledgement containing the reception status of the message and the sequence number it is acknowledging (lines 334, 338, 342). Out of sequence messages are discarded. Once all of the packets are received, the PDA 30 puts them into their original order using the sequence number.

Once the summary information describing the MS-bound E-mail messages is reviewed, the subscriber may start a FETCH operation to retrieve these MS-bound E-mail messages. FIG. 17 is an illustrative example of a message flow between the PDA 30 and the PCI server 48 retrieving MS-bound E-mail. The subscriber selects an MS-bound E-mail message to be received. The PDA 30 sends a retrieve request to the PCI server 48 containing the message selected by the subscriber (line 344). The PCI server 48 responds with an acknowledgement (line 346). The PCI server 48 logs into the external message storing system specified in the subscriber's service profile and moves the MS-bound E-mail specified in the request out of the storage system into a pending area in the PCI server 48. The PCI server 48 initiates a send operation which delivers the E-mail in the same manner as discussed above.

Cross media notification (e.g., PDA notification of voice mail message receipt) is sent to the PDA 30 using the same delivery as a wireless E-mail message to the subscriber. The PCI server 48 originates the notification E-mail and the e-mail subject is "message notification". The body of the notification E-mail contains the message sender's address (i.e., the phone number for a voice mail), the date and time the message arrived at the PCI; the type of media, (i.e., voice mail, FAX, E-mail or other); whether the message is marked urgent (if detectable); the length of the message (for example, in minutes for a voice mail message); and, if appropriate, the subject of the message.

CallCommand allows a PCI subscriber to reroute or direct calls in real time. The subscriber may receive notification on the PDA 30 that a call is waiting. Using the PDA 30, the subscriber may instruct the PCI to route the call to specified destination number or have the PCI server play a message entered by the subscriber using synthesized speech.

When a call is made to a CallCommand subscriber's number, it is routed to an PCI server 48. The PCI server 48 queries the PCI database 44 to determine how the subscriber's profile has directed the call to be processed. If the subscriber is registered at a known telephone number, the PCI database 44 instructs the PCI server 48 to route the incoming call to the given telephone number (assuming that the call meets any screening requirements). If the subscriber

5,742,905

is not registered at a known telephone number, the PCI database 44 will provide a default routing number and a timer value instructs the PCI to play an announcement customized by the subscriber to the caller and start collecting DTMF digits within that time period. The PCI plays the announcement and starts the timer provided by the PCI database 44 and then begins collecting DTMF digits entered by the caller. If no digits are collected within a predetermined time period, the PCI routes the call to a default number indicated by the subscriber's profile in the PCI database 44. If DTMF digits are collected, the PCI puts the caller on hold, determines if the caller meets the screening requirement, and handles the call accordingly. If the call is to be directed to the subscriber, the PCI attempts to contact the subscriber.

FIG. 18 is an illustrative example of the message flow between the PDA 30 and PCI server 48 for a CallCommand call. The PCI server 48 sends a notification message to the subscriber's PDA 30 to notify the subscriber that a call is waiting (line 348). The message contains the DTMF digits entered by the caller. The PCI server 48 starts two timers, which are the time interval the PCI server 48 expects to receive an acknowledgement from the PDA 30 and the time interval the PCI server 48 expects to receive a response from the PDA 30, respectively. The typical values for these timers are ten and forty seconds, respectively. The time to receive an acknowledgement should be less than the time for the response.

After receiving a notification message, the PDA sends an acknowledgement to the PCI (line 350). This informs the PCI server 48 that the PDA 30 is within radio coverage and that the subscriber has been notified about the incoming call. Once the acknowledgement is received, it cancels the acknowledgement timer, but leaves the response timer ticking, waiting for a response to come from the PDA 30. If the PCI server 48 does not receive an acknowledgement within the predetermined time, it assumes that the PDA is either out of radio range or is turned off and cancels the response timer and routes the call to a default number programmed into the user profile in the PCI database 44. The subscriber is notified of the incoming call by the CallCommand interface on the PDA 30. The DTMF digits entered by the caller provide the subscriber with the name and/or telephone number of the incoming caller.

The subscriber can decide to route the call to directory number or voicemail, enter a text message to be played to the caller, or both. The PDA will send a response to the PCI server 48, which carries the number to which the call should be routed, a short text message to be played to the caller through synthesized voice, or both (line 352). When the PCI server receives the response, it cancels the response timer and executes the subscriber's decision in the response and sends an acknowledgement which contains how the subscriber's decision is to be carried out (line 354).

If the response timer expires before the PCI server 48 receives a response, the PCI server 48 routes the call to a default number obtained from the PCI database 44 and send a status message to the PDA 30 to inform the subscriber that the caller is no longer waiting (line 356). Also, if the caller decided not to wait any longer (that is hangs up or presses "*", which allows the caller to go to the default number) the PCI sends a status message providing this information. The PDA acknowledges the status message (line 358).

Profile management allows the subscriber to modify wireless messaging and Call Command services by updating certain elements in the subscriber's service profile stored in the PCI database 44 and the service profile cache 51 in the

PCI server 48. Profile information is not stored locally on a PDA 30. Updating the subscriber's profile using a PDA 30 always requires the subscriber to the PCI.

Profile management involves two types of message flows, profile download and profile upload. FIG. 19 is an illustrative example of the message flow between the PDA 30 and the PCI server 48 for a profile download. As indicated above, any profile change requires a profile download because the profile is never stored in the PDA 30. A subscriber starts a profile management application on a PDA 30 and requests a profile download. The PDA 30 sends a download request to the PCI server and requests a copy of the subscriber's modifiable profile elements to be downloaded to the PDA 30 (line 360). The PCI validates the identity of the subscriber through its subscriber ID and password. If the subscriber's identity is not validated, the PCI sends an acknowledgement and an error code and terminates the profile update session. If the subscriber's identity is validated, the PCI downloads the subscriber's modifiable profile elements (lines 362, 366, 370). Attached as Appendix C is a list of tags for modifiable profile elements. The PDA 30 acknowledges the received data (lines 364, 368, 372). The PDA starts a timer after sending the download request. If the PDA does not receive an acknowledgement or data from the PCI server within a predetermined amount of time, for example, ten seconds, it assumes that it is out of radio coverage and informs the subscriber to try again later. The PCI server 48 starts a timer each time it sends out data to the PDA 30. If the PCI server 48 does not receive an acknowledgement from the PDA 30 within a predetermined time, for example ten seconds, it will abort the profile download operation.

Once the subscriber finishes editing the profile on the PDA, a profile upload request is issued. An illustrative example of the message flow between the PDA 30 and the PCI server 48 for a profile upload is shown in FIGS. 20(a) and (b). After the subscriber issues a profile upload request, the PDA 30 sends an upload request to the PCI server 48 requesting permission to send the updated profile elements (step 374). The PCI server 48 validates the identity of the subscriber, for example by checking the subscriber ID and password, and checks if there is an associated download request issued by the same subscriber. The check for an associated previous download request is necessary so that the PCI server 48 is sure that the profile the subscriber wants to change is the profile that the PCI server 48 has just sent. If the subscriber's identity is not validated, or there is no associated download request packet, the PCI server sends an error code to the PDA 30 and terminates the profile update session. If the subscriber's identity is validated and there is an associated download request, the PCI server 48 honors the request by sending an acknowledgement and a status code of "OK" to the PDA 30 (line 376). When the PDA 30 receives the OK, it formats the updated profile elements and sends them to the PCI server 48 in the same way the profile was sent to the PDA 30 during the download phase (lines 378–386). If no error is detected, the PCI server 48 sends the updated profile elements to the PCI database 44 to commit the change. After a confirmation is received from the PCI database 44, the PCI server 48 sends an acknowledgement with status code of "OK" to the PDA to confirm and conclude the profile update session (line 388), as shown in FIG. 20(a).

FIG. 20(b) is an illustrative message flow when the PCI server 48 detects errors in an uploaded profile. The upload proceeds as above (lines 390–398). If the PCI server 48 detects errors in the updated profile elements it responds with an error message to notify the subscriber about the

5,742,905

23

invalid profile element (line **400**). The PDA acknowledges receipt of the error message (line **402**). The PCI server **48** sends the invalid profile elements in a similar way as the profile was sent to the PDA **30** during the download phase (lines **404, 406**).

The PDA **30** starts a timer when its sends out an upload request or sends out data. If the PDA **30** does not receive an acknowledgement from the PCI server **48** within a certain predetermined time, it will abort the profile upload operation and inform the subscriber to retry at a later time.

VI. Services

A. Wireless E-mail Messaging

PCI includes several wireless text message sending, receiving, and service control features. PCI's wireless text messaging services are based on three network-based capabilities:

message integration combining voice message notification, voice mail, telephone calls, e-mail, and fax;

message routing and delivery, i.e., the PCI is a wireless and wireline network gateway;

database access, i.e., subscriber profile, authentication, and validation.

The PCI uses personal communications service-integration capabilities to integrate the wireless service capabilities available to the subscriber. This is accomplished by providing the subscriber with control over the message routing and delivery by the subscriber accessible "subscriber profile" stored in the PCI. The subscriber profile contains subscriber programmed instructions on message receipt, origination, and notification. Thus, PCI operates as a messaging gateway for providing access to multiple wireline and wireless networks, while using subscriber profile information to control sending and receiving options. PCI allows wireless service providers to integrate the voice messaging, e-mail, and fax message services for one subscriber through a single telephone number. Thus, one phone number may provide a single link between the service provider and the subscriber's voice and data communications lines.

The message sending features include communications across disparate networks and broadcast communications. A subscriber may send voice mail, e-mail, and fax messages between different service providers and networks. A subscriber may also send broadcast e-mail and fax messages, which broadcasts may mix e-mail and fax messages within a single distribution list. For example, the subscriber may type a message on a PDA and send it to a distribution list over a wireless network. The distribution list may direct the PCI to deliver the message to the office as an e-mail and to a client as a fax.

The message receiving features include personal number addressing, selection of message receipt media format, selection of cross-media message notification, and selection of message screening and delivery options. A subscriber may receive voice (e.g., phone), voice mail notification, e-mail, and fax communications under a single personal telephone number. A subscriber may direct e-mail and fax delivery based on selected parameters, such as time-of-day, day-of-week, etc. A subscriber's media message notification, voice mail notification of e-mail or fax messages, e-mail notification of voice mail or fax messages, and fax notification of e-mail or voice mail messages may be delivered to the subscriber based on selected options and parameters.

Alternatively, if the subscriber's wireless terminal is not activated, e-mail messages may be automatically routed to alternate destinations as defined by the subscriber's profile. For example, the subscriber may not want to receive all telephone calls at a visiting location to avoid unnecessary

24

interruptions and unwanted incoming call charges. The subscriber directs the PCI to send notification of phone calls to the pager and to route the call to voice mail. Once notified, the user can determine from the phone number included in the pager notification whether to call the person directly, check voice mail, or ignore the call until a later time. The subscriber may also direct which messages are to be routed to the subscriber's current serving network, which are to be sent to another network, and what media is to be used to receive certain messages. The subscriber may also designate, for example, that if the wireless terminal is off, all text messages are to be sent to e-mail and all voice messages are to be sent to voice mail.

The PCI service control features include supporting subscriber profile management, supporting personal mobility across wireless and wireline networks, and supporting wireless terminal mobility. A subscriber's profile may be updated by sending text messages from a PDA over a wireless network or DTMF (touch-tone) messages from either a wireline or wireless terminal. The subscriber may program the profile to select media for receiving and sending information; select cross media for message notification; select message screening and delivery options; select single voice mailbox storage (for subscriber's with more than one voice mailbox); and select a PCI service password. All of these options may be maintained over wireless or wireline terminals. The subscriber may automatically register and deregister a wireless terminal thus updating the subscriber's profile to receive or reroute messages as preprogrammed in the profile.

The wireless data network provides data transport between the PCI server **48** and the subscriber using a wireless data terminal, such as a PDA **30**. The wireless data network may connect to the PCI server in a variety of ways, using a variety of protocols. For example, the wireless data network may connect to the PCI using a leased line and run a proprietary protocol to connect the PCI server via standardized protocols such as TCP/IP.

Text messaging systems may be connected to the PCI server through, for example, Frame Relay, SMDS, ISDN, leased line interface, or other transport mechanism effective for supporting data communications may be used. An intermessage handling system protocol, such as X.400 (in which case X.400 gateway conversion is needed), or Internet SMTP or other protocols supported by an interworking unit terminating the data transport interface, may be used to forward messages between the PCI server **48** and the system accessing the PCI.

The PCI server will preferably support sending and receiving faxes in the T.434 format. The PCI server may also preferably support sending and receiving faxes using the simple mail transfer protocol (SMTP) supported by the TCP/IP transport protocol.

FIG. 21 shows an illustrative embodiment of a PCI service supporting text messaging systems. In this example, a subscriber has a personal computer **420** at the office connected to a local area network (LAN) **414** and an enterprise text messaging system (for example, a local network e-mail) **413**, a personal computer at home **416**, and a wireless terminal, such as PDA **30** that may send and receive messages. All of these devices are connected to the PCI. For example, the subscriber's home personal computer **416** may be connected to the PCI **40** via a modem and a wireline data network **418** over either a PSTN or ISDN.

Persons connected to the LAN may send text messages to the subscriber by using the local text messaging system without using the PCI. That is, the user of computer **420** can

5,742,905

25

send an e-mail to the subscriber's office computer **412** without entering the PCI node **40**. Because the enterprise text messaging system **413** is connected to PCI, all enterprise messaging users may send messages to and receive messages from all PCI subscribers (including those not connected to the local text messaging system **413**) by using an appropriate PCI address.

A person connected to a different enterprise messaging system, such as text message handling system **2 422**, can send messages to the subscriber on message handling system **1 413** by routing the message through the PCI Server **48**.

PCI subscribers are assigned a single personal telephone for both voice and data communication. For example, an E.164 address (i.e., a telephone number) may be assigned to a PCI subscriber to use as the single PCI address. These phone numbers may be geographically based according to current PSTN architecture, but it is also possible to use portable universal numbers. Fifteen digit number formats may be desirable to permit sub-addressing. For example, a message destined for a PCI subscriber may be addressed to the subscriber's telephone number, e.g., 201-555-5555. If an originating mail system such as a LAN mail system or third party message handling system requires a domain identifier, the originator may have to specify 201-555-5555 @ PCI, or on the Internet 201-555-5555 @ pci.net. When the PCI server **48** receives the message, it will look at the subscriber's profile stored in call process request database **222** stored in a PCI database **44** to determine how to handle the incoming message. An example of a few of the options that PCI may provide for the subscriber are to:

  send the message to the subscriber's wireless PDA;

  send the message to the subscriber's wireline computer at home;

  send the message to the destination text messaging system at the office;

  send a notification of an incoming message to the wireless data terminal and the actual message to the text messaging system.

  send the message to any or all of the above;

The subscriber may send text messages over the wireless data network or wireline data network to the PCI server **48**. The PCI server **48** consults with the subscriber's profile at the PCI database **44** and forwards the message to the appropriate destination, depending on the routing destination found in the profile. Text messaging systems not connected to the PCI **40** may send text messages to PCI subscribers by using another network connected between the sender's text messaging system and the PCI subscriber's text messaging system, for example, the non-connected text message may be connected to a PCI over the Internet.

The flow for wireless messaging is now described.

The flow for a PCI subscriber receiving an e-mail message to a wireless PDA **30**, for example, is as follows. An e-mail message is sent from a wireline or wireless sender to a PCI subscriber and arrives at the PCI server **48**. The incoming e-mail contains a recipient address in the format of "201-555-5555 @ pci.net" where 201-555-5555 is the subscriber's ten-digit personal number and pci.net is the PCI server's domain name in the Internet.

The PCI server **48** checks the subscriber's service profile, either from the profile service cache **51** in the PCI server or by downloading the subscriber profile from the PCI database **44** into the cache **51** to determine how to process the e-mail message. The profile contains screening and routing information and cross media notification information. The PCI server **48** uses this information to send incoming e-mail to an actual destination address that can be a wireless, wireline,

26

or paging address using, for instance, the UDP/IP protocol over a wireless data network; the Internet SMTP protocol over the Internet wireline network; or the Telocater Alpha Numeric Protocol (TAP), respectively. In this case, the subscriber has programmed into the subscriber profile to have the e-mail sent to a PDA **30**. The PCI server **48** receives the e-mail message and forwards it to the wireless data network programmed into the profile. The e-mail is transmitted over a wireless data network **39** for receipt by the PDA **30**.

If the e-mail cannot be delivered, the PCI server returns the e-mail to the original sender with a short description of why the delivery was unsuccessful, using the SMTP protocol.

If an e-mail message is to be delivered to an alphanumeric paging address, the PCI server translates the e-mail message into a paging message and sends the paging message to the paging network specified in the subscriber profile. The protocol between the PCI server and the paging network is the Telocater Alpha Numeric (TAP). The PCI server formats the paging message into a maximum page limit with a maximum number of characters per page. For example, the page limit may be two pages and a maximum of 256 characters per page. The PCI server does not verify whether a paging message is actually delivered by the paging service provider. It will, however, verify that the message was successfully sent to the paging service provider. Because the PCI server does not provide this verification, it is under the assumption that messages sent to a pager arrive successfully at the pager.

If the subscriber profile contains an option for voice message notification of e-mail messages, the PCI server generates and sends a digitized prerecorded voice announcement to the address specified in the subscriber service profile. The protocol used to deliver the voice message notification is the AMIS-Analog Protocol.

In this illustrative embodiment, a preferred PCI server node functions as an X.400 message transport agent or SMTP router and routes messages destined for PCI subscribers and to those destined for users connected on other systems. In the case of an X.400 message transfer agent (MTA), X.400 addresses are used to internally represent subscriber addresses. The translation from the "user friendly" subscriber addresses such as E.164 numbering to the X.400 address would be done via a look-up table (ROM or other memory device) at the PCI access module or the X.400 gateway. Destination or source addresses from users on other networks are not converted to X.400 addresses, but are left in the native address format of the sending or receiving system. An X.400 gateway address may be added to the message header, however, to allow PCI to route the message to an appropriate gateway.

The PCI server **48** is responsible for delivering a message to the subscriber listed in the destination field of the message. In a simple case, the subscriber has an X.400 or Internet mailbox accessible to the PCI via one of its access connections. Alternatively, the subscriber profile may contain forwarding addresses which route the message for delivery to unusual destinations. For example, the subscriber's mailbox may reside on another message handling system, a wireless data network, wireline data network, or PSTN destination associated with a fax machine. The delivery of such a message to a final destination is handled by an interworking unit which is responsible for doing address translation and, if necessary, format translation as defined by the subscriber profile entry.

For subject e-mail screening, the subject field is analyzed to determine if a match exists before comparing the address

5,742,905

27

field. If the subject field matches an entry on the screening list, the treatment for a matched entry will occur. That means, in this illustrative embodiment, that subject screening takes precedence over address sender screening. That is, if e-mail originated from an address that is excluded from the e-mail screening address list, the e-mail will still be delivered according to the screening criteria.

If the PDA 30 is not registered for the wireless messaging service or if the PDA 30 is out of radio coverage at the time the message arrives at the PCI server 48, the message will be sent to the subscriber's external message storage system, such as the text message system 413.

B. Voice Messaging

FIG. 22 shows an illustrative embodiment of a PCI service for voice mail system. The voice mail systems 430 may use the public telephone network 432 and Audio Messaging Interface Specification (AMIS)—Analog Protocol to connect analog voice messages to the PCI. Alternatively, the voice mail system may use a modem 434, a private line 436, or an ISDN BRI AMIS—Digital Protocol 438 to connect digital voice mail signals to the PCI.

Voice messaging systems on the PCI must be able to send a message to the PCI server 48 providing notification that the subscriber has received a voice message. The voice mail system may send this text message by using, for example, asynchronous interfaces with a modem; X.25; ISDN BRI, or TCP/IP interfaces. Preferably, the PCI server 48 supports the AMIS Analog and Digital interfaces.

The PCI voice messaging call flow is as follows. Using the AMIS-Analog Protocol the system originating the voice message sends message information to the PCI server 48 specifying the type of message to be delivered, the message length (in minutes), the originator's mailbox number, and the recipient's mailbox number. When the message arrives at the PCI server 48, the originator's mailbox is extracted from AMIS-Analog Protocol and is compared to the subscriber's voice mailbox number stored in the subscriber profile. If the two values match, the voice message is already in the mailbox designated by the subscriber. In this case, the PCI server 48 sends a bogus error code to the originating voice messaging system using the AMIS-Analog protocol so that the voice message is rejected and is not forwarded to the PCI server 48. The PCI server 48, however, has header information needed to send a notification message to the subscriber, if such notification is required by the subscriber profile.

If the originator's mailbox does not match the subscriber's voice mailbox number, the PCI server 48 analyzes the message length parameter. If this parameter exceeds a certain predetermined length, for example three minutes, the PCI server 48 sends a response message to the originating voice messaging system with an error code specifying that the message is too long. No further processing of the voice message occurs. If the message length is not longer than the predetermined time, the PCI server 48 sends a response message to the originating voice messaging system accepting the message. The originating voice messaging system will then forward the voice message to the PCI server.

When the voice message arrives at the PCI server 48, the PCI server 48 attempts to route the voice message according to the screening, registration, and routing options contained in the subscriber profile. Using AMIS-Analog Protocol, the PCI server 48 sends message information to the subscriber's destination voice messaging system, specifying the type of message to be delivered, length of the message in minutes, the originator's mailbox number, and the recipient's mailbox number.

28

For voice messages that cannot be delivered to the destination, for example if the mailbox is full, the destination system sends a non-delivery notification message to the PCI server 48 specifying the reason why the message is undeliverable. The PCI server 48 retries delivering for up to a system defined time period. If all of the retries fail, the PCI server 48 uses the AMIS-Analog Protocol to return the voice message to the originating voice messaging system with an appropriate non-delivery notification. A pre-recorded non-delivery announcement is sent to notify the message originator that the message was undeliverable. No further processing occurs. If the destination system accepts the message, the PCI server 48 forwards the voice message to the destination system.

If the subscriber chooses e-mail notification of incoming voice messages, the notification is sent via wireless or wireline network to the subscriber as specified in the subscriber profile. If the subscriber selected page notification, the notification will be sent through the paging network according to the profile. Either notification contains the mailbox number that originated the voice message, the date and time the message was received, and the length of the voice message in minutes.

In another example, a user having a digital voice mail system creates a voice mail message and addresses it to a user of analog voice mail system. The destination telephone number indicates that the message must be routed to the PCI server 48. The PCI server 48 checks the recipient's user profile and determines that the destination recipient has an analog voice mail system. The message is then passed into the analog voice mail system via the AMIS-Analog Protocol.

The subscriber will receive all of the voice mail messages at the voice mail system, if that is what is selected in the subscriber's profile. The subscriber may also set up the profile to receive at a wireless data terminal a text message that provides a notification of a voice mail message and envelope information of the message. Alternatively, a recipient voice mail system may send a text message containing a notification and envelope information of the message.

One feature of the AMIS-Digital Protocol is that if the original voice message is marked urgent by the sender, the AMIS-Digital Protocol includes priority status information in the message sent from the voice messaging system to the PCI server. Using this information, the PCI can screen priority messages.

The voice messaging gateway converts vendor proprietary voicemail format to the X.400 format and vice versa, thus bridging different messaging formats. It is responsible for voice transcoding from proprietary to or from X.400 form. It also maps options to or from the X.400 protocol as specified in AMIS.

C. Facsimile Messaging

FIG. 23 illustrates a PCI service for fax messaging. The PCI server 48 is connected to public switched telephone networks 432 via analog lines 444 or a T1 trunk 445. Fax machines 440 and fax servers 442 are connected to the PSTN 432. The PCI server 48 may also be connected to fax machines 440 and fax servers 442 by private lines 446 or an ISDN 438. For a subscriber to receive faxes, the fax machine telephone number must be supplied to the subscriber profile. The PCI will send a fax to the designated number and may send a text notification message or take other action as the user has selected in the profile. If the user has specified a wireless data terminal to receive the fax, the PCI server 48 will perform the necessary wireless adaptation and send a fax through a wireless data terminal.

5,742,905

<table>
<tr><td>29</td><td>30</td></tr>
</table>

A fax may be sent to a PCI subscriber by routing the fax to the PCI node but, the user must dial the telephone number of the PCI server 48 to send the fax to the subscriber. The PCI server 48 will send the fax to the subscriber's telephone number. The PCI server will check the subscriber's user profile to determine how the fax should be delivered. In this example, the fax message is sent to a fax machine at a designated telephone number.

Fax users having existing fax machines 440 must place a call over the PSTN network in order to access the PCI. This is because existing fax machines 420, unlike fax servers 422, are designed for point-to-point communication, not fax network communication. Users of an the existing fax machine 420 can access the PCI in two ways. One way is by two stage dialing. The sender first dials the PCI server 48 and then dials the recipient's number after receiving a prompt from the PCI server. Alternatively, the user can dial *FX+destination address. The fax machine user can directly dial from the fax terminal the recipient telephone number proceeded by *FX, which signals the switch to automatically forward the fax call through the PCI server.

Fax servers that support X.400 messaging will include the personal number in the X.400 address field and there is no reason for the PCI server to prompt the user for the personal number.

D. CallCommand

PCI CallCommand (CC) service provides subscribers real-time control of voice calls while using a wireless data terminal or PDA. CC is designed to enhance personal number services (i.e., HLR), by providing real time call management capabilities to nomadic users.

CC provides the subscriber with four call management options:

location independence (supplementing personal number/ HLR applications);

real-time call screening (using ANI and/or prompting the caller to enter a number);

real-time call redirection (routing calls to any telephone number based on the calling party); and

real-time short messaging (inputting or selecting a short message to be played to the caller).

When a caller dials a PCI subscriber's telephone number, the caller's telephone number is entered for screening. After the caller's number is entered, the PDA 30 can map the calling number to a name and alert the subscriber of an incoming call. The PDA 30 visually displays the name and/or number of the caller. The subscriber can then use the PDA 30 to accept the call by entering the telephone number of a nearby telephone to which the call will be routed. The subscriber can alternatively have the call forwarded to another number, such as a colleague's phone or a voice mailbox. If the subscriber decides not to respond to the caller, the caller is played an announcement and forwarded to a pre-determined default telephone number, such as a voice mail box or secretary.

CC allows the subscriber to send a brief message to the caller. Upon being alerted to an incoming call, the subscriber can select from a pre-defined list of messages, or type a new message, on the PDA 30. The message is transmitted to the PCI server 48 which converts the text message into speech and plays the message to the waiting caller. The caller receives the message and can leave voice mail for the subscriber, or be forwarded by the subscriber to an alternate telephone number.

Call command enables nomadic subscribers to manage, in real, time, incoming calls using screening, rerouting and messaging to the caller. Call command subscribers having a

PDA 30 are visually informed of the name and/or number of the caller. The subscriber can elect to either accept the call, routing it to a specified number, such as the number of a nearby telephone; route the call to an alternate number, such as a voice mailbox, colleague phone number or secretary phone number; or respond to the caller with a brief keyed in message, which is played back to the caller in synthesized speech. The service also provides a number of non-real time call management features including predetermined screening lists, day of week/time of day routing schedules; and location sequencing. Call command allows mobile subscribers to manage and receive telephone calls using a personal digital assistant.

Call command users pre-subscribe to a wireless data service such as Ardis or RAM mobile data for E-mail, call management, and other wireless data applications. The wireless data provider provides a radio interface to the subscriber's PDA 30. A local exchange carrier interfaces with the wireless data provider over a PCI interface. When a caller enters his or her number the local exchange carrier forwards a data message containing the caller party information. The wireless data provider locates the subscriber and forwards the calling party information to the subscriber's PDA 30 where the subscriber is alerted of the call. The subscriber then forwards the data packet containing a routing number to the PCI. The PCI reroutes the call accordingly.

FIG. 24 is an illustrative example of a CallCommand service network. A caller, Joe 450, wishes to speak with Mary. Mary, who is away from the office, is a PCI subscriber having the CallCommand service. She has a PDA 30, which is turned on and registered at a visiting location. Joe dials Mary's office phone number. This phone number connects Joe's call to the PCI server 48. The PCI server 48 network instructs Joe to type in his telephone number. The PCI server 48 puts Joe on hold and plays back a message using synthesized speech informing Joe that the network is trying to locate Mary. The network recognizes that Mary is registered at a visiting location and sends a phone notification over a wireless data network 39. Mary is notified on a PDA 30 that a phone call is coming from a particular phone number. If Mary has already programmed a name corresponding to that phone number in a directory on her PDA 30, that name will also appear. Therefore, she is aware that she has a phone call from Joe Smith. Mary has several options. She may type or select a preselected message to be sent from the PDA 30 to the PCI network which converts the message into synthesized speech and play it back to Joe; she may forward the call to a nearby telephone, such as a cellular phone or a nearby pay phone 452; or forward the call to her secretary or colleagues's phone number; she may send a message and forward the call; or she may direct the call to her voice mail. In this illustration, Mary selects that the call be routed to a local public pay telephone 452. The call is routed over public switched telephone networks 432 to the selected telephone and Mary and Joe speak.

CallCommand has several advantageous features. Call command includes real time call screening which allows the subscriber to direct calls in a predetermined fashion based on the caller, the time or date, etc. Call command also has real time call rerouting which allows the subscriber to reroute calls to any phone number on a per call basis. That is, when a call is received, the subscriber may enter a phone number to which she wishes the call to be routed. For example, it may be a phone in an office she is visiting, a rented cellular phone, or a public telephone. In the event that a subscriber cannot respond to a caller because PDA is out

5,742,905

31                                          32

of range, the subscriber is preoccupied, the PDA is turned off, etc., the subscriber may select a default routing number. Such a default number may be a voice mailbox, secretary, colleague, or other phone number.

Call command also has a call messaging option. This allows the subscriber to send a brief message to a calling party. The message is typed on the PDA 30 and sent by wireless means to the PCI. The PCI converts the signal into synthesized speech and plays it to the caller. For example, a subscriber may be on an important customer call when his supervisor calls, expecting a response. The call command subscriber can send a message to the manager ("Talking to customer, call you back"), while still communicating with the customer.

The call messaging feature has two aspects. The first is the wireless messaging from the PDA 30 to the PCI. The second is the text to speech translation. The subscriber may type in a message on the PDA 30. The message originates as a data message from the wireless data provider network and is forwarded to a local exchange carrier network over the PCI interface. The PCI server 48 translates the wireless text message into speech and plays it back to the caller.

Call command also has a predetermined call management option. This feature allows a subscriber to have unanswered calls sent to predetermined default telephone numbers. For example, in the event a call cannot be answered, it is first routed to, for example, a service hotline; if the service hotline does not answer, it is forwarded to a secretary; and if the secretary does not answer, then it is forwarded to voice mail. Each time the call is forwarded to the next number a message is played back to the caller. The routing numbers and sequence order may be altered by updating the subscriber profile in the PCI database.

This feature also allows the subscriber to predetermine the management of certain numbers. For an example, a subscriber may want to be notified in real time only if a calling party number matches that of an immediate family member, supervisor, or important client. In other cases, the subscriber may wish to have calls automatically rerouted to a default number, such as a voice mailbox or secretary. For a company which does business over a large geographic area, the subscriber may wish to have the phone call routed to different places based on the geographic origin of the call. For example, calls originating from New York or New Jersey may be routed to a sales representative for that area and calls originating from California are routed to a sales representative for that geographic area.

The call management feature allows the subscriber to predetermine call routing based on the time of day. For example, a subscriber may wish to have calls forwarded to a customer service staff during business hours and be personally notified of calls during non-business hours.

Wireless technologies make subscribers constantly available, therefore it is important to give them the ability to accept or decline communication attempts at their discretion. While delivering the calling number to the PDA 30 allows a subscriber to locally screen each attempt as they occur, the subscriber may be in an environment where distractions are unacceptable such as an important meeting. Therefore, the subscriber is able to create lists against which callers are screened by the network delivering the service. These network resident lists reduce the number of call attempts to the subscriber's remote wireless device. The CallCommand service allows subscribers to turn screening on and off and add or remove numbers and names from these lists.

Like the wireless data services, CallCommand service profile management allows subscribers to modify or update

their subscriber profiles which preferably reside in a PCI database 44. Profiles are created and deleted by the service integrator controlled by the service provider. A subscriber may modify the profile by either wireless or wireline messaging using DTMF tones or data.

The subscriber profile can be updated by a wireless device such as a PDA 30. A subscriber profile may be modified by wireline communications as well. A subscriber may use a telephone or wireline data terminal to contact an PCI database 44. The PCI server 48 acts as a mediation device between wireless terminals and an PCI database 44 for DTMF profile updates. It is preferable that the wireline network be supported by a service management operating system capable of prompting subscribers using a DTMF telephone for a profile update that is completed when the service management operating system makes the appropriate changes in the subscriber's profile in the PCI database 44. When a service management operations system is used to modify the profile in the PCI database 44, the changes should also be reported to PCI server 48 so that the service profile cache 51 may be modified accordingly.

Call command has its locus of control in service logic in the PCI database 44. The PCI database 44 service logic provides (1) service status maintenance, which maintains the status of the subscriber as registered or deregistered; (2) call screening, which provides network based screening of incoming calls; (3) call routing, which provides routing destinations for each call; this information is based on information received from the subscriber in real time via the PCI server 48 or by preprogrammed instructions in the subscriber profile in the PCI database 44; (4) profile management support, which is service logic in the PCI database which permits "downloading" of the subscriber's profile to the PCI server 48 for presentation to an update by the subscriber through the PDA 30; (5) security, wherein subscriber authentication and validation must be supported to safeguard the subscriber's personal information and status such as location; and (6) accounting management wherein, the PCI database 44 collects accounting parameters to support service provider billing.

The subscriber profile in the PCI database 44 must contain certain information. This type of information includes a subscriber identifier; subscriber authentication information; wireless data provider parameters; registration status; service mode (default, override, or command); screening lists; and routing tables (including day of week and time of day parameters).

The application supporting the CallCommand server in the PCI server 48 includes a mobility management function. The mobility management function provides status location information to a database in the PCI database 44 and is responsible for delivering a Temporary Location Destination number on request from the PCI database 44. To do this, the PCI server 48 is responsible for (1) location registration, the PCI server 48 updating the PCI database 44 with the subscriber's PDA 30 status (for example, registered on a wireless data network or registered on a wired telephone); (2) play announcements and digit collection for caller information and presentation to the subscriber; (3) remote alerting, such as formatting and sending call information through a wireless data network to the PDA 30 for presentation to the subscriber; (4) profile management support (the PCI server 48 must support the "downloading" of the subscriber's profile and packaging for presentation to update by the subscriber through the PDA 30); (5) security (the subscriber authentication invalidation information must be supported to safeguard the subscriber's personal information

5,742,905

33

and status such as location); and (6) account management (the PCI server should collect accounting parameters for presentation to the service provider for billing).

VII. Message Flows

PCI wireless messaging involves three types of message flow. The first is sending a message from one subscriber to another, the second is receiving a message regardless of whether the subscriber is using a wireless or wireline terminal, and the third is sending a message to a non-subscriber.

FIG. 25 is an illustrative example of the message flow of a PCI wireless subscriber sending a message. The PCI user submits a message 502. The message is received by a message transfer agent in the PCI server. The MTA copies and temporarily stores the originating and destination addresses 504. The MTA sends to the mobility manager function in the PCI server a request to validate the sending user as a PCI subscriber 506. The mobility manager sends this validation request to the PCI database and waits for a response 508. Upon receipt of an affirmative validation from the PCI database, the mobility manager sends the validation response to the MTA 510, 512. The MTA then sends the mobility manager a request for the address of the user's home MTA 514. The mobility manager routes this request to the PCI database 516. Upon receipt of a response from the PCI database, the mobility manager routes the home MTA address to the MTA 518, 520. The MTA then routes the message to the home MTA 522. If a third party PCI database must be consulted, the home MTA request will be directed from the PCI database to a third party PCI database 524, 526.

FIG. 26 illustrates an example of the message flow of a wireless PCI user receiving a message. When the PCI receives a message from a subscriber, the MTA in the PCI server copies and temporarily stores the destination address and the message 530. The MTA sends to the mobility manager function in the PCI server a request for the PCI subscriber's user profile 532. The mobility manager will retrieve this profile request from the PCI database 534 (If third party PCI database is involved, the local PCI database contacts the third party PCI database through a switch transfer point 536, 538.) Upon receipt of the subscriber's profile from the PCI database 540, the mobility manager requests the message from the MTA using a "message forward request" message 542. When the mobility manager receives the message from the MTA 544, the mobility manager processes the message as indicated by the subscriber's profile, which may involve media conversion or screening 546. After processing the message, the mobility manager sends the message to the MTA for delivery 548, 550. Alternatively, the PCI server mobility manager function may directly deliver the message to the termination receiver 552.

FIG. 27 illustrates an example of a message flow from a PCI wireless subscriber to a non-subscriber. When the MTA receives a message from a PCI subscriber 560, the MTA copies and temporarily stores the originating addresses and the message 562. The MTA sends the mobility manager a request to validate the originating address as a PCI subscriber 564. The mobility manager will send this validation request to the PCI database and wait for a response 566. When the mobility manager receives an affirmative validation response from the PCI database 568, the mobility manager sends the validation response to the MTA 570. Next, the mobility manager sends to the PCI database a request for the PCI subscriber's profile 572. Upon receipt of the subscriber's profile from the PCI database 574, the mobility manager requests the message from the MTA using

34

a "message forward request" 576. Upon receipt of the message from the MTA 578, the mobility manager processes the message as indicated by the user's profile, which may require media conversion or obtaining the addresses for the distribution list for the message 580. After processing the message, the mobility manager sends the message to the MTA for delivery 582, 584. Alternatively, the MTA may directly deliver the message 586.

VIII. The PDA Application

To better understand the capabilities of PCI and PDA/PCI server interface, a discussion of the PDA user interface is helpful. The user interface is application software residing in the PDA. This software is described by describing the screens displayed on a PCI subscriber's PDA screen. The following discussion is for an illustrative embodiment of the PDA user interface. A person skilled in the art recognizes that the interface may be implemented in a myriad of ways.

FIG. 28 is an illustrative example of a PDA user interface main menu. The menu allows the user to enter the CallCommand or wireless messaging services, update the user profile, or check the status of the system by clicking on buttons 610, 612, 614, 616, respectively.

FIG. 29 shows a computer screen after "status request" 616 is selected. The status request screen shows that there are five local originating messages (waiting to be sent by the PDA) and three outgoing messages (waiting to be retrieved) in boxes 618, 620, respectively. The various services' status is also displayed. As seen in FIG. 29, this subscriber's wireline registration is on, as seen in box 622. This registers the subscriber on a particular wireline telephone, seen in box 624. This registration will direct calls to this phone number. The status request also advises this subscriber about the status of the CallCommand and wireless messaging features, as seen in boxes 626, 628.

FIG. 30 illustrates an exemplary screen if the subscriber clicks "Call Command" 610 on the main menu (FIG. 28). If the subscriber clicks on "YES" 630, a screen such as FIG. 31 appears. The screen includes a window 632 which shows the status of various received telephone calls. The status indicates whether an incoming call was answered, forwarded to another number, was hung up before being answered; unanswered; or forwarded to voice mail. The phone number and receipt time and date of each call are displayed. The subscriber may save or delete any entry the subscriber by clicking box 634 or 636, respectively. The subscriber may also connect or disconnect the CallCommand service by clicking box 638, 640, respectively.

FIG. 32 is an illustrative example of a screen if the subscriber selected "Wireless Messaging" 512 on the main menu (FIG. 28). The subscriber will be connected to the wireless messaging service if "YES" 642 is clicked.

FIG. 33 is an example of a screen which may appear if the subscriber selected "Profile" 614 from the main menu (FIG. 28). If the subscriber selects "Fax" 644 from this screen, a screen such as that shown in FIG. 34 may appear, which allows the subscriber to enter a phone number into box 646 to which faxes will be directed. Turning on e-mail screening activates both the subject and address screening. Subject screening takes priority over address screening parameters.

If the subscriber selected "e-mail" 648 on the screen FIG. 33, a screen such seen in FIG. 35 appears. The subscriber can select where e-mail messages should be delivered (destination screening) 650, where notification of e-mail receipt should be delivered (notification screening) 652, whether messages should be screened at all 654 and, if so, how they should be screened 656, 658.

The destination 650 allows the subscriber to select destinations for incoming e-mail. Messages that satisfy the

5,742,905

35

screening requirement may be sent to two destinations (match A, match B). As shown in this illustrative example, e-mail received which match the subscriber's preprogrammed screening criteria are to be delivered only to a wireline e-mail, such as the subscriber's personal computer at the office, because match A **660** and match B **662** designate the same destination. All received e-mail messages which do not meet either criteria ("not matched") are sent to a selected fax machine **664**, for example, the fax machine at the subscriber's office.

The subscriber also indicates where notification of a received e-mail should be sent **652**. Notification for all e-mail messages meeting the screening requirement should be sent to a selected fax machine **666**. The PCI network will select information about the e-mail origination such as the author, recipient, and subject matter and convert it to a facsimile format and send the message to a fax machine. Notification of all e-mail that does not meet the screening criteria are sent to a pager **668**. The PCI network will take the originating message information and turn it into alphanumeric information according to the TAP protocol and send it to the subscriber's pager. If the screening option is turned off, notification of all incoming e-mail is sent to voicemail **670**. The PCI network will convert the origination information from text to synthesized speech and send the information to a selected voice mailbox.

The user may also select whether to screen incoming e-mail messages at all **654**. If the screening is on, the user may screen e-mail based on the originating address **656** or subject matter **658**.

FIG. 36 is an illustrative screen which the subscriber may use to edit e-mail screening according to address by clicking box **656** (FIG. 35). The subscriber may input new e-mail addressees into box **672** and add them to a list by clicking a box **674** or select addresses already entered to be included in a screening criteria as seen in box **676**. For example, the user may want e-mail messages originating from the following addresses to be routed according to the screening criteria: cc!stanp, cc!rizzo, and cc!rupin. E-mail messages originating from these addresses will be routed and notified according to the criteria selected on the screen illustrated in FIG. 35.

If the subscriber wishes to edit the "subject" a screening criteria based on "subjects" by clicking box **658** (FIG. 35), a screen such as that illustrated in FIG. 37 is presented. The user may type in to boxes **678** particular subjects which should be routed according to a screening criteria. The subject will search the incoming e-mail origination information to determine the subject of the e-mail. Subjects may include "urgent", "personal", the name of a client or project, etc.

If the subscriber viewing the "profile menu" (FIG. 33) clicked "voice mail" **680**, a screen such as that illustrated in FIG. 38 is presented. The subscriber can type into a box **682** in the destination voice mail system phone number. The subscriber may also select notification based on certain screening criteria **684**. If the incoming voice mail message matches the screening criteria, the subscriber has selected to be notified by a message sent to the PDA **686**. If the voice mail message does not match a screening parameter, the subscriber has selected to not be notified **688**. If the screening option is turned off, the subscriber has decided to not be notified of any voice mail messages **690**.

The user has the option of turning the screening on or off **692**. If the screening is on, the messages are screened by caller **694**. If the user decides to screen by caller by clicking box **694**, a screen such as illustrated in FIG. 39 is displayed.

36

The user may type into boxes **696** certain incoming phone number which meet the screening parameters.

If the subscriber viewing the "profile menu" (FIG. 33) clicked "Call Command", **698** a screen such as illustrated in FIG. 40 is displayed. The subscriber may type in a box **700** a wireline registration telephone number, which is a number to which incoming calls may be forwarded. The subscriber has the option to edit screening criteria phone numbers or to edit reply messages to be sent to the caller.

If the subscriber wishes to edit forwarding call numbers box **702** is clicked and a screen such as illustrated in FIG. 41 is displayed. The user may type into boxes **704** or select certain phone numbers which are to be forwarded to a preselected phone number if screening is on.

If the subscriber viewing the "Call Command" screen (FIG. 40) clicked "edit messages" **706**, a screen such as illustrated in FIG. 42 is displayed. The user may compose a unique message in box **708** or edit one already on a list shown in box **710**.

If the subscriber has connected the Call Command and an incoming call is received, a screen such as that illustrated in FIG. 43 is displayed. This screen displays in a box **712** the number from which the incoming call originates. The user has the option of sending a message and forwarding the call by clicking box **714**, forwarding the call without a message by clicking box **716**, sending a message and not forwarding the call by clicking box **718**, or routing the call to voice mail by clicking box **720**.

If either the "message and forward" or "forward" **716** option is selected, a screen such as that illustrated in FIG. 44 is displayed. This allows the subscriber to select one of several the preselected phone numbers **722–728** to forward, or select another phone number, such as a nearby telephone to which the call is to be forwarded. This phone number may be typed into a box **730**.

If the user selected the "message and forward" **714** or "message only" **718** selections, a screen such as that shown in FIG. 45 is displayed. This allows the subscriber to type in a message into a box **732** or select a predetermined message shown in box **4134** to be sent to the incoming caller. This message is sent by wireless communications to the PCI network where the ISP converts the message into synthesized speech and plays it for the caller. For example, if the subscriber desires to call back the incoming caller as soon as possible, the message "will call back ASAP" is selected. This message is transmitted from the PDA by wireless communications to the PCI network. The ISP will receive the message and convert it to synthesize speech and send the synthesize speech message to the incoming caller.

IX. Billing

Billing operations is supported by an Automatic Message Accounting Network Function. The automatic network accounting measures, collects, formats and outputs network usage information to upstream billing and other operation application and service purposes. Preferably, automatic message accounting data is collected at various stages of service flows across network equipment and services.

X. Conclusion

A system has been described which enables a wireless PDA user to remotely control a large number of messaging and call handling options.

While the invention has been described by the reference to specific embodiments, this was for purposes of illustration only and should not be construed to limit the spirit or the scope of the invention.

5,742,905

| 37 | 38 |

## APPENDIX A

### Glossary of Acronyms

| AIN | advanced intelligent network |
|-----|------------------------------|
| ANI | automatic number identification |
| APS | alphanumerical paging server |
| ATM | asynchronous transfer mode |
| BRI | basic rate interface |
| CC | Call Command |
| CCDB | call contact database |
| CO | central office |
| CPE | consumer premises equipment |
| CPR | call process request |
| D&R | data and report database |
| DRS | data and report subdivision |
| DTMF | dual tone multiple frequency |
| GDI | generic data interface |
| HLR | home location register |
| IP | intelligent peripheral |
| IPI | intelligent peripheral interface |
| ISDN | integrated signaling digital networks |
| ISP | intelligent services peripheral |
| LEC | local exchange carrier |
| MOC | maintenance and operation console |
| MS | mail storage system |
| MSAP | multiple services application platform |
| MTA | message transfer agent |
| PCI | personal communications internetwork |
| PDA | personal digital assistant |
| POP | post office protocol |
| PPSN | public packet switched network |
| PSTN | public switched telephone network |
| SCP | service control point |
| SMDS | switched multimegabit digital service |
| SMS | service management system |
| SMTP | simple messaging transfer protocol |
| SNI | service network interface |
| SPACE ® | service provisioning and creation environment |
| SPC | service profile cache |
| SSP AT | service switching point access-tandem |
| TAP | telocator alphanumeric protocol |
| TCAP | transaction capable application program |
| TCP | transaction capable processing |
| VLR | visiting location register |

## APPENDIX B

| PCI Profile Element | GDI Tag ID | Type and Max Length |
|---------------------|-----------|---------------------|
| **Personal Data (1)** | | |
| Subscriber ID Number | 1 | d10 |
| Password | 2 | c8 |
| E-mail Address | 3 | c32* |
| V-Mail System Phone Number | 4 | d10 |
| V-Mail System Mailbox Number | 5 | d10 |
| Paging Terminal Phone Number | 6 | d10 |
| Paging PIN | 7 | c8 |
| Mail Storage Account ID | 8 | c32* |
| Mail Storage Password | 9 | c8 |
| Wireless Provider Subscriber ID | 10 | c10 |
| Wireless Voice Phone Number | 11 | d10 |
| Fax Number | 12 | d10 |
| Profile Version Number | 13 | n4 |
| **Call Command Service Profile (2)** | | |
| Call Command Registration Status | 21 | c1 |
| Wireline Registration Number | 22 | d10 |
| **E-Mail Routing (3)** | | |
| Primary Destination 1 | 31 | c1 |
| Primary Destination 2 | 32 | c1 |
| Primary Notification 1 | 33 | c1 |
| Secondary Destination | 34 | c1 |
| Secondary Notification | 35 | c1 |
| Default Destination | 36 | c1 |

## APPENDIX B-continued

| PCI Profile Element | GDI Tag ID | Type and Max Length |
|---------------------|-----------|---------------------|
| Default Notification | 37 | c1 |
| **E-Mail Subject Screening (4)** | | |
| E-Mail Screening Status | 41 | c1 |
| Subject1 | 42 | c1 |
| Subject2 | 43 | c1 |
| Subject3 | 44 | c1 |
| Subject4 | 45 | c1 |
| Subject5 | 46 | c1 |
| **E-Mail From Screening (5)** | | |
| E-Mail Screening Status | 41 | c1 |
| From1 | 52 | c12 |
| From2 | 53 | c12 |
| From3 | 54 | c12 |
| From4 | 55 | c12 |
| From5 | 56 | c12 |
| From6 | 57 | c12 |
| From7 | 58 | c12 |
| From8 | 59 | c12 |
| From9 | 60 | c12 |
| From10 | 61 | c12 |
| From11 | 62 | c12 |
| From12 | 63 | c12 |
| From13 | 64 | c12 |
| From14 | 65 | c12 |
| From15 | 66 | c12 |
| **Voice Mail Profile (6)** | | |
| V-Mail Screening Status | 71 | c1 |
| From1 | 72 | c12 |
| From2 | 73 | c12 |
| From3 | 74 | c12 |
| From4 | 75 | c12 |
| From5 | 76 | c12 |
| Primary Destination | 77 | c1 |
| Primary Notification 1 | 78 | c1 |
| Secondary Destination | 79 | c1 |
| Secondary Notification | 80 | c1 |
| Default Destination | 81 | c1 |
| Default Notification | 82 | c1 |

## APPENDIX C

| Tag | Description |
|-----|-------------|
| 001 | Password for subscriber registration |
| 002 | Password for retrieval of messages from message store |
| 003 | FAX Machine Number |
| 004 | Call Command Status flag (1 = ON and 0 = OFF) |
| 005 | Wireline Registration Number for remote call forwarding |
| 006 | E-mail screening status flag (1 = ON and 0 = OFF) |
| 007-021 | E-mail "From" screening 1 through 15 |
| 022-026 | E-mail "Subject" screening 1 through 5 |
| 027 | E-mail Destination A - Screening Criteria Match |
| 028 | E-mail Destination B - Screening Criteria Match |
| 029 | E-mail Notification - Screening Criteria Match |
| 030 | E-mail Notification - Screening Criteria No Match |
| 031 | E-mail Notification - Screening Criteria Not Match |
| 032 | E-mail Notification - Screening OFF |
| 033 | Voice-mail Screening Status Falg (1 = ON and 0 = OFF) |
| 034-038 | Voice-mail "From" Screening 1 through 5 |
| 039 | Voice-mail "Urgent" Flag (1 = ON and 0 = OFF) |
| 040 | Voice-mail Notification - Screening Criteria Match |
| 041 | Voice-mail Notification - Screening Criteria Not Match |
| 042 | Voice-mail Notification - Screening OFF |

We claim:

1. A personal communication internetwork for sending and receiving wireless and wireline messages, said internetwork comprising:

(1) a server, including:

5,742,905

39

(a) a message transfer agent interfaced with at least one wireline data network;

(b) a wireless data network protocol handler connected to the message transfer agent and interfacing with at least one wireless data network;

(c) a mobility controller, including
   i. a subscriber profile cache;
   ii. a message router responsive to message routing parameters in the subscriber profile;
   iii. an interface connected to exchange message routing parameters between the subscriber profile and the at least one wireless network;
   iv. an interface connected to exchange message routing parameters between the subscriber profile and a personal communication control point; and
   v. an interface with at least one of a telephone network, an alphanumeric pager network, and a voice peripheral; and

a personal communication control point connected to the server, including:
   (a) a first interface connected to exchange message routing parameter signals with the server;
   (b) a second interface connected to exchange generic data message routing parameter signals with the server;
   (c) a subscriber profile connected to receive and maintain message routing parameters; and
   (d) a call processor connected between the subscriber profile and the first and second interfaces.

2. The personal communication internetwork of claim 1, wherein the internetworking is built on an Advanced Intelligent Network architecture, the server is an Intelligent Peripheral, and the control point is a Service Control Point.

3. The personal communication internetwork of claim 1, further including a personal digital assistant having a wireless data network interface connected to exchange message routing parameters and an application designed to communicate with the interface to receive, update, and transmit the message routing parameters.

4. The personal communication internetwork of claim 1, wherein the server further comprises:

a message converter connected to receive from an interface a message in a first format and output to another interface the message in a second format.

5. A method for providing personal communication services to a called subscriber who can receive any of an electronic mail, facsimile, and a voice mail message under a single address regardless of the format of the message from a calling subscriber who can send messages in more than one format and on either a wireless or a wireline network, said method comprising the steps of:

storing in a service provider database common to a plurality of subscribers and connected to both the wireless and wireline networks and responsive to inputs from the subscribers a called subscriber profile for each of said subscribers, said profile containing message routing commands for each called subscriber depending on the format of the message;

receiving any of an electronic mail, a facsimile, and a voice mail message addressed to a particular called subscriber at said particular called subscriber's single address from a calling subscriber on either of the wireless and wireline networks;

determining from the stored called subscriber profile the message routing commands for routing the received message to the particular called subscriber dependent on the format of the message;

40

responsive to a message routing command, converting the received message from the received format to a different format; and

routing the received message in said different format to any of a wireless or a wireless network according to the message routing commands in the called subscriber profile.

6. A personal communication internetwork for sending and receiving wireless and wireline messages between subscribers in different formats, each subscriber having a single address to which all incoming messages are addressed regardless of the format of the message, said incoming messages including at least a plurality of telephone, pager, facsimile, voice mail, and electronic text communications, said internetwork including:

means connected to receive and transmit messages in more than one format from a calling party over wireless and wireline communication networks;

means common to the subscribers and connected to said wireless and wireline networks for storing for each subscriber a profile responsive to inputs received from each of the subscribers and configured to store routing commands including communication forwarding options for said each subscriber depending on the format of the message from the calling party; and

a communication router connected to receive the received messages from the wireless and wireline networks and being responsive to the profile in said storing means for transmitting the received messages over the wireless and wireline networks according to the stored forwarding options, said communication router including a media format translation device configured to translate a received communication into a different communication medium for transmission.

7. The personal communications internetwork of claim 6 further including a server connected to said means for storing a profile for each subscriber, said server including a processor and said processor including an interface with at least a plurality of said means for storing a profile, a wireless data network, an alphanumeric paging network, a telephone network switch, and a text-to-speech voice peripheral.

8. The personal communications internetwork of claim 6 wherein said communication router further comprises an audio messaging interface specification analog protocol connected to at least one of a modem, a private line, and an integrated signaling digital network basic rate interface.

9. A method for personal communications comprising the steps of:

storing a subscriber profile containing message routing commands for a subscriber;

receiving any of an electronic mail, a facsimile, and a voice mail message addressed to the subscriber from either of a wireless and a wireline network;

consulting the subscriber file for instructions for routing the received message; and

routing the received message to any of a wireless or wireline network according to the instructions in the subscriber profile; and wherein said step of receiving a voice mail message addressed to the subscriber further includes the steps of:

receiving from an originating voice mail system an incoming voice mail message call at a network, said voice mail message call including identification information;

extracting the identification information from the message to determine the origin of the voice mail message;

5,742,905

41

consulting a profile contained in the network to determine routing instructions, said routing instructions including one of:

(i) routing the incoming call to a preselected telephone number; and

(ii) sending a notification to the subscriber of the incoming call via a medium other than a telephone call;

routing the received voice mail message according to the routing instructions in the profile;

said step of consulting further comprising determining if the identification of the originator indicates that the originator is also the subscriber;

if the originator is the subscriber, said step of routing further comprises the steps of:

(i) not forwarding the voice mail message; and

42

(ii) extracting header information from the identification information and transmitting a notification to the subscriber containing the header information; and

if the originator is not the subscriber, said step of routing further comprises the steps of:

(i) if the message exceeds predetermined length, rejecting the message; and

(ii) if the message is less than or equal to the predetermined length, accepting and routing the message.

**10.** The method of claim **9** further comprising before the step of routing, the step of translating the voice mail message from analog format into a digital format.

**11.** The method of claim **9** further comprising before the step of routing, the step of translating the voice mail message from a digital format into an analog format.

* * * * *

**Request for Ex Parte Reexamination of U.S. Patent No. 5,889,839**

**Exhibit PA-B**

**U.S. Patent 5,764,747, to Yue et. al., filed June 6, 1995, as a continuation of Application Serial No. 07/936,384, filed August 26, 1992, and issued June 9, 1998**

# United States Patent [19]

## Yue et al.

[11] **Patent Number:** 5,764,747

[45] **Date of Patent:** Jun. 9, 1998

[54] **PERSONAL NUMBER COMMUNICATION SYSTEM**

[75] Inventors: **Drina C. Yue; Raymond J. Smets,** both of Atlanta; **Thomas Joseph Moquin,** Roswell; **Evan Kraus,** Atlanta; **Terry Durand,** Marietta; **Lawrence R. Berke,** Atlanta, all of Ga.

[73] Assignee: **BellSouth Corporation,** Atlanta, Ga.

[21] Appl. No.: **469,491**

[22] Filed: **Jun. 6, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 936,384, Aug. 26, 1992, abandoned.

[51] Int. Cl.$^6$ ........................................ H04M 3/54
[52] U.S. Cl. ............................ 379/210; 379/211; 379/201; 379/142; 379/88; 455/426
[58] Field of Search ................................ 379/210, 211, 379/212, 214, 142, 127, 67, 88; 455/426

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,957,047 | 10/1960 | Wennemer | 379/211 |
| 4,277,649 | 7/1981 | Sheinbein . | |
| 4,313,035 | 1/1982 | Jordan et al. | 379/61 |
| 4,371,752 | 2/1983 | Matthews et al. | 379/89 |
| 4,518,824 | 5/1985 | Mondardini . | |
| 4,625,081 | 11/1986 | Lotito et al. | 379/211 |
| 4,674,115 | 6/1987 | Kaleita et al. | 379/201 |
| 4,680,785 | 7/1987 | Akiyama et al. | 379/142 |
| 4,740,788 | 4/1988 | Konneker | 379/211 |
| 4,752,951 | 6/1988 | Konneker | 379/211 |
| 4,759,056 | 7/1988 | Akiyama | 379/142 |
| 4,769,834 | 9/1988 | Billinger et al. | 379/112 |
| 4,791,665 | 12/1988 | Bogart et al. | 379/207 |
| 4,893,335 | 1/1990 | Fuller | 379/212 |
| 4,899,373 | 2/1990 | Lee et al. | 379/207 |
| 5,029,196 | 7/1991 | Morganstein | 379/214 |
| 5,195,131 | 3/1993 | Sano | 379/211 |
| 5,197,096 | 3/1993 | Sakuma et al. | 379/211 |
| 5,329,578 | 7/1994 | Brennan et al. | 379/67 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 420 527 A2 | 9/1990 | European Pat. Off. . | |
| 0 451 695 | 4/1991 | European Pat. Off. . | |
| 3315884 | 5/1983 | Germany . | |
| 1-149650 | 6/1989 | Japan | 379/210 |
| PCT/GB90/ 01328 | 8/1990 | WIPO . | |
| PCT/US90/ 06729 | 11/1990 | WIPO . | |
| PCT/US91/ 00483 | 1/1991 | WIPO . | |
| PCT/F192/ 00036 | 2/1992 | WIPO . | |

*Primary Examiner*—Ahmad F. Matar
*Attorney, Agent, or Firm*—Jones & Askew

[57] **ABSTRACT**

A personal number communications system assigns a personal number to each subscriber, and receives from each subscriber communication routing information in the form of one or more hierarchical lists of destinations based on the time of day and day of the week. The hierarchy and composition of the lists may be changed or may be overridden to direct selected communications to a specific destination. The system receives communications directed to a subscriber's personal number and identifies the source of the communication. The identification may be made through calling line identification, through a personalized list of callers, or though source identification. The system selects a first destination for the communication from the hierarchical list. At the first destination, the system announces the identified source of the communication and requests disposition information as to the acceptance, formal rejection or passive rejection, such as a no answer, of the communication. If accepted, the system routes the communication to the first destination. If rejected, the system routes the communication to the default destination selected by the subscriber. If there is a passive rejection, the system requests communication disposition information from the next destination in the destination list according to the hierarchy selected by the subscriber. The system continues to request communication disposition information from each sequential destination on the destination list until the communication is accepted or until the last destination on the destination list is reached, at which point the communication is routed to the last destination.

**39 Claims, 50 Drawing Sheets**

