**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**                                           E-filing

Date: MAY 2 2 2008

C-07-3177-MMC

Research in Motion   v   Visto Corporation

Attorneys: Philip Chen          Shawn Hansen
                                 Robert Becker

Deputy Clerk: **TRACY LUCERO**        Reporter: NOT REPORTED

**PROCEEDINGS:**                                      **RULING:**

1. Conference call re: scheduling

2. _____

3. _____

4. _____

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Court continued the Claim Construction Hearing from 6/16/08 to 7/21/08 @ 9:00.

( ) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court____

( ) Referred to Magistrate For:_____
       ( ) By Court
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for ____ days
                      Type of Trial: ( ) Jury   ( ) Court
Notes: _____
_____
_____

(20 min)