Robert G. Krupka, P.C. (Bar No. 196625)
Email: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168773)
Email: mcohen@kirkland.com
Philip T. Chen (Bar No. 211777)
Email: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Attorneys for Plaintiff
RESEARCH IN MOTION LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VISTO CORPORATION,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-3177 (MMC)<br><br>**RIM'S STATEMENT OF NONOPPOSITION TO VISTO'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION**<br><br>Before:　Hon. Maxine M. Chesney<br>Date:　　June 27, 2008<br>Time:　　9:00 a.m.<br>Courtroom: 7, 19th Floor |

Plaintiff Research In Motion Limited ("RIM") respectfully submits this Statement of Nonopposition in response to Visto Corporation's ("Visto") Motion to Stay Proceedings Pending Reexamination, filed on May 21, 2008. *See* Civil L.R. 7.3(b). In light of the proceedings before the Court, RIM does not oppose Visto's current motion. But, RIM notes that the decision whether to grant a stay is within the sound discretion of the Court. *See Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1427–28 (Fed. Cir. 1988).

DATED: June 6, 2008                                    KIRKLAND & ELLIS LLP


                                                       By:   /s/ Philip T. Chen
                                                             Robert G. Krupka, P.C.
                                                             Marc H. Cohen
                                                             Philip T. Chen

                                                       Attorneys for
                                                       RESEARCH IN MOTION LIMITED

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, in the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 777 South Figueroa Street, 37th Floor, Los Angeles, California 90017.

On June 6, 2008, I caused a copy of the following document(s) described as:

**RIM'S STATEMENT OF NONOPPOSITION TO
VISTO'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION**

to be served on the interested parties in this action as follows:

**[X]     [VIA ELECTRONIC MAIL]**  I caused said document[s] to be sent by electronic mail to the email address(es) indicated for the party(ies) listed below:

Robert D. Becker
E-mail:  rbecker@manatt.com
Eugene L. Hahm
E-mail:  ehahm@manatt.com
Shawn G. Hansen
E-mail:  shansen@manatt.com
RimVistoLit-NDCA@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

**[X]     [FEDERAL]**  I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed June 6, 2008, at Los Angeles, California.

    /s/ Philip T. Chen
        Philip T. Chen

CASE NO. C-07-3177 (MMC)