IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>VISTO CORPORATION,<br><br>    Defendant.<br>_____/<br>VISTO CORPORATION,<br><br>    Counterclaimant,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED, and<br>RESEARCH IN MOTION CORPORATION,<br><br>    Counterdefendants.<br>_____/ | No. C-07-3177 MMC<br><br>**ORDER VACATING CLAIM CONSTRUCTION HEARING AND STATUS CONFERENCE; DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

    In light of the stays granted on February 26, 2008 and June 9, 2008, respectively, the July 21, 2008 Claim Construction Hearing and the August 1, 2008 Status Conference are hereby VACATED; in lieu thereof, the parties shall file, no later than September 12, 2008, a joint report apprising the Court of the status of the reexamination proceedings.

    **IT IS SO ORDERED.**

Dated: July 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge