Robert G. Krupka, P.C. (Bar No. 196625)
E-mail: bkrupka@kirkland.com
Marc H. Cohen (Bar No. 168773)
E-mail: mcohen@kirkland.com
Philip T. Chen (Bar No. 211777)
E-mail: pchen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Attorneys for
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> VISTO CORPORATION, <br><br> Defendant. <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ <br> AND RELATED COUNTERCLAIMS | Case No. C-07-3177 (MMC) <br><br> **JOINT STATUS REPORT** |

     Pursuant to the Court's July 3, 2008 Order (Docket No. 52), the parties submit this Joint Status Report on the status of the reexamination proceedings.

**United States Patent No. 5,889,839**

     The '839 Patent was asserted by Research In Motion Limited ("RIM") on June 15, 2007 in its complaint.  (Docket No. 1.)  Visto Corporation ("Visto") filed an *ex parte* request for reexamination of the '839 Patent on May 16, 2008.  The Court stayed proceedings related to the '839 Patent pending reexamination on June 9, 2008.  (Docket No. 51.)  The Patent Office granted Visto's request for reexamination on July 25, 2008 and initiated Reexamination No. 90/010,168.  The Patent

Office has not issued an Office Action in this proceeding.

**United States Patent No. 7,225,231**

The '231 Patent was asserted by Visto on September 18, 2007 in its amended counterclaim. (Docket No. 18.)  RIM filed an *ex parte* request for reexamination of the '231 Patent on January 9, 2008.  The Court stayed proceedings related to the '231 Patent pending reexamination on February 26, 2008.  (Docket No. 38.)  The Patent Office granted RIM's request for reexamination on February 29, 2008 and initiated Reexamination No. 90/008,981.  The Patent Office has not issued an Office Action in this proceeding.

**United States Patent No. 7,228,383**

The '383 Patent was asserted by Visto on September 18, 2007 in its amended counterclaim. (Docket No. 18.)  RIM filed an *inter partes* request for reexamination of the '383 Patent on January 8, 2008.  The Court stayed proceedings related to the '383 Patent pending reexamination on February 26, 2008.  (Docket No. 38.)  The Patent Office granted RIM's request for reexamination on March 11, 2008 and initiated Reexamination No. 95/000,332.  The Patent Office has not issued an Office Action in this proceeding.

DATED:  September 12, 2008                    KIRKLAND & ELLIS LLP


By:   /s/  Philip T. Chen
Robert G. Krupka, P.C.
Marc H. Cohen
Philip T. Chen

Attorneys for
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Philip T. Chen hereby attests that concurrence in the filing of this document has been obtained.*

1    DATED:  September 12, 2008                    MANATT, PHELPS & PHILLIPS, LLP

2

3                                                 By:   /s/  Shawn G. Hansen

4                                                 Robert D. Becker
                                                  Eugene Hahm
5                                                 Shawn G. Hansen

6                                                 Attorneys for
                                                  VISTO CORPORATION
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28