IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESEARCH IN MOTION, LTD., | No. C-07-3177 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| VISTO CORP., | |
| Defendant. | |
| VISTO CORP., | |
| Counterclaimant, | |
| v. | |
| RESEARCH IN MOTION, LTD., et al., | |
| Counterdefendants. | |

The Court is in receipt of the joint status report, filed September 12, 2008, in which the parties state the United States Patent & Trademark Office has not issued Office Actions in the reexamination proceedings relevant to United States Patents Nos. 5,889,839, 7,225,231, and 7,228,383.

Accordingly, the stays entered February 26, 2008 and June 9, 2008 shall remain in place; the parties shall file, no later than June 12, 2009, and no later than every six (6)

months thereafter, a joint report apprising the Court of the status of the reexamination proceedings.

**IT IS SO ORDERED.**

Dated: September 16, 2008

_____
MAXINE M. CHESNEY
United States District Judge