IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>VISTO CORPORATION,<br><br>    Defendant.<br>_____/<br>VISTO CORPORATION,<br><br>    Counterclaimant,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED, and<br>RESEARCH IN MOTION CORPORATION,<br><br>    Counterdefendants.<br>_____/ | No. C-07-3177 MMC<br><br>**ORDER VACATING PRE-TRIAL CONFERENCE AND JURY TRIAL DATES** |

    In light of the stay granted on June 9, 2008, the Court hereby VACATES the March 17, 2009 pre-trial conference and the March 30, 2009 jury trial dates in the above-titled action.

    **IT IS SO ORDERED.**

Dated: March 10, 2009

                      MAXINE M. CHESNEY
                      United States District Judge