| | |
|---|---|
| Robert G. Krupka, P.C. (Bar No. 196625) | Robert D. Becker (Bar No. 160648) |
| E-mail: bkrupka@kirkland.com | E-mail: rbecker@manatt.com |
| Marc H. Cohen (Bar No. 168773) | Eugene Hahm (Bar No. 167596) |
| E-mail: mcohen@kirkland.com | E-mail: ehahm@manatt.com |
| Philip T. Chen (Bar No. 211777) | Shawn G. Hansen (Bar No. 197033) |
| E-mail: pchen@kirkland.com | E-mail: shansen@manatt.com |
| KIRKLAND & ELLIS LLP | MANATT, PHELPS & PHILLIPS, LLP |
| 777 South Figueroa Street | 1001 Page Mill Road, Building 2 |
| Los Angeles, California  90017 | Palo Alto, California  94304 |
| Telephone:     (213) 680-8400 | Telephone:     (650)812-1300 |
| Facsimile:      (213) 680-8500 | Facsimile:     (650) 213-0260 |

Attorneys for
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

Attorneys for
VISTO CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>VISTO CORPORATION,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-3177 (MMC)<br><br>**STIPULATED DISMISSAL** ; ORDER |

WHEREAS, plaintiff and counter-defendants, Research In Motion Limited and Research In Motion Corporation (collectively "Research In Motion"), and defendant and counter-claimant, Visto Corporation ("Visto"), as indicated by the signatures of counsel appearing below, have agreed to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to the terms of this Order and a confidential Settlement Agreement, dated July 15, 2009,

NOW, THEREFORE, it is ordered as follows:

(b) All claims and counterclaims by Research In Motion against Visto are hereby

dismissed with prejudice.

(c) All claims and counterclaims by Visto against Research In Motion are hereby dismissed with prejudice.

(d) Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of this action.

**STIPULATED AND AGREED by**

| KIRKLAND & ELLIS LLP | MANATT, PHELPS & PHILLIPS, LLP |
|---|---|
| By: /s/ Philip T. Chen<br>Robert G. Krupka, P.C.<br>Marc H. Cohen<br>Philip T. Chen | By: /s/ Shawn G. Hansen<br>Robert D. Becker<br>Eugene Hahm<br>Shawn G. Hansen |
| Attorneys for<br>RESEARCH IN MOTION LIMITED and<br>RESEARCH IN MOTION CORPORATION | Attorneys for<br>VISTO CORPORATION |

SO ORDERED, this 27th day of July, 2009.

_____
The Honorable Maxine M. Chesney
United States District Court Judge